UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TOEHL HARDING,                               :
                                          Hon. Robert P. Patterson
                *Plaintiff,*              :

                                          07-CV-08767(RPP)

        – against –                    :

DAVID NASEMAN,                               :   **NOTICE OF APPEARANCE**

                *Defendant.*              :
------------------------------------------------------------X

       **PLEASE TAKE NOTICE**, that Judd Burstein, P.C. appears in this action as attorneys for

Plaintiff Toehl Harding.

Dated: New York, New York
       January 2, 2008

                                          Yours, etc.,
                                          JUDD BURSTEIN, P.C.

                                          By: _____
                                               Peter B. Schalk (PBS-8257)
                                          1790 Broadway, Suite 1501
                                          New York, New York
                                          Tel: (212) 974-2400
                                          Fax: (212) 974-2944