UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Toehl Harding,          Plaintiff,

           -against-                              07 CIVIL 08767    (RPP)

David Naseman,
                        Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Ryan Weiner__

☐ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
       RW-5439

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: Cane & Associates LLC

    To:   Cohen Lans LLP

    ☒ I ~~will continue to be~~ am new counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐ *Address:* 885 Third Avenue

☐ *Telephone Number:* (212) 980-4500

☐ *Fax Number:* (212) 980-3448

☐ *E-Mail Address:* rweiner@cohenlans.com

Dated: 5/27/08