AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Toehl Harding

v.

David Naseman

**APPEARANCE**

Case Number: 07 Civ. 08767

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant David Naseman

I certify that I am admitted to practice in this court.

| 5/27/2008 | _(signature)_ |
|---|---|
| Date | Signature |

Ryan Weiner     5439
Print Name     Bar Number

Cohen Lans LLP, 885 Third Avenue
Address

New York     NY     10022
City     State     Zip Code

(212) 326-1708     (212) 980-3448
Phone Number     Fax Number