# JUDD BURSTEIN, P.C.
### ATTORNEYS AT LAW

JUDD BURSTEIN
PETER B. SCHALK*

MATTHEW G. DeOREO
ALEXANDER M. LEVY
JEREMY M. ATTIE

*ALSO ADMITTED IN NEW JERSEY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08
```

1790 BROADWAY
NEW YORK, NEW YORK 10019
(212) 974-2400
FAX: (212) 974-2944



RECEIVED
MAY 28 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

May 28, 2008

BY FACSIMILE (212)-805-7917

Hon. Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

**MEMO ENDORSED**

Re:   *Harding v. Naseman* / *Case No. 1:07-cv-08767 (S.D.N.Y. 2007) (Patterson, D.J.)*

Dear Judge Patterson:

With the consent of counsel for Defendant David Naseman ("Defendant"), and pursuant to Your Honor's Individual Practices 1(E), I am writing respectfully to request that Your Honor So Order the following briefing schedule regarding Defendant's Motion to Enforce a Settlement or for Summary Judgment ("Motion"):

1)   The time for Plaintiff Toehl Harding to serve answering papers in opposition to Defendant's Motion shall be extended from June 9, 2008, to on or before June 20, 2008. The aforesaid opposition papers shall be served by hand on Defendant's counsel by on or before the close of business on June 20, 2008.

2)   Defendant will serve reply papers by on or before July 3, 2008.

No prior request for an extension of time has been made.

Respectfully yours,

Peter B. Schalk

*Application granted*
*So ordered*
*Robt P Patterson*
*USDJ*
*5/29/08*

cc:   Ryan Weiner, Esq. (via facsimile)