UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TOEHL HARDING,

                                      Plaintiff,                        07 Civ. 8767 (RPP)

                     - against -                              **ORDER**

DAVID NASEMAN,

                                    Defendant.
---------------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

      Since both parties in the above case are represented by counsel, this case is hereby denominated ECF.

      SO ORDERED.

Dated: New York, New York
       May 29, 2008

                                                        Robert P. Patterson, Jr.
                                                             U.S.D.J.

Copies of this Order sent to:

*Counsel for Plaintiff*

Judd Burstein, P.C.
1790 Broadway
New York, NY 10019
Attn:  Judd Burstein, Esq.
           Peter B. Schalk, Esq.
Tel:    212-974-2400
Fax:   212-974-2944
email:  jburstein@burlaw.com
         pschalk@burlaw.com

*Attorney for Defendant*

Cohen Lans L.L.P.
885 Third Avenue 32nd Floor
New York, NY 10022
Attn:   Ryan Weiner, Esq.
(212) 980-4500
Fax: (212) 980-3448
Email: rweiner@cohenlans.com