# ATTACHMENT 1

VSC2000  Wed Jun 11 14:23  2008



2:23 PM  6/11/2008  Lights=Infra Red,  Longpass=LP,  Bandpass=OFF,  Mag=5.64
Integration=OFF,  Gain=Auto,  Brightness=40,  Contrast=54,  Mix

White #'s : 4mil / sch A / line 14+15

Black #'s : 5 mil / sch A / line 14+15