# ATTACHMENT 2



White #'s : 1 mil. / 1040 p.1 / line 13

Black #'s : 5 mil. / sch. D, p.2 / line 18