# ATTACHMENT 3



VSC2000   Wed Jun 11 14:18   2008

2:18 PM  6/11/2008  Lights=Infra Red,  Longpass=LP,  Bandpass=OFF,  Mag=5.64
Integration=OFF,  Gain=Auto,  Brightness=40,  Contrast=54,  Mix

White #'s :  1 mil / Sch. A / line 9a
Black #'s :  5 mil / Sch. A / line 9a