# ATTACHMENT 4

VSC2000  Wed Jun 11 14:44  2008



2:44 PM  6/11/2008  Lights=Infra Red,  Longpass=LP,  Bandpass=OFF,  Mag=5.09
Integration=OFF,  Gain=Auto,  Brightness=40,  Contrast=54,  Mix

VSC2000  Wed Jun 11 14:46  2008



2:46 PM  6/11/2008  Lights=Infra Red,  Longpass=LP,  Bandpass=OFF,  Mag=5.09
Integration=OFF,  Gain=Auto,  Brightness=40,  Contrast=54,  Mix

VSC2000  Wed Jun 11 14:47  2008



2:47 PM  6/11/2008  Lights=Infra Red,  Longpass=LP,  Bandpass=OFF,  Mag=4.98
Integration=OFF,  Gain=Auto,  Brightness=40,  Contrast=54,  Mix