# ATTACHMENT
# 5

VSC2000   Wed Jun 11 14:50   2008



2:50 PM  6/11/2008  Lights=Infra Red,  Longpass=LP,  Bandpass=OFF,  Mag=4.9U
Integration=OFF,  Gain=Auto,  Brightness=40,  Contrast=54,  Mix