Exhibit 5

( 212 - 873 - 0720 )
Ed - Lake Sec.
8:30-9PM tomor.

<u>Analysis</u>

① - I keep 75% of my assets - $3,832,000 ($3.1 mill. in cash)

② - I get Nevada divorce

③   My activities are free from investigation
     and divorce ordeal is over

④   I proceed with marriage on June 12th
     and start a family

⑤ - At issue is $100,000 : at best, I would
     get $50,000 : should I give up all
     advantages plus spend
     $50,000 - $100,000 fighting in
     an ordeal?

(?) ⑥   Ex-wife has been eliminated / no property
         fight during early years of marriage

⑦   If deal blows, she hasn't gotten higher ground

      Ⓐ she used divorce as leverage to
        extract 60% of my assets in just
        none of her $$$ pot and she
        put only 18% to marriage

      Ⓑ I will argue for 80% of assets I


PLAINTIFF'S
EXHIBIT
5
5/12/08 MMSc

TH812

④ I proceed with marriage on June 12th and start a family

⑤ At issue - in $100,000 = old bred, I would get $50,000 = should I give up all advantages plus spend $50,000 - $100,000 fighting in an ordeal?

⑥ Ex-wife has been eliminated / no property fight during early years of marriage

⑦ If deal blows, she hasn't gotten higher ground

    ⑧ she used divorce as leverage to extract 60% of my assets + put none of her in pot and she put only 18% to marriage

    ⑨ I will argue for 80% of assets I produced since I put in 82% of incomes + TH can keep hers without any claim if never

\* TH feels she has _ ① she has deal that she gets ① maj. won by taking most _ of cash, ② maj. of real estate values if everything _ (after $500,000 values), ③ I pay all costs

TH813

① Procedures for signing / court approval?
⮡ ? of timing

② If they default — their own fault they didn't get
more info
— info was offered when they
are ready. #5 of 3/29 letter

— she signed tax returns +
all info re: my earnings
are public record

— they refer to "her theories
other assets" when we ask
about this investment →
a recognition that
+ had "other assets"

Objections in Nevada

(1). Divorce "final" by April 20th

    (2) to get married on June 12th, have to get judgment to Catholic Tribunal by April 23rd.

    (b) starting a family — already delayed by one month; (prospective bride) is over 40 & biological clock ticking

    (c) allowing someone else to control our lives is not acceptable.

2. The letter is (a) confrontational and (b) petty and silly in its simplistic approach in places.

    (→) most importantly, it represents a "delaying strategy" again and threatens actions which disrupts my life further.

3.     (1) Our settlement proposal is withdrawn + no further negotiations

    (2) Their only decision is whether to litigate — Nevada or NY; I'm happy with either

TH815

Sept
Oct
Nov
Dec
Jan
Feb
Mar
April

8 months — attempts for amicable resolution

Her fairness :
— neg of property
— neg of back rent
— DN pay all costs

Nevada —
(a) no party has to be accused b/cause
for the divorce
(b) there is a definite time end
to the

Fault —
① 29 yr old daughter I knew nothing
about
② constant excessive drinking and escalating
verbal abuse
③ smoking constantly cigarettes which
I'm allergic to
④ immediately after decision of divorce,
I find glass in my food she
prepared.

NO
HE ISN'T
he smokes pipes
& cigars
regularly

TH816

_DN_                                    _TH_

$2.7 MM   Investment

$400,000   Cash              $500,000              $25,000
25,000 M)                                         costs.
135,000 M)   R/E
115,000 F)
$490,000                      650,000   NY Apts
3,590,000                     1,150,000


$67,000   Profit Sh.         30,000
5,000     IRA
$3,662,000  (74.8%)          $1,230,000 (25.2)    $4,892,00
90,000   Mission debts

30,000   autos              12,000 car
3,782,000                   1,242,000
50,000 furniture            50,000 furniture
3,832,000 (74.78%)          1,292,000 (25.22%)
                                                 5,124,0
intangibles
                                                 5% = $256,200
→ Divorce

- No snooping                    $100 - 150,000
- marriage/children promptly      litigation costs
- Free   movement


Ⓐ   Dining to hide

① Marcia relationship              Ⓕ Cloth-new
② Marcia debt    $90,000              → 3 service
④ company costs   $10,000            + signature
Ⓔ diamond swing cost $25,000
④   $ to relatives  3,500/10,000      return to spouse
                                       ↳