Exhibit 7



PLAINTIFF'S
EXHIBIT
7
5/17/06 WMS

TH405

# Form 1040

**Department of the Treasury—Internal Revenue Service**

## U.S. Individual Income Tax Return 1987

For the year Jan.–Dec. 31, 1987, or other tax year beginning _____, 1987, ending _____, 19___

OMB No. 1545-0074

**Label**

Use IRS label. Otherwise, please print or type.

First name and initial (if joint return, also give spouse's name and initial): **David M. Naseman and Tochi Harding**   Last name

Present home address (number and street or rural route). (If you have a P.O. Box, see page 6 of instructions.): **425 East 51st Street, Apt. 5A-6A**

City, town or post office, state, and ZIP code: **New York, New York 10022**

Your social security number: _____
Spouse's social security number: _____

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

**Presidential Election Campaign**

Do you want $1 to go to this fund? [X] Yes [ ] No
If joint return, does your spouse want $1 to go to this fund? [X] Yes [ ] No

Note: Checking "Yes" will not change your tax or reduce your refund.

## Filing Status

Check only one box.

1. [ ] Single
2. [X] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's social security no. above and full name here. _____
4. [ ] Head of household (with qualifying person). (See page 7 of instructions.) If the qualifying person is your child but not your dependent, enter child's name here. _____
5. [ ] Qualifying widow(er) with dependent child (year spouse died ► 19___). (See page 7 of instructions.)

## Exemptions

(See Instructions on page 7.)

Caution: If you can be claimed as a dependent on another person's tax return (such as your parents' return), do not check box 6a. But be sure to check the box on line 32b on page 2.

6a. [X] Yourself
6b. [X] Spouse

No. of boxes checked on 6a and 6b: **2**

c. Dependents

| (1) Name (first, initial, and last name) | (2) Check if under age 5 | (3) If age 5 or over, dependent's social security number | (4) Relationship | (5) No. of months lived in your home in 1987 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of children on 6c who lived with you: —
No. of children on 6c who didn't live with you due to divorce or separation: —
No. of parents listed on 6c: —
No. of other dependents listed on 6c: —

If more than 7 dependents, see Instructions on page 7.

d. If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ► [ ]

e. Total number of exemptions claimed (also complete line 35)

Add numbers entered in boxes above: **2**

## Income

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 6 of Instructions.

Please attach check or money order here.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) | 7 | 284,123 54 |
| 8 | Taxable interest income (also attach Schedule B if over $400) | 8 | 282 67 |
| 9 | Tax-exempt interest income (see page 10). DON'T include on line 8 | 9 | |
| 10 | Dividend income (also attach Schedule B if over $400) | 10 | 948 63 |
| 11 | Taxable refunds of state and local income taxes, if any, from worksheet on page 11 of Instructions | 11 | 1,442 99 |
| 12 | Alimony received | 12 | |
| 13 | Business income or (loss) (attach Schedule C) | 13 | |
| 14 | Capital gain or (loss) (attach Schedule D) | 14 | |
| 15 | Other gains or (losses) (attach Form 4797) | 15 | |
| 16a | Pensions, IRA distributions, annuities, and rollovers. Total received | 16a | |
| b | Taxable amount (see page 11) | 16b | |
| 17 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 17 | |
| 18 | Farm income or (loss) (attach Schedule F) | 18 | |
| 19 | Unemployment compensation (insurance) (see page 11) | 19 | |
| 20a | Social security benefits (see page 12) | 20a | |
| b | Taxable amount, if any, from the worksheet on page 12 | 20b | |
| 21 | Other income (list type and amount—see page 12) NYS Lottery | 21 | 45 00 |
| 22 | Add the amounts shown in the far right column for lines 7, 8, and 10–21. This is your total income ► | 22 | 286,842 83 |

## Adjustments to Income

(See Instructions on page 12.)

| | | | | |
|---|---|---|---|---|
| 23 | Reimbursed employee business expenses from Form 2106 | 23 | | |
| 24a | Your IRA deduction, from applicable worksheet on page 13 or 14 | 24a | | |
| b | Spouse's IRA deduction, from applicable worksheet on page 13 or 14 | 24b | | |
| 25 | Self-employed health insurance deduction, from worksheet on page 14 | 25 | | |
| 26 | Keogh retirement plan and self-employed SEP deduction | 26 | | |
| 27 | Penalty on early withdrawal of savings | 27 | | |
| 28 | Alimony paid (recipient's last name _____ and social security no. _____) | 28 | | |
| 29 | Add lines 23 through 28. These are your total adjustments ► | 29 | | 00 |

## Adjusted Gross Income

30. Subtract line 29 from line 22. This is your adjusted gross income. If this line is less than $15,432 and a child lived with you, see "Earned Income Credit" (line 56) on page 18 of the Instructions. If you want IRS to figure your tax, see page 15 of the Instructions ► | 30 | 286,842 83 |

Form 1040 (1987)

Page 2

| | | | | |
|---|---|---|---|---|
| **Tax Computation** | 31 | Amount from line 30 (adjusted gross income) | 31 | 286,542 8 |
| | 32a | Check if: ☐ You were 65 or over  ☐ Blind;  ☐ Spouse was 65 or over ☐ Blind. Add the number of boxes checked and enter the total here ▶ [32a] ☐ | | |
| | b | If you can be claimed as a dependent on another person's return, check here ▶ 32b ☐ | | |
| | c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 15 and check here ▶ 32c ☐ | | |
| **Caution:** If you checked any box on line 32a, b, or c and you don't itemize, see page 16 for the amount to enter on line 33b. | 33a | Itemized deductions. See page 15 to see if you should itemize. If you don't itemize, enter zero. If you do itemize, attach Schedule A, enter the amount from Schedule A, line 26, AND skip line 33b. | 33a | 90,143 78 |
| | b | Standard deduction. Read Caution to left. If it applies, see page 16 for the amount to enter. If Caution doesn't apply and your filing status from page 1 is: { Single or Head of household, enter $2,540 Married filing jointly or Qualifying widow(er), enter $3,760 Married filing separately, enter $1,880 } | 33b | — |
| | 34 | Subtract line 33a or 33b, whichever applies, from line 31. Enter the result here | 34 | 196,399 05 |
| | 35 | Multiply $1,900 by the total number of exemptions claimed on line 6e or see chart on page 16 | 35 | 3,800 00 |
| | 36 | Taxable income. Subtract line 35 from line 34. Enter the result (but not less than zero) Caution: If under age 14 and you have more than $1,000 of investment income, check here ▶ ☐ and see page 16 to see if you have to use Form 8615 to figure your tax. | 36 | 192,599 05 |
| | 37 | Enter tax. Check if from ☐ Tax Table, ☒ Tax Rate Schedules, ☐ Schedule D, or ☐ Form 8615 | 37 | 64,206 13 |
| | 38 | Additional taxes (see page 16). Check if from ☐ Form 4970 or ☐ Form 4972 | 38 | |
| | 39 | Add lines 37 and 38. Enter the total | 39 | 64,206 13 |
| **Credits** (See Instructions on page 17.) | 40 | Credit for child and dependent care expenses (attach Form 2441) | 40 | |
| | 41 | Credit for the elderly or for the permanently and totally disabled (attach Schedule R) | 41 | |
| | 42 | Add lines 40 and 41. Enter the total | 42 | |
| | 43 | Subtract line 42 from line 39. Enter the result (but not less than zero) | 43 | 64,206 13 |
| | 44 | Foreign tax credit (attach Form 1116) | 44 | |
| | 45 | General business credit. Check if from ☐ Form 3800, ☐ Form 3468, ☐ Form 5884, ☐ Form 6478, ☐ Form 6765, or ☐ Form 8586 | 45 | |
| | 46 | Add lines 44 and 45. Enter the total | 46 | |
| | 47 | Subtract line 46 from line 43. Enter the result (but not less than zero) ▶ | 47 | 64,206 13 |
| **Other Taxes** (Including Advance EIC Payments) | 48 | Self-employment tax (attach Schedule SE) | 48 | |
| | 49 | Alternative minimum tax (attach Form 6251) | 49 | |
| | 50 | Tax from recapture of investment credit (attach Form 4255) | 50 | |
| | 51 | Social security tax on tip income not reported to employer (attach Form 4137) | 51 | |
| | 52 | Tax on an IRA or a qualified retirement plan (attach Form 5329) | 52 | |
| | 53 | Add lines 47 through 52. This is your total tax | 53 | 64,206 13 |
| **Payments** Attach Forms W-2, W-2G, and W-2P to front. | 54 | Federal income tax withheld (including tax shown on Form(s) 1099) | 54 | 49,813 60 | |
| | 55 | 1987 estimated tax payments and amount applied from 1986 return | 55 | |
| | 56 | Earned income credit (see page 18) | 56 | |
| | 57 | Amount paid with Form 4868 (extension request) | 57 | |
| | 58 | Excess social security tax and RRTA tax withheld (see page 19) | 58 | 3,131 70 | |
| | 59 | Credit for Federal tax on gasoline and special fuels (attach Form 4136) | 59 | |
| | 60 | Regulated investment company credit (attach Form 2439) | 60 | |
| | 61 | Add lines 54 through 60. These are your total payments ▶ | 61 | 52,945 30 |
| **Refund or Amount You Owe** | 62 | If line 61 is larger than line 53, enter amount OVERPAID | 62 | |
| | 63 | Amount of line 62 to be REFUNDED TO YOU ▶ | 63 | |
| | 64 | Amount of line 62 to be applied to your 1988 estimated tax ▶ | 64 | |
| | 65 | If line 53 is larger than line 61, enter AMOUNT YOU OWE. Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number, daytime phone number, and "1987 Form 1040" on it. Check ▶ ☐ if Form 2210 (2210F) is attached. See page 20.    Penalty $ | 65 | 11,260 83 |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | |
|---|---|---|---|
| Your signature | | Date 4-14-88 | Your occupation Vice President & General Counsel |
| Spouse's signature (if joint return, BOTH must sign) *Joehl Harding* | | Date 4-14-88 | Spouse's occupation Vice President & General Counsel |

**Paid Preparer's Use Only**

| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address ▶ | | E.I. No. | |
| | | ZIP code | |

☆U.S. GOVERNMENT PRINTING OFFICE: 1987 183-483 E.I.  43-0737287

TH407

**SCHEDULES A&B**
**(Form 1040)**
Department of the Treasury
Internal Revenue Service

# Schedule A—Itemized Deductions
### (Schedule B is on back)
▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
**1987**
Attachment
Sequence No. **07**

Name(s) as shown on Form 1040: David M. Naseman and Terhi Handing

Your social security number

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** (Do not include expenses reimbursed or paid by others.) (See Instructions on page 21.) | **1a** Prescription medicines and drugs, insulin, doctors, dentists, nurses, hospitals, insurance premiums you paid for medical and dental care, etc. | | 1a | |
| | **b** Transportation and lodging | | 1b | |
| | **c** Other (list—include hearing aids, dentures, eyeglasses, etc.) ▶ | | | |
| | **2** Add lines 1a through 1c, and enter the total here | | 2 | |
| | **3** Multiply the amount on Form 1040, line 31, by 7.5% (.075) | | 3 | |
| | **4** Subtract line 3 from line 2. If zero or less, enter -0-. Total medical and dental | | **4** | |
| **Taxes You Paid** (See Instructions on page 22.) | Note: Sales taxes are no longer deductible. | | | |
| | **5** State and local income taxes | | 5 | 27,066 59 |
| | **6** Real estate taxes | | 6 | 7,237 11 |
| | **7** Other taxes (list—include personal property taxes) ▶ | | 7 | 43 75 |
| | **8** Add the amounts on lines 5 through 7. Enter the total here. Total taxes ▶ | | **8** | 34,347 45 |
| **Interest You Paid** (See Instructions on page 22.) | Note: If you borrowed any new amounts against your home after 8/16/86 and at any time in 1987 the total of all your mortgage debts was more than what you paid for your home plus improvements, attach Form 8598 and check here. ▶ ☐ | | | |
| | **9a** Deductible home mortgage interest paid to financial institutions (report deductible points on line 10) | | 9a | 42,228 74 |
| | **b** Deductible home mortgage interest you paid to individuals (show that person's name and address) ▶ | | 9b | |
| | **10** Deductible points | | 10 | |
| | **11** Deductible investment interest | | 11 | 3,400 00 |
| | **12a** Personal interest you paid (see page 22) 12a 7,959 57 | | | |
| | **b** Multiply the amount on line 12a by 65% (.65). Enter the result | | 12b | 5,173 57 |
| | **13** Add the amounts on lines 9a through 11, and 12b. Enter the total here. Total interest ▶ | | **13** | 51,002 35 |
| **Contributions You Made** (See Instructions on page 23.) | **14a** Cash contributions. (If you gave $3,000 or more to any one organization, report those contributions on line 14b.) | | 14a | 4,749 00 |
| | **b** Cash contributions totaling $3,000 or more to any one organization. (Show to whom you gave and how much you gave.) ▶ | | 14b | |
| | **15** Other than cash. (You must attach Form 8283 if over $500.) | | 15 | |
| | **16** Carryover from prior year | | 16 | |
| | **17** Add the amounts on lines 14a through 16. Enter the total here. Total contributions ▶ | | **17** | 4,749 00 |
| **Casualty and Theft Losses** | **18** Casualty or theft loss(es) (attach Form 4684). (See page 23 of the Instructions.) | | **18** | — |
| **Moving Expenses** | **19** Moving expenses (attach Form 3903 or 3903F). (See page 24 of the Instructions.) ▶ | | **19** | — |
| **Miscellaneous Deductions Subject to 2% AGI Limit** (See Instructions on page 24.) | **20** Unreimbursed employee business expenses (attach Form 2106) ▶ | 20 | | |
| | **21** Other expenses (list type and amount) ▶ | 21 | | |
| | **22** Add the amounts on lines 20 and 21. Enter the total. | 22 | | |
| | **23** Multiply the amount on Form 1040, line 31, by 2% (.02). Enter the result here | 23 | | |
| | **24** Subtract line 23 from line 22. Enter the result (but not less than zero) ▶ | | **24** | |
| **Other Miscellaneous Deductions** | **25** Miscellaneous deductions not subject to 2% AGI limit (see page 24). (List type and amount.) ▶ N.Y.S. Lottery | | **25** | 45 00 |
| **Total Itemized Deductions** | **26** Add the amounts on lines 4, 8, 13, 17, 18, 19, 24, and 25. Enter the total here and on Form 1040, line 33a. | | **26** | 90,143 78 |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule A (Form 1040) 1987

**NYNEX CORPORATION**

333 MADISON AVENUE

NEW YORK, NY 10017

Employer's Identification Number: 13-3180909
Employer's State Number: 13-3160909

Federal Income Tax Withheld: 180.20

Wages, Tips, Other Compensation: 55954.11

Social Security Tax Withheld: 3131.70

Employee's Social Security Number: 10060 75

T HARDING    F N 3129 0107

Social Security Wages: 43600.00

425 EAST 51ST APT 5A    C7C11306

115.55    NONE

NEW YORK, NY 10022

Form W-2 Wage and Tax Statement 1987

NONE

---

**NYNEX INFO SOLUTIONS GAP INC**

400 WESTCHESTER AVENUE

WHITE PLAINS, NY 10604

Employer's Identification Number: 13-3247446
Employer's State Number: 13-3247448

Federal Income Tax Withheld: 417.52

Wages, Tips, Other Compensation: 59715.43

Social Security Tax Withheld: 3131.70

Employee's Social Security Number: 10802 85

T HARDING    F N 3129 0107

Social Security Wages: 43800.00

425 EAST 51ST APT 5A    F7F11132

373.94    NONE

NEW YORK, NY 10022

Form W-2 Wage and Tax Statement 1987

NONE

---

Copy B To be filed with employee's FEDERAL tax return
This information is being furnished to the Internal Revenue Service.

**LIN Broadcasting Corporation**
1370 Avenue of the Americas
New York, New York  10019

Employer's Identification Number: 62-0673800

Federal Income Tax Withheld: 28,950.00

Wages, Tips, Other Compensation: 169,350.00

Social Security Tax Withheld: 3,131.70

**David M. Naseman**

425 East 51st Street
New York, New York  10022

Social Security Wages: 43,800.00

State Income Tax: 10,936.25    State Wages, Tips, Etc.: 169,350.00    Name of State: NY

Local Income Tax: 3,688.84    Local Wages, Tips, Etc.: 169,350.00    Name of Locality: NYC

Form W-2 Wage and Tax Statement 1987

TH409



Internal Revenue Service Center
Holtsville, New York 00501-0002



TH410

**1987**

NEW YORK STATE · DEPARTMENT OF TAXATION AND FINANCE

## NEW YORK STATE
## CITY OF NEW YORK
## CITY OF YONKERS

# RESIDENT INCOME TAX RETURN IT-20

For Jan 1 — Dec 31, 1987, or fiscal tax year beginning ____, 1987, ending ____

For office use only

Use Mailing label

Last name: **Naseman, David M. and Harding, Tochl**    First name and middle initial (if joint return, enter both names)    Your social security number

Mailing address (number and street or rural route): **425 East 51st Street**    Apartment number: **SR-6A**    Spouse's social security numb

City, village or post office: **New York**    State: **New York**    ZIP code: **10022**    NY State county of residence: **New York**

Enter below your permanent home address within New York State if it is not the same as your mailing address above (see instructions, page 19).

Permanent home address (number and street or rural route)    Apartment number

School district name: **Manhattan**    School district code number: **309**

City, village or post office    State: **NY**    ZIP code    If taxpayer is deceased, enter first name and date of death ___ / ___ / ___

**(A) Filing Status** — Check only one box

① ☐ Single

② ☒ Married filing joint return

③ ☐ Married filing separate return (enter spouse's social security number above)

④ ☐ Head of household (with qualifying person)

⑤ ☐ Qualifying widow(er) with dependent child

**(B)** Can you be claimed as a dependent on another taxpayer's federal return?........Yes ☐ No ☒

**(C)** Part-year residents: If you were a New York State resident for only part of the year, enter the number of months of New York State residence and attach Form IT-360. ☐

**(D)** If you use a paid preparer and do not want New York tax forms mailed to you next year, check box.... ☐

Enter your income items and total adjustments exactly as they appear on your federal return (see instructions, page 6).

| | Federal Income and Adjustments | | |
|---|---|---|---|
| 1 | Wages, salaries, tips, etc. | 1 | 284,723 |
| 2 | Taxable interest income | 2 | 282 |
| 3 | Dividend income | 3 | 948 |
| 4 | Taxable refunds of state and local income taxes (also enter on line 23 below) | 4 | 1,442 |
| 5 | Alimony received | 5 | |
| 6 | Business income or (loss) (attach copy of federal Schedule C, Form 1040) | 6 | |
| 7 | Capital gain or (loss) (attach copy of federal Schedule D, Form 1040) | 7 | |
| 8 | Other gains or (losses) (attach copy of federal Form 4797) | 8 | |
| 9 | Taxable amount of pensions, IRA distributions and annuities | 9 | |
| 10 | Rents and royalties (attach copy of federal Schedule E, Form 1040) | 10 | |
| 11 | Partnerships, estates, trusts and S corporations (attach copy of federal Schedule E, Form 1040) | 11 | |
| 12 | Farm income or (loss) (attach copy of federal Schedule F, Form 1040) | 12 | |
| 13 | Unemployment compensation (insurance) | 13 | |
| 14 | Taxable amount of social security benefits (also enter on line 25 below) | 14 | |
| 15 | Other income (see instructions) Identify: **N.Y.S. Lottery** | 15 | 45 |
| 16 | Total (add lines 1 through 15) | 16 | 286,842 |
| 17 | Total federal adjustments to income (see instructions) Identify: | 17 | |
| 18 | Adjusted gross income (federal) (subtract line 17 from line 16) | 18 | 286,842 |

**New York Additions** (see instructions, page 10)

| | | | |
|---|---|---|---|
| 19 | Interest income on state and local bonds other than New York State | 19 | |
| 20 | Accelerated cost recovery system (ACRS) deduction (from Form IT-399, line 1, column G) | 20 | |
| 21 | Other (see instructions, page 10) Identify: | 21 | |
| 22 | Add lines 18 through 21 | 22 | |

**New York Subtractions** (see instructions, page 11)

| | | | | | |
|---|---|---|---|---|---|
| 23 | Taxable refunds of state and local income taxes (from line 4 above) | 23 | 1,442 | | |
| 24 | Two-earner married couple deduction (from worksheet, page 11) | 24 | | | |
| 25 | Taxable social security benefits (from line 14 above) | 25 | | | |
| 26 | Interest income on U.S. government bonds | 26 | | | |
| 27 | Pension and annuity income exclusion | 27 | | | |
| 28 | New York State depreciation (from Form IT-399, line 1, column F) | 28 | | | |
| 29 | Other (see instructions, page 12) Identify: | 29 | | | |
| 30 | Add lines 23 through 29 and enter the result on line 30 | 30 | 1,442 | | |
| 31 | New York adjusted gross income (subtract line 30 from line 22) | 31 | 285,399 | | |

**New York Adjusted Gross Income**

IT-201 (1987)     Attach Copy 2 of your wage and tax statements here, face out. Use one staple in upper left corner.

| # | Description | | Amount |
|---|---|---|---|
| 32 | Amount from line 31 on the front page (New York adjusted gross income) | 32 | 285,899 |
| 33 | Medical and dental expenses (from federal Schedule A, line 4) | 33 | — |
| 34 | Taxes you paid (from federal Schedule A, line 8) | 34 | 34,347 45 |
| 35 | Interest you paid (from federal Schedule A, line 13) | 35 | 51,002 33 |
| 36 | Contributions you made (from federal Schedule A, line 17) | 36 | 4,749 00 |
| 37 | Casualty and theft losses (from federal Schedule A, line 18) | 37 | — |
| 38 | Moving expenses (from federal Schedule A, line 19) | 38 | — |
| 39 | Miscellaneous deductions subject to 2% AGI limit (from fed. Schedule A, line 24) | 39 | — |
| 40 | Other miscellaneous deductions (from federal Schedule A, line 25) | 40 | 45 00 |
| 41 | Total itemized deductions (from federal Schedule A, line 26) | 41 | 90,143 78 |
| 42 | State, local and foreign income taxes included on line 34 (see instructions) | 42 | 27,066 59 |
| 43 | Subtract line 42 from line 41 | 43 | 63,077 19 |
| 44 | Other adjustments (see instructions, page 14) | 44 | — |
| 45 | New York itemized deduction (line 43 and or subtract line 44) | 45 | 63,077 19 |

If you are claiming the New York standard deduction, skip lines 33 through 45.

| # | Description | | Amount |
|---|---|---|---|
| 46 | New York deduction - (check only one box below and enter amount on line 46) Standard / Itemized X | 46 | 63,077 |
| 47 | Subtract line 46 from line 32 | 47 | 222,822 |
| 48 | Exemptions (enter in the box the number claimed on your federal return 2 × $900) | 48 | 1,800 |
| 49 | New York taxable income (subtract line 48 from line 47) | 49 | 220,022 |
| 50 | New York State tax on line 49 amount (use New York State Tax Table) | 50 | 18,520 |
| 51a | Additional tax on unearned income | 51a | |
| 51b | Unearned income, if any (from Form IT-201-ATT, page 2, line 12; attach form) | 51b | |
| 52 | Add lines 50 and 51a | 52 | 18,520 |
| 53 | New York State household credit (from Worksheet I or II, page 15) | 53 | |
| 54 | Subtract line 53 from line 52 | 54 | 18,520 |
| 55 | New York State credits (from Form IT-201-ATT, page 1, line 8; attach form) | 55 | |
| 56 | Subtract line 55 from line 54 | 56 | 18,520 |
| 57 | Other New York State taxes (from Form IT-201-ATT, page 1, line 19; attach form) | 57 | |
| 58 | Total New York State tax (add lines 56 and 57) | 58 | 18,520 |
| 59 | City of New York resident tax (use City of NY Tax Table) | 59 | 8,353 43 |
| 60 | City of New York household credit (from Worksheet I or II, page 16) | 60 | |
| 61 | Subtract line 60 from line 59 | 61 | 8,353 43 |
| 62 | Other City of New York credits (from Form IT-201-ATT, page 1, line 28; attach form) | 62 | |
| 63 | Subtract line 62 from line 61 | 63 | 8,353 43 |
| 64 | City of New York nonresident earnings tax (attach Form NYC-203) | 64 | |
| 65 | Other City of New York taxes (from Form IT-201-ATT, page 1, line 35; attach form) | 65 | |
| 66 | City of Yonkers resident income tax surcharge (from Yonkers Worksheet, page 16) | 66 | |
| 67 | City of Yonkers nonresident earnings tax (attach Form Y-203) | 67 | |
| 68 | Part-year City of Yonkers resident tax surcharge (attach Form IT-360.1) | 68 | |
| 69 | Total City of New York and City of Yonkers taxes (add lines 63 through 68 and enter on line 69) | 69 | 8,353 43 |
| 70 | If you want to Return a Gift to Wildlife, enter amount; $5, $10, $20, other (see instructions, pages 17 and 22) | 70 | 10 00 |
| 71 | Total NY State, Cities of NY and Yonkers taxes, and Gift to Wildlife (add lines 58, 69 and 70) | 71 | 26,884 16 |
| 72 | Real property tax credit (from Form IT-214, line 16; attach form) | 72 | |
| 73 | Total New York State tax withheld (attach wage and tax statements above) | 73 | 19,534 02 |
| 74 | Total City of New York tax withheld (attach wage and tax statements above) | 74 | 7,532 57 |
| 75 | Total City of Yonkers tax withheld (attach wage and tax statements above) | 75 | — |
| 76 | Estimated tax paid/Paid with Form IT-370 | 76 | — |
| 77 | Total payments (add lines 72 through 76) | 77 | 27,066 59 |
| 78 | If line 71 is less than line 77, enter overpaid (also see lines 79 and 80 below) | 78 | 182 43 |
| 79 | Amount of line 78 to be refunded to you | 79 | |
| 80 | Amount of line 78 to be applied to your 1988 estimated tax | 80 | — |
| 81 | If line 77 is less than line 71, enter amount you owe | 81 | |
| 82 | Check this box if Form IT-2105.9 is attached (see instructions, page 18) | 82 | |

* Attach Copy 2 of your wage and tax statements above
* Sign your return below

| Sign Your Return | Your signature David M. Freeman | Date 4-14-88 | Spouse's signature (if joint return) Joell Harden | |
| Paid Preparer's Use Only | Preparer's signature | Date | Check if self-employed | Preparer's social security number |
| | Firm's name (or yours, if self-employed) | Address | | E.I. number |

TH412



| | | | |
|---|---|---|---|
| 2 Employer's name, address, and ZIP code (OMB No. 1545-0008): AYNEX CORPORATION, 335 MADISON AVENUE, NEW YORK, NY 10017 | 3 Employer's identification number: 13-3180909 | 4 Employer's State number: 13-3180909 | Copy 2 To be filed with employee's State, City, or Local Income Tax return. Employee's and employer's copy compared. |
| 5 Stat. emp. / Deceased / Pension plan / Legal rep. / 942 emp. / Subtotal / Deferred compensation / Void: X | | | |
| 8 Employee's social security number: [redacted] | [redacted] | 7 Advance EIC payment: NONE | |
| | | 11 Social security tax withheld: 3131.70 | |
| 12 Employee's name, address, and ZIP code: 1 HARDING F N 3129 0107, 425 EAST 51ST APT 5A C7C11305, NEW YORK, NY 10022 | | 15 Cost of group term life insurance included in box 10: 160.20 | |
| | | 16 401(k) deferred: NONE | |
| | 17 State income tax: 5961.17 | 18 State wages and other comp: 53054.11 | 19 Name of State: NY |
| Wage and Tax Statement 1987 | 20 New York City tax: 1692.42 | 21 Yonkers city tax: NONE | 22 Admin. transition deferral: NONE |

| | | | |
|---|---|---|---|
| 2 Employer's name, address, and ZIP code (OMB No. 1545-0008): YNEX INFO SOLUTIONS GAP INC, 00 WESTCHESTER AVENUE, HITE PLAINS, NY 10604 | 3 Employer's identification number: 13-3247448 | 4 Employer's State number: 13-3247448 | Copy 2 To be filed with employee's State, City, or Local Income Tax return. Employee's and employer's copy compared. |
| 5 Stat. emp. / Deceased / Pension plan / Legal rep. / 942 emp. / Subtotal / Deferred compensation / Void: X | | | |
| 8 Employee's social security number: [redacted] | [redacted] | 7 Advance EIC payment: NONE | |
| | | 11 Social security tax withheld: 3131.70 | |
| 12 Employee's name, address, and ZIP code: HARDING F N 3129 0107, 425 EAST 51ST APT 5A F7F11132, NEW YORK, NY 10022 | | 15 Cost of group term life insurance included in box 10: 417.52 | |
| | | 16 401(k) deferred: NONE | |
| | 17 State income tax: 4636.60 | 18 State wages and other comp: 59715.43 | 19 Name of State: NY |
| Wage and Tax Statement 1987 | 20 New York City tax: 2151.31 | 21 Yonkers city tax: NONE | 22 Admin. transition deferral: NONE |

| | | |
|---|---|---|
| 1 Control number | OMB No. 1545-0008 | Copy 2 To be filed with employee's State, City, or Local Income Tax return. Employee's and employer's copy compared. |
| 2 Employer's name, address, and ZIP code: LIN Broadcasting Corporation, 1370 Avenue of the Americas, New York, New York 10019 | 3 Employer's identification number: 62-0673800 | 4 Employer's State number |
| | 5 Statutory employee / Deceased / Pension plan / Legal rep. / 942 emp. / Subtotal / Deferred compensation / Void: ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ | |
| | 6 Allocated tips | 7 Advance EIC payment |
| 8 Employee's social security number: [redacted] 9 Federal income tax withheld: 28,950.00 | 10 Wages, tips, other compensation: 169,550.00 | 11 Social security tax withheld: 3,131.70 |
| 12 Employee's name, address, and ZIP code: David H. Newman, 425 East 51st Street, New York, New York 10022 | 13 Social security wages: 43,800.00 | 14 Social security tips |
| | 16 | 16a Fringe benefits incl. in Box 10 |
| | 17 State income tax: 10,956.25 | 18 State wages, tips, etc.: 169,550.00 / 19 Name of State: NY |
| Wage and Tax Statement 1987 | 20 Local income tax: 3,688.84 | 21 Local wages, tips, etc.: 169,550.00 / 22 Name of locality: NYC |

New York State Income Tax
W.A. Harriman Campus
Albany, New York  12227-0125

Refund Claimed



LIN Broadcasting Corporation
1370 Avenue of the Americas
New York, New York  10019

62-0673800

David M. Nassman

425 East 51st Street
New York, New York  10022

28,950.00

169,350.00

43,800.00

3,191.70

10,936.25   169,350.00

1,688.84   769,350.00

**1987**

**NEW YORK STATE**
**CITY OF NEW YORK**
**CITY OF YONKERS**

# RESIDENT

**INCOME TAX RETURN**

# IT-201

NEW YORK STATE · DEPARTMENT OF TAXATION AND FINANCE    For Jan 1 — Dec 31, 1987, or fiscal tax year beginning ____ , 1987, ending ____ , 19 ____

For office use only

| Label / Use Mailing Label | | |
|---|---|---|
| Last Name **Naseman, David M. and Harding, Tobi L.** | First name and middle initial (if joint return, enter both names) | Your social security number |
| Mailing address (number and street or rural route) **425 East 51st Street** | Apartment number **5A-6A** | Spouse's social security number |
| City, village or post office **New York,** | State **New York** ZIP code **10022** | NY State county of residence **New York** |

Enter below your permanent home address within New York State if it is not the same as your mailing address above (see instructions, page 19).

School district name **Manhattan**

Permanent home address (number and street or rural route)    Apartment number

School district code number **309**

City, village or post office    State **NY**    ZIP code    If taxpayer is deceased, enter first name and date of death.

**(A) Filing Status —**
Check only one box

1. ☐ Single
2. ☒ Married filing joint return
3. ☐ Married filing separate return (enter spouse's social security number above)
4. ☐ Head of household (with qualifying person)
5. ☐ Qualifying widow(er) with dependent child

**(B)** Can you be claimed as a dependent on another taxpayer's federal return? .......... Yes ☐ No ☒

**(C)** Part-year residents: If you were a New York State resident for only part of the year, enter the number of months of New York State residence and attach Form IT-360. [number of months ____]

**(D)** If you use a paid preparer and do not want New York tax forms mailed to you next year, check box. ☐

Enter your income items and total adjustments exactly as they appear on your federal return (see instructions, page 8).

**Federal Income and Adjustments**

| | | | |
|---|---|---|---|
| 1 | Wages, salaries, tips, etc. ....................................... | 1 | 284,123 |
| 2 | Taxable interest income ........................................... | 2 | 282 |
| 3 | Dividend income .................................................. | 3 | 948 |
| 4 | Taxable refunds of state and local income taxes (also enter on line 29 below) ... | 4 | 1,442 |
| 5 | Alimony received .................................................. | 5 | |
| 6 | Business income or (loss) (attach copy of federal Schedule C, Form 1040) ... | 6 | |
| 7 | Capital gain or (loss) (attach copy of federal Schedule D, Form 1040) ... | 7 | |
| 8 | Other gains or (losses) (attach copy of federal Form 4797) ......... | 8 | |
| 9 | Taxable amount of pensions, IRA distributions and annuities ....... | 9 | |
| 10 | Rents and royalties (attach copy of federal Schedule E, Form 1040) ... | 10 | |
| 11 | Partnerships, estates, trusts and S corporations (attach copy of federal Schedule E, Form 1040) ... | 11 | |
| 12 | Farm income or (loss) (attach copy of federal Schedule F, Form 1040) ... | 12 | |
| 13 | Unemployment compensation (insurance) .......................... | 13 | |
| 14 | Taxable amount of social security benefits (also enter on line 25 below) ... | 14 | |
| 15 | Other income (see instructions) Identify: **N.Y.S. Lottery** | 15 | 45 |
| 16 | Total (add lines 1 through 15) ................................... | 16 | 286,942 |
| 17 | Total federal adjustments to income (see instructions) Identify: | 17 | |
| 18 | Adjusted gross income (federal) (subtract line 17 from line 16) ... | 18 | 286,842 |

**New York Additions:** (see instructions, page 10)

| | | | |
|---|---|---|---|
| 19 | Interest income on state and local bonds other than New York State ... | 19 | |
| 20 | Accelerated cost recovery system (ACRS) deduction (from Form IT-399, line 1, column G) ... | 20 | |
| 21 | Other (see instructions, page 10) Identify: | 21 | |
| 22 | Add lines 18 through 21 ......................................... | 22 | |

**New York Subtractions:** (see instructions, page 11)

**New York Adjusted Gross Income**

| | | | | | |
|---|---|---|---|---|---|
| 23 | Taxable refunds of state and local income taxes (from line 4 above) ... | 23 | 1,442 99 | | |
| 24 | Two-earner married couple deduction (from worksheet, page 11) ... | 24 | | | |
| 25 | Taxable social security benefits (from line 14 above) ............. | 25 | | | |
| 26 | Interest income on U.S. government bonds ........................ | 26 | | | |
| 27 | Pension and annuity income exclusion ............................ | 27 | | | |
| 28 | New York State depreciation (from Form IT-399, line 1, column F) ... | 28 | | | |
| 29 | Other (see instructions, page 12) Identify: | 29 | | | |
| 30 | Add lines 23 through 29 and enter the result on line 30 ........... | 30 | 1,442 | | |
| 31 | New York adjusted gross income (subtract line 30 from line 22) ... | 31 | 285,399 | | |

TH415

IT-201 (1987) ☐    Attach Copy 2 of your wage and tax statements here, face out. Use one staple in upper left corner.    Pa

| | | | | | |
|---|---|---|---|---|---|
| **Itemized Deductions** | 32 Amount from line 31 on the front page *(New York adjusted gross income)* | | 32 | 285, 399 | |
| | 33 Medical and dental expenses *(from federal Schedule A, line 4)* | 33 | | | |
| | 34 Taxes you paid *(from federal Schedule A, line 17)* | 34 | 84, 347 | 45 | |
| | 35 Interest you paid *(from federal Schedule A, line 18)* | 35 | 51, 002 | 33 | |
| | 36 Contributions *(from federal Schedule A, line 19)* | 36 | 4, 749 | 00 | If you are claiming the New York standard deduction skip lines 33 through 45. |
| | 37 Casualty and theft losses *(from federal Schedule A, line 18)* | 37 | | | |
| | 38 Moving expenses *(from federal Schedule A, line 19)* | 38 | | | |
| | 39 Miscellaneous deductions subject to 2% AGI limit *(from fed. Schedule A, line 24)* | 39 | | | |
| | 40 Other miscellaneous deductions *(from federal Schedule A, line 25)* | 40 | 45 | 00 | |
| | 41 Total itemized deductions *(from federal Schedule A, line 26)* | 41 | 90, 143 | 78 | |
| | 42 State, local and foreign income taxes included on line 34 *(see instructions)* | 42 | 27, 066 | 59 | |
| | 43 Subtract line 42 from line 41 | 43 | 63, 077 | 19 | |
| | 44 Other adjustments *(see instructions, page 14)* | 44 | | | |
| | 45 New York itemized deduction *(line 43 minus or subtract line 44)* | 45 | 63, 077 | 19 | |
| | 46 New York deduction - *(check only one box below and enter amount on line 46)* ☐ Standard *(see instructions, page 14)* ☒ Itemized *(enter amount from line 45)* | | 46 | 63, 077 | |
| **Tax Computation** | 47 Subtract line 46 from line 32 | | 47 | 222, 322 | |
| | 48 Exemptions *(enter in the box the number claimed on your federal return)* ☐ 2  x $900 = | | 48 | 1, 800 | |
| | 49 New York taxable income *(subtract line 48 from line 47)* | | 49 | 220, 522 | |
| | 50 New York State tax on line 49 amount *(use New York State Tax Table on yellow pages 29 through 34)* | | 50 | 18, 520 | |
| | 51a Additional tax on unearned income *(if line 32 above is more than $100,000, or more than $50,000 if you are married and filing a separate return, see instructions, page 15; all others enter "0" on lines 51a and 51b)* | | 51a | | |
| | 51b Unearned income, if any *(from Form IT-201-ATT, page 2, line 12; attach form)* | 51b | | | |
| | 52 Add lines 50 and 51a | | 52 | 18, 520 | |
| | 53 New York State household credit *(from Worksheet I or II, page 15)* | | 53 | | |
| | 54 Subtract line 53 from line 52 *(if line 53 is more than line 52, enter "0")* | | 54 | 18, 520 | |
| | 55 Other New York State credits *(from Form IT-201-ATT, page 1, line 8; attach form)* | | 55 | | |
| | 56 Subtract line 55 from line 54 *(if line 55 is more than line 54, enter "0")* | | 56 | 18, 520 | |
| | 57 Other New York State taxes *(from Form IT-201-ATT, page 1, line 13; attach form)* | | 57 | | |
| | 58 Total New York State tax *(add lines 56 and 57)* | | 58 | 18, 520 | |
| **Credits/Other Taxes/City/Totals** | 59 City of New York resident tax *(use City of NY Tax Table, pages 35 through 40)* | 59 | 8, 353 | 43 | |
| | 60 City of New York household credit *(from Worksheet I or II, page 16)* | 60 | | | |
| | 61 Subtract line 60 from line 59 *(if line 60 is more than line 59, enter "0")* | 61 | 8, 353 | 43 | See instructions for figuring City of New York taxes |
| | 62 Other City of New York credits *(from Form IT-201-ATT, page 1, line 18; attach form)* | 62 | | | |
| | 63 Subtract line 62 from line 61 *(if line 62 is more than line 61, enter "0")* | 63 | 8, 353 | 43 | |
| | 64 Other City of New York nonresident earnings tax *(attach Form NYC-203)* | 64 | | | |
| | 65 Other City of New York taxes *(from Form IT-201-ATT, page 1, line 21; attach form)* | 65 | | | See instructions for figuring City of Yonkers taxes |
| | 66 City of Yonkers resident income tax surcharge *(from Yonkers worksheet, page 16)* | 66 | | | |
| | 67 City of Yonkers nonresident earnings tax *(attach Form Y-203)* | 67 | | | |
| | 68 Part-year City of Yonkers resident tax surcharge *(attach Form IT-360.1)* | 68 | | | |
| | 69 Total City of New York and City of Yonkers taxes *(add lines 63 through 68 and enter on line 69)* | 69 | 8, 353 | 4 | |
| | 70 If you want to Return a Gift to Wildlife, enter amount; $5, $10, $20, other *(see instructions, pages 17 and 23)* | 70 | 10 | 00 | |
| | 71 Total NY State, Cities of NY and Yonkers taxes, and Gift to Wildlife *(add lines 58, 69 and 70)* | 71 | 26, 884 | 4 | |
| **Payments** | 72 Real property tax credit *(from Form IT-214, line 18; attach form)* | 72 | | | • Attach Copy 2 of your wage and tax statements above |
| | 73 Total New York State tax withheld *(attach wage and tax statements above)* | 73 | 19, 534 | 02 | |
| | 74 Total City of New York tax withheld *(attach wage and tax statements above)* | 74 | 7, 532 | 57 | |
| | 75 Total City of Yonkers tax withheld *(attach wage and tax statements above)* | 75 | | | • Sign your return below |
| | 76 Estimated tax paid/Paid with Form IT-370 | 76 | | | |
| | 77 Total payments *(add lines 72 through 76)* | | 77 | 27, 066 | 5 |
| **Refund/Owe** | 78 If line 71 is less than line 77, enter amount overpaid *(also see lines 79 and 80 below)* | | 78 | 182 | 4 |
| | 79 Amount of line 78 to be refunded to you | | 79 | | |
| | 80 Amount of line 78 to be applied to your 1988 estimated tax | 80 | | | |
| | 81 If line 77 is less than line 71, enter amount you owe *(do not send cash; make check or money order payable to NY State Income Tax; write your social security number and "1987 Income Tax" on it)* | | 81 | | |
| | 82 Check this box ☐ if Form IT-2105.9 is attached *(see instructions, page 19)* | | 82 | | |

| Sign Your Return | Your signature *Daniel M. Freeman* | Date *4-14-88* | Spouse's signature *(if joint return)* *Joell Harden* | |
|---|---|---|---|---|
| Paid Preparer's Use Only | Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security number |
| | Firm's name *(or yours, if self-employed)* | Address | | E.I. number |

**Form W-2 #1**

| 2 Employer's name, address, and ZIP code | 3 Employer's identification number | 4 Employer's state number |
|---|---|---|
| YNEX CORPORATION | 13-3180909 | 13-3180909 |
| 135 MADISON AVENUE | X | NONE |
| NEW YORK, NY 10017 | | 3131.70 |
| 11 Employee's name, address, and ZIP code | | 160.20 |
| HARDING   F N 3129 0107 | | NONE |
| 425 EAST 51ST APT 5A   CTC11305 | 17 State income tax | 19 Name of state |
| NEW YORK, NY 10022 | 3981.17   55054.11 | NY |
| | 1092.42   NONE   NONE |

Wage and Tax Statement 1987

**Form W-2 #2**

| 2 Employer's name, address, and ZIP code | 3 Employer's identification number | 4 Employer's state number |
|---|---|---|
| YNEX INFO SOLUTIONS GRP INC | 13-3247448 | 13-3247448 |
| 00 WESTCHESTER AVENUE | X | NONE |
| WHITE PLAINS, NY 10604 | | 3131.70 |
| 11 Employee's name, address, and ZIP code | | 417.52 |
| HARDING   F N 3129 0107 | | NONE |
| 425 EAST 51ST APT 5A   F7F11112 | 17 State income tax | 19 Name of state |
| NEW YORK, NY 10022 | 4630.50   59715.43 | NY |
| | 2151.31   NONE   NONE |

Wage and Tax Statement 1987

**Form W-2 #3**

Wage and Tax Statement 1987

| | |
|---|---|
| 2 Employer's name, address, and ZIP code | |
| LIN Broadcasting Corporation | |
| 1370 Avenue of the Americas | |
| New York, New York 10019 | 52-0623800 |
| 11 Employee's name, address, and ZIP code | 28,950.00 |
| David R. Nassman | 169,350.00   3,111.70 |
| 425 East 51st Street | 43,800.00 |
| New York, New York 10022 | 169,350.00   169,350.00 |
| | NY   NYC |

TH417

Refund Claimed

New York State Income Tax
W.A. Harriman Campus
Albany, New York  12227-0125

OMB No. 1545-0008



| 1 Control number | | Corp. 1 For State, City, or Local Tax Dept Employee's and Employer's copy compared | |
|---|---|---|---|
| 2 Employer's identification number | 4 Employer's State I.D. number | | |
| 62-0673800 | | | |
| 3 Employer's name, address, and ZIP code | | 6 Statutory employee | Deceased | Pension plan | Legal rep. | Deferred compensation | Void |
| LIN Broadcasting Corporation | | 7 Advance EIC payment | |
| 1370 Avenue of the Americas | | 10 Wages, tips, other compensation | 11 Social security tax withheld |
| New York, New York  10019 | | 169,350.00 | 3,131.70 |
| 5 Employee's social security number | 9 Federal income tax withheld | 12 Social security wages | 14 Social security tips |
| | 28,950.00 | 43,800.00 | |
| 19 Employee's name, address, and ZIP code | | 16a Fringe benefits incl. in Box 10 | |
| David M. Hassman | | | |
| | | 17 State income tax | 18 State wages, tips, etc. | 20 Name of State |
| 425 East 51st Street | | 10,936.25 | 169,350.00 | NY |
| New York, New York  10022 | | 21 Local income tax | 22 Local wages, tips, etc. | 23 Name of Locality |

TH418

**Form 1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **1987**

For the year Jan.–Dec. 31, 1987, or other tax year beginning ____, 1987, ending ____    OMB No. 1545-0

**Label**
Use IRS label. Otherwise, please print or type.

Your first name and initial (if joint return, also give spouse's name and initial) — Last name
David M. Naseman and Tochi Heading
Present home address (number and street or rural route). (If you have a P.O. Box, see page 6 of instructions.)
428 East 51st Street, Apt. 5A-6A
City, town or post office, state, and ZIP code
New York, New York 10022

**Presidential Election Campaign.** Do you want $1 to go to this fund?  [X] Yes
If joint return, does your spouse want $1 to go to this fund?  [X] Yes

**Filing Status**
Check only one box.
1 □ Single
2 [X] Married filing joint return (even if only one had income)
3 □ Married filing separate return. Enter spouse's social security no. above and full name here.
4 □ Head of household (with qualifying person). (See page 7 of instructions.) If the qualifying person is your child but not your dependent, enter child's name here.
5 □ Qualifying widow(er) with dependent child (year spouse died ► 19 ). (See page 7 of instructions.)

**Exemptions** (See Instructions on page 7.)
6a [X] Yourself
6b □ Spouse
c Dependents

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ► □
e Total number of exemptions claimed (also complete line 35)

No. of boxes checked on 6a and 6b: **2**
Add numbers entered in boxes above ► **2**

**Income**
7 Wages, salaries, tips, etc. (attach Form(s) W-2) — 7 — 284,123 54
8 Taxable interest income (also attach Schedule B if over $400) — 8 — 282 67
9 Tax-exempt interest income (see page 10). DON'T include on line 8 — 9
10 Dividend income (also attach Schedule B if over $400) — 10 — 948 63
11 Taxable refunds of state and local income taxes, if any, from worksheet on page 11 of instructions. — 11 — 1,442 99
12 Alimony received — 12
13 Business income or (loss) (attach Schedule C) — 13
14 Capital gain or (loss) (attach Schedule D) — 14
15 Other gains or (losses) (attach Form 4797) — 15
16a Pensions, IRA distributions, annuities, and rollovers. Total received — 16a
  b Taxable amount (see page 11) — 16b
17 Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) — 17
18 Farm income or (loss) (attach Schedule F) — 18
19 Unemployment compensation (insurance) (see page 11) — 19
20a Social security benefits (see page 12) — 20a
  b Taxable amount, if any, from the worksheet on page 12 — 20b
21 Other income (list type and amount—see page 12) NYS Lottery — 21 — 45 00
22 Add the amounts shown in the far right column for lines 7, 8, and 10–21. This is your total income ► 22 — 286,842 83

**Adjustments to Income** (See Instructions on page 12.)
23 Reimbursed employee business expenses from Form 2106 — 23
24a Your IRA deduction, from applicable worksheet on page 13 or 14 — 24a
  b Spouse's IRA deduction, from applicable worksheet on page 13 or 14 — 24b
25 Self-employed health insurance deduction, from worksheet on page 14 — 25
26 Keogh retirement plan and self-employed SEP deduction — 26
27 Penalty on early withdrawal of savings — 27
28 Alimony paid (recipient's last name and social security no.) — 28
29 Add lines 23 through 28. These are your total adjustments — 29 — 00
**Adjusted Gross Income**
30 Subtract line 29 from line 22. This is your adjusted gross income. If this line is less than $15,432 and a child lived with you, see "Earned Income Credit" (line 56) on page 18 of the instructions. If you want IRS to figure your tax, see page 15 of the instructions ► 30 — 286,842 83

TH419

Form 1040 (1987)

| | | | | | |
|---|---|---|---|---|---|
| **Tax Computation** | 31 | Amount from line 30 (adjusted gross income) | | 31 | 286,442 |
| | 32a | Check if: ☐ You were 65 or over ☐ Blind; ☐ Spouse was 65 or over ☐ Blind. Add the number of boxes checked and enter the total here ▶ ☐ 32a | | | |
| | b | If you can be claimed as a dependent on another person's return, check here . . ▶ 32b ☐ | | | |
| | c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 15 and check here . . . . . . ▶ 32c ☐ | | | |
| | 33a | Itemized deductions. See page 15 to see if you should itemize. If you don't itemize, enter zero. If you do itemize, attach Schedule A, enter the amount from Schedule A, line 26. | | 33a | 90,143 |
| **Caution:** If you checked any box on line 32a, b, or c and you don't itemize, see page 16 for the amount to enter on line 33b. | b | Standard deduction. Read Caution to left. If it applies, see page 16 for the amount to enter. If Caution doesn't apply and your filing status from page 1 is: { Single or Head of household, enter $2,540 Married filing jointly or Qualifying widow(er), enter $3,760 Married filing separately, enter $1,880 } | | 33b | |
| | 34 | Subtract line 33a or 33b, whichever applies, from line 31. Enter the result here | | 34 | 196,299 |
| | 35 | Multiply $1,900 by the total number of exemptions claimed on line 6e or see chart on page 16 | | 35 | 3,800 |
| | 36 | Taxable income. Subtract line 35 from line 34. Enter the result (but not less than zero) | | 36 | 192,899 |
| | | **Caution:** If under age 14 and you have more than $1,000 of investment income, check here ▶ ☐ and see page 16 to see if you have to use Form 8615 to figure your tax. | | | |
| | 37 | Enter tax. Check if from ☐ Tax Table, ☐ Tax Rate Schedules, ☐ Schedule D, or ☐ Form 8615 | | 37 | 64,206 |
| | 38 | Additional taxes (see page 16). Check if from ☐ Form 4970 or ☐ Form 4972 | | 38 | |
| | 39 | Add lines 37 and 38. Enter the total | | 39 | 64,206 |
| **Credits** (See Instructions on page 17.) | 40 | Credit for child and dependent care expenses (attach Form 2441) | 40 | | |
| | 41 | Credit for the elderly or for the permanently and totally disabled (attach Schedule R) | 41 | | |
| | 42 | Add lines 40 and 41. Enter the total | | 42 | |
| | 43 | Subtract line 42 from line 39. Enter the result (but not less than zero) | | 43 | 64,206 |
| | 44 | Foreign tax credit (attach Form 1116) | 44 | | |
| | 45 | General business credit. Check if from ☐ Form 3800, ☐ Form 3468, ☐ Form 5884, ☐ Form 6478, ☐ Form 6765, or ☐ Form 8586 | 45 | | |
| | 46 | Add lines 44 and 45. Enter the total | | 46 | |
| | 47 | Subtract line 46 from line 43. Enter the result (but not less than zero) | | 47 | 64,206 |
| **Other Taxes** (Including Advance EIC Payments) | 48 | Self-employment tax (attach Schedule SE) | | 48 | |
| | 49 | Alternative minimum tax (attach Form 6251) | | 49 | |
| | 50 | Tax from recapture of investment credit (attach Form 4255) | | 50 | |
| | 51 | Social security tax on tip income not reported to employer (attach Form 4137) | | 51 | |
| | 52 | Tax on an IRA or a qualified retirement plan (attach Form 5329) | | 52 | |
| | 53 | Add lines 47 through 52. This is your total tax | ▶ | 53 | 64,206 |
| **Payments** Attach Forms W-2, W-2G, and W-2P to front. | 54 | Federal income tax withheld (including tax shown on Form(s) 1099) | 54 | 49,813 | |
| | 55 | 1987 estimated tax payments and amount applied from 1986 return | 55 | | |
| | 56 | Earned income credit (see page 18) | 56 | | |
| | 57 | Amount paid with Form 4868 (extension request) | 57 | | |
| | 58 | Excess social security tax and RRTA tax withheld (see page 19) | 58 | 3,131 | |
| | 59 | Credit for Federal tax on gasoline and special fuels (attach Form 4136) | 59 | | |
| | 60 | Regulated investment company credit (attach Form 2439) | 60 | | |
| | 61 | Add lines 54 through 60. These are your total payments | ▶ | 61 | 52,945 |
| **Refund or Amount You Owe** | 62 | If line 61 is larger than line 53, enter amount OVERPAID | ▶ | 62 | |
| | 63 | Amount of line 62 to be REFUNDED TO YOU | ▶ | 63 | |
| | 64 | Amount of line 62 to be applied to your 1988 estimated tax | 64 | | |
| | 65 | If line 53 is larger than line 61, enter AMOUNT YOU OWE. Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number, daytime phone number, and "1987 Form 1040" on it. Check ▶ ☐ if Form 2210 (2210F) is attached. See page 20. Penalty: $ | | 65 | 11,260 |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| *Daniel M. Norman* | 4-14-88 | Vice President & General Counsel |
| Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation |
| *Joan Harding* | 4-14-88 | Vice President & General Counsel |

**Paid Preparer's Use Only**

| Preparer's signature | | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|---|
| Firm's name (or yours if self-employed) and address | | | E.I. No. | |
| | | | ZIP code | |

☆U.S. GOVERNMENT PRINTING OFFICE: 1987 189 555 - - - 40

TH420

**SCHEDULES A&B**
(Form 1040)

Department of the Treasury
Internal Revenue Service

# Schedule A—Itemized Deductions
(Schedule B is on back)

▶ Attach to Form 1040.  ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-

**198**

Attachment
Sequence No.

Name(s) as shown on Form 1040

David M. Naseman and Jacki Harding

Your social security num

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | **1a** Prescription medicines and drugs, insulin, doctors, dentists, nurses, hospitals, insurance premiums you paid for medical and dental care, etc. | | | | |
| (Do not include expenses reimbursed or paid by others.) | **b** Transportation and lodging | | **1a** | | |
| | **c** Other (list—include hearing aids, dentures, eyeglasses, etc.) ▶ | | **1b** | | |
| (See instructions on page 21.) | **2** Add lines 1a through 1c, and enter the total here . . . | | **1c** | | |
| | **3** Multiply the amount on Form 1040, line 31, by 7.5% (.075) | | **2** | | |
| | **4** Subtract line 3 from line 2. If zero or less, enter -0-. Total medical and dental | | **3** | | |
| **Taxes You Paid** | Note: Sales taxes are no longer deductible. | | | **4** | |
| (See instructions on page 22.) | **5** State and local income taxes . . . . | | **5** | 27,066 | 59 |
| | **6** Real estate taxes . . . . . | | **6** | 7,237 | 11 |
| | **7** Other taxes (list—include personal property taxes) ▶ | | **7** | 43 | 75 |
| | **8** Add the amounts on lines 5 through 7. Enter the total here . . . ▶ Total taxes | | **8** | 34,347 | 45 |
| **Interest You Paid** | Note: If you borrowed any new amounts against your home after 8/16/86 and at any time in 1987 the total of all your mortgage debts was more than what you paid for your home plus improvements, attach Form 8598 and check here . . ▶ ☐ | | | | |
| (See instructions on page 22.) | **9a** Deductible home mortgage interest you paid to financial institutions (report deductible points on line 10) | | **9a** | 42,229 | 74 |
| | **b** Deductible home mortgage interest you paid to individuals (show that person's name and address) ▶ | | | | |
| | **10** Deductible points . . . . . . | | **9b** | | |
| | **11** Deductible investment interest . . . | | **10** | 3,400 | 00 |
| | **12a** Personal interest you paid (see page 22)  **12a** 7,959. 37 | | **11** | | |
| | **b** Multiply the amount on line 12a by 65% (.65). Enter the result | | **12b** | 5,173 | 59 |
| | **13** Add the amounts on lines 9a through 11, and 12b. Enter the total here. Total interest ▶ | | **13** | 51,002 | 33 |
| **Contributions You Made** | **14a** Cash contributions. (If you gave $3,000 or more to any one organization, report those contributions on line 14b.) | | **14a** | 4,749 | 00 |
| (See instructions on page 23.) | **b** Cash contributions totaling $3,000 or more to any one organization. (Show to whom you gave and how much you gave.) ▶ | | | | |
| | **15** Other than cash. (You must attach Form 8283 if over $500.) | | **14b** | | |
| | **16** Carryover from prior year . . . . | | **15** | | |
| | **17** Add the amounts on lines 14a through 16. Enter the total here. Total contributions ▶ | | **16** | | |
| **Casualty and Theft Losses** | **18** Casualty or theft loss(es) (attach Form 4684). (See page 23 of the Instructions.) | | **17** | 4,749 | 00 |
| **Moving Expenses** | **19** Moving expenses (attach Form 3903 or 3903F). (See page 23 of the Instructions.) | | **18** | | |
| **Miscellaneous Deductions Subject to 2% AGI Limit** | **20** Unreimbursed employee business expenses (attach Form 2106) | | **19** | | |
| | **21** Other expenses (list type and amount) ▶ | **20** | | | |
| (See instructions on page 24.) | **22** Add the amounts on lines 20 and 21. Enter the total. | **21** | | | |
| | **23** Multiply the amount on Form 1040, line 31, by 2% (.02). Enter the result here . . . | **22** | | | |
| | **24** Subtract line 23 from line 22. Enter the result (but not less than zero) . . . | **23** | | | |
| **Other Miscellaneous Deductions** | **25** Miscellaneous deductions not subject to 2% AGI limit (see page 24). (List type and amount.) ▶ N.Y.S. Lottery | | **24** | | |
| **Total Itemized Deductions** | **26** Add the amounts on lines 4, 8, 13, 17, 18, 19, 24, and 25. Enter the total here and on Form 1040, line 33a. | | **25** | 45 | 00 |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

**Form W-2 Wage and Tax Statement 1987** — NYNEX CORPORATION

2 EMPLOYER'S NAME, ADDRESS, AND ZIP CODE  OMB NO. 1545-0008

NYNEX CORPORATION

335 MADISON AVENUE

NEW YORK, NY 10017

8 EMPLOYEE'S SOCIAL SECURITY NUMBER

████████

3 EMPLOYER'S IDENTIFICATION NUMBER  13-3180909

4 EMPLOYER'S STATE  13-3160

9 FEDERAL INCOME TAX WITHHELD  10060.75

10 WAGES, TIPS, OTHER COMPENSATION  186.20

11 SOCIAL SECURITY TAX  NONE

12 EMPLOYEE'S NAME, ADDRESS, AND ZIP CODE

T HARDING                    F N 3129 0167

425 EAST 51ST APT 5A         C7C11305

NEW YORK, NY 10022

13 SOCIAL SECURITY WAGES  55054.11

14 FRINGE BENEFITS  43000.00

15  115.55

Social security tax  3131.7

NONE

Form W-2 Wage and Tax Statement 1987
Department of the Treasury-Internal Revenue Service

---

**Form W-2 Wage and Tax Statement 1987** — NYNEX INFO SOLUTIONS GRP INC

2 EMPLOYER'S NAME, ADDRESS, AND ZIP CODE  OMB NO. 1545-0008

NYNEX INFO SOLUTIONS GRP INC

400 WESTCHESTER AVENUE

WHITE PLAINS, NY 10604

8 EMPLOYEE'S SOCIAL SECURITY NUMBER

████████

3 EMPLOYER'S IDENTIFICATION NUMBER  13-3247448

4 EMPLOYER'S STATE NUMBER  13-3247448

9 FEDERAL INCOME TAX WITHHELD  16802.85

10 WAGES, TIPS, OTHER COMPENSATION  417.52

11 SOCIAL SECURITY TAX  NONE

12 EMPLOYEE'S NAME, ADDRESS, AND ZIP CODE

T HARDING                    F N 3129 0167

425 EAST 51ST APT 5A         F7P11132

NEW YORK, NY 10022

13 SOCIAL SECURITY WAGES  59715.43

14 FRINGE BENEFITS  43800.00

15  373.94

Social security tax  3131.70

NONE

Form W-2 Wage and Tax Statement 1987
Department of the Treasury-Internal Revenue Service

NONE

---

**Form W-2 Wage and Tax Statement 1987** — LIN Broadcasting Corporation

2 Employer's Name, Address, and ZIP Code    OMB No. 1545-0008

Copy B To be filed with employee's FEDERAL tax return. This information is being furnished to the Internal Revenue Service.

LIN Broadcasting Corporation
1370 Avenue of the Americas
New York, New York 10019

3 Employer's Identification Number  62-0673800

4 Employee's Social Security Number

8 Employee's Social Security Number

████████

9 Federal Income Tax Withheld  28,950.00

12 Employee's Name, Address, and ZIP Code

David M. Naseman

425 East 51st Street
New York, New York 10022

10 Wages, Tips, Other Compensation  169,350.00

13 Social Security Wages  43,800.00

13 Social Security Tax Withheld  3,131.70

| 17 State Income Tax | 18 State Wages, Tips, Etc. | 19 Name of State |
|---|---|---|
| 10,936.25 | 169,350.00 | NY |
| 20 Local Income Tax | 21 Local Wages, Tips, Etc. | 22 Name of Locality |
| 3,688.84 | 169,350.00 | NYC |

Form W-2 Wage and Tax Statement 1987
Department of the Treasury-Internal Revenue Service





Internal Revenue Service
Eleven Thousand Two Hundred Sixty and 33/100

425 EAST 51ST STREET
NEW YORK, NY 10022

$ 11,260.33

Republic National Bank of New York

Internal Revenue Service Center
Holtsville, New York 00501-0002

U.S. POSTAGE
2 5