Exhibit 8



PLAINTIFF'S EXHIBIT 8

TH424

# Form 1040 — Department of the Treasury—Internal Revenue Service

## U.S. Individual Income Tax Return 1988

For the year Jan.–Dec. 31, 1988, or other tax year beginning _____, 1988, ending _____, 19__    OMB No. 1545-0074

**Label** (Use IRS label. Otherwise, please print or type.)

Your first name and initial (if joint return, also give spouse's name and initial): **David M.** and **Toehl**
Last name: **Naseman** / **Handing**
Your social security number: [redacted]

Present home address (number, street, and apt. no. or rural route): **425 East 51st Street, Apt. 5A-6A**
Spouse's social security number: [redacted]

City, town or post office, state, and ZIP code: **New York, New York 10022**

For Privacy Act and Paperwork Reduction Act Notice, see instructions.

**Presidential Election Campaign**
Do you want $1 to go to this fund? — **X Yes** / No
If joint return, does your spouse want $1 to go to this fund? — **X Yes** / No
Note: Checking "Yes" will not change your tax or reduce your refund.

## Filing Status (Check only one box)

1. Single
2. **X** Married filing joint return (even if only one had income)
3. Married filing separate return. Enter spouse's social security no. above and full name here.
4. Head of household (with qualifying person). (See page 7 of instructions.) If the qualifying person is your child but not your dependent, enter child's name here.
5. Qualifying widow(er) with dependent child (year spouse died ▶ 19__). (See page 7 of instructions.)

## Exemptions (See Instructions on page 8.)

6a **X** Yourself — If someone (such as your parent) can claim you as a dependent, do not check box 6a. But be sure to check the box on line 33b on page 2.
b **X** Spouse
c Dependents: (none listed)
d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐
e Total number of exemptions claimed ▶ **2**

No. of boxes checked on 6a and 6b: **2**
Add numbers entered on lines above ▶ **2**

## Income

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) | 2,486,666 86 |
| 8a | Taxable interest income (also attach Schedule B if over $400) | 32,318 78 |
| 8b | Tax-exempt interest income (see page 11). DON'T include on line 8a | |
| 9 | Dividend income (also attach Schedule B if over $400) | |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 11 of Instructions | 182 43 |
| 11 | Alimony received | |
| 12 | Business income or (loss) (attach Schedule C) | |
| 13 | Capital gain or (loss) (attach Schedule D) | (3,000 00) |
| 14 | Capital gain distributions not reported on line 13 (see page 11) | |
| 15 | Other gains or (losses) (attach Form 4797) | |
| 16a | Total IRA distributions | |
| 16b | Taxable amount (see page 11) | |
| 17a | Total pensions and annuities | |
| 17b | Taxable amount (see page 12) | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | |
| 19 | Farm income or (loss) (attach Schedule F) | |
| 20 | Unemployment compensation (insurance) (see page 13) | |
| 21a | Social security benefits (see page 13) | |
| 21b | Taxable amount, if any, from the worksheet on page 13 | |
| 22 | Other income (list type and amount—see page 13) | |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your total income ▶ | 2,516,168 07 |

## Adjustments to Income (See Instructions on page 13.)

| Line | Description | Amount |
|---|---|---|
| 24 | Reimbursed employee business expenses from Form 2106, line 13 | |
| 25a | Your IRA deduction, from applicable worksheet on page 14 or 15 | |
| 25b | Spouse's IRA deduction, from applicable worksheet on page 14 or 15 | |
| 26 | Self-employed health insurance deduction, from worksheet on page 15 | |
| 27 | Keogh retirement plan and self-employed SEP deduction | |
| 28 | Penalty on early withdrawal of savings | |
| 29 | Alimony paid (recipient's last name and social security no.) | |
| 30 | Add lines 24 through 29. These are your total adjustments ▶ | 00 |

## Adjusted Gross Income

31 Subtract line 30 from line 23. This is your adjusted gross income. If this line is less than $18,576 and a child lived with you, see "Earned Income Credit" (line 56) on page 19 of the Instructions. If you want IRS to figure your tax, see page 16 of the Instructions ▶ | **2,516,168 07**

Form 1040 (1988)                                                                                                          Page 2

| | | | |
|---|---|---|---|
| **Tax Computation** | 32 | Amount from line 31 (adjusted gross income) | **32** 2,516,168 07 |
| | 33a | Check if: ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind. Add the number of boxes checked and enter the total here ▶ 33a | |
| | b | If someone (such as your parent) can claim you as a dependent, check here ▶ 33b ☐ | |
| | c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 16 and check here ▶ 33c ☐ | |
| | 34 | Enter the larger of: • Your standard deduction (from page 17 of the Instructions), OR • Your itemized deductions (from Schedule A, line 26). If you itemize, attach Schedule A and check here ▶ ☒ | **34** 259,983 42 |
| | 35 | Subtract line 34 from line 32. Enter the result here | **35** 2,256,184 65 |
| | 36 | Multiply $1,950 by the total number of exemptions claimed on line 6e | **36** 3,900 00 |
| | 37 | Taxable income. Subtract line 36 from line 35. Enter the result (if less than zero, enter zero). Caution: If under age 14 and you have more than $1,000 of investment income, check here ▶ ☐ and see page 17 to see if you have to use Form 8615 to figure your tax. | **37** 2,252,284 65 |
| | 38 | Enter tax. Check if from: ☐ Tax Table, ☒ Tax Rate Schedules, or ☐ Form 8615 | **38** 630,639 70 |
| | 39 | Additional taxes (see page 17). Check if from: ☐ Form 4970 ☐ Form 4972 | **39** 00 |
| | 40 | Add lines 38 and 39. Enter the total ▶ | **40** 630,639 70 |
| **Credits** (See Instructions on page 19.) | 41 | Credit for child and dependent care expenses (attach Form 2441) | 41 |
| | 42 | Credit for the elderly or the disabled (attach Schedule R) | 42 |
| | 43 | Foreign tax credit (attach Form 1116) | 43 |
| | 44 | General business credit. Check if from: ☐ Form 3800 or ☐ Form (specify) _____ | 44 |
| | 45 | Credit for prior year minimum tax (attach Form 8801) | 45 |
| | 46 | Add lines 41 through 45. Enter the total | **46** 00 |
| | 47 | Subtract line 46 from line 40. Enter the result (if less than zero, enter zero) ▶ | **47** 630,639 70 |
| **Other Taxes** (Including Advance EIC Payments) | 48 | Self-employment tax (attach Schedule SE) | **48** |
| | 49 | Alternative minimum tax (attach Form 6251) | **49** |
| | 50 | Recapture taxes (see page 18). Check if from: ☐ Form 4255 ☐ Form 8611 | **50** |
| | 51 | Social security tax on tip income not reported to employer (attach Form 4137) | **51** |
| | 52 | Tax on an IRA or a qualified retirement plan (attach Form 5329) | **52** |
| | 53 | Add lines 47 through 52. This is your total tax ▶ | **53** 630,639 70 |
| **Payments** Attach Forms W-2, W-2G, and W-2P to front. | 54 | Federal income tax withheld (if any is from Form(s) 1099, check ▶ ☐) | 54 477,766 45 |
| | 55 | 1988 estimated tax payments and amount applied from 1987 return | 55 |
| | 56 | Earned income credit (see page 19) | 56 |
| | 57 | Amount paid with Form 4868 (extension request) | 57 |
| | 58 | Excess social security tax and RRTA tax withheld (see page 20) | 58 |
| | 59 | Credit for Federal tax on fuels (attach Form 4136) | 59 |
| | 60 | Regulated Investment company credit (attach Form 2439) | 60 |
| | 61 | Add lines 54 through 60. These are your total payments ▶ | **61** 477,766 45 |
| **Refund or Amount You Owe** | 62 | If line 61 is larger than line 53, enter amount OVERPAID ▶ | **62** |
| | 63 | Amount of line 62 to be REFUNDED TO YOU ▶ | **63** |
| | 64 | Amount of line 62 to be applied to your 1989 estimated tax ▶ 64 | |
| | 65 | If line 53 is larger than line 61, enter AMOUNT YOU OWE. Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number, daytime phone number, and "1988 Form 1040" on it. Check ▶ ☒ if Form 2210 (2210F) is attached. See page 21. Penalty: $ 00 | **65** 152,873 25 |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature _[signed]_   Date 4-14-89   Your occupation Vice President & General Counsel

Spouse's signature (if joint return, BOTH must sign)   Date 4-14-89   Spouse's occupation Vice President & General Counsel

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no. |
| Firm's name (or yours if self-employed) and address | | E.I. No. | |
| | | ZIP code | |

☆U.S. GOVERNMENT PRINTING OFFICE: 1988-203-855 E.I. 43-0787267

TH426

SCHEDULES A&B
(Form 1040)
Department of the Treasury
Internal Revenue Service

# Schedule A—Itemized Deductions
(Schedule B is on back)
► Attach to Form 1040. ► See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

**1988**
Attachment
Sequence No. 07

Name(s) as shown on Form 1040: David M. Nassman and Tochi Harding

Your social security number: [redacted]

| | | | $ | ¢ |
|---|---|---|---|---|
| **Medical and Dental Expenses** (Do not include expenses reimbursed or paid by others.) (See Instructions on page 23.) | 1a Prescription medicines and drugs, insulin, doctors, dentists, nurses, hospitals, medical insurance premiums you paid, etc. | 1a | | |
| | b Other (list—include hearing aids, dentures, eyeglasses, transportation and lodging, etc.) ► | 1b | | |
| | 2 Add lines 1a and 1b, and enter the total here | 2 | | |
| | 3 Multiply the amount on Form 1040, line 32, by 7.5% (.075) | 3 | | |
| | 4 Subtract line 3 from line 2. If zero or less, enter -0-. Total medical and dental ► | 4 | | 00 |
| **Taxes You Paid** (See Instructions on page 23.) | 5 State and local income taxes | 5 | 181,050 | 86 |
| | 6 Real estate taxes | 6 | 9,612 | 71 |
| | 7 Other taxes (list—include personal property taxes) ► Lenox, Mass. Personal Property Tax; N.Y. Park Tax | 7 | 578 | 72 |
| | 8 Add the amounts on lines 5 through 7. Enter the total here. Total taxes ► | 8 | 191,242 | 29 |
| **Interest You Paid** (See Instructions on page 24.) | Note: *New rules apply to the home mortgage interest deduction. See Instructions.* | | | |
| | 9a Deductible home mortgage interest you paid to financial institutions (report deductible points on line 10) | 9a | 43,501 | 84 |
| | b Deductible home mortgage interest you paid to individuals (show that person's name and address) ► Richard Shope, 2c Linda Fleemon, Portage, Michigan | 9b | 1,868 | 28 |
| | 10 Deductible points. (See Instructions for special rules.) | 10 | | 00 |
| | 11 Deductible investment interest (see page 24) | 11 | | 00 |
| | 12a Personal interest you paid (see page 24) . 12a 60 | 26 | | |
| | b Multiply the amount on line 12a by 40% (.40). Enter the result. | 12b | 24 | 10 |
| | 13 Add the amounts on lines 9a through 11, and 12b. Enter the total here. Total interest ► | 13 | 45,394 | 22 |
| **Gifts to Charity** (See Instructions on page 25.) | 14 Contributions by cash or check. (If you gave $3,000 or more to any one organization, show to whom you gave and how much you gave.) ► St. Hinchs (N.Y, N.Y) $ 5,260 St. Mary's (xxx, N.Y.) $ 7,100 | 14 | 18,496 | 91 |
| | 15 Other than cash or check. (You must attach Form 8283 if over $500.) | 15 | 4,850 | 00 |
| | 16 Carryover from prior year | 16 | — | |
| | 17 Add the amounts on lines 14 through 16. Enter the total here. Total contributions ► | 17 | 23,346 | 91 |
| **Casualty and Theft Losses** | 18 Casualty or theft loss(es) (attach Form 4684). (See page 25 of the Instructions.) ► | 18 | | 00 |
| **Moving Expenses** | 19 Moving expenses (attach Form 3903 or 3903F). (See page 26 of the Instructions.) ► | 19 | | 00 |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page 26 for expenses to deduct here.) | 20 Unreimbursed employee expenses—job travel, union dues, job education, etc. (You MUST attach Form 2106 in some cases. See Instructions.) ► | 20 | | |
| | 21 Other expenses (investment, tax preparation, safe deposit box, etc.). List type and amount ► | 21 | | |
| | 22 Add the amounts on lines 20 and 21. Enter the total. | 22 | | |
| | 23 Multiply the amount on Form 1040, line 32, by 2% (.02). Enter the result here | 23 | | |
| | 24 Subtract line 23 from line 22. Enter the result (if zero or less, enter zero) ► | 24 | | 00 |
| **Other Miscellaneous Deductions** | 25 Other (from list on page 26 of Instructions). Enter type and amount ► | 25 | | 00 |
| **Total Itemized Deductions** | 26 Add the amounts on lines 4, 8, 13, 17, 18, 19, 24, and 25. Enter the total here. Then enter on Form 1040, line 34, the LARGER of this total or your standard deduction from page 17 of the Instructions ► | 26 | 259,983 | 42 |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule A (Form 1040) 1988

TH427

Schedules A&B (Form 1040) 1988

Name(s) as shown on Form 1040. (Do not enter name and social security number if shown on other side.)

David M. Naseman & Tochl Harding

OMB No. 1545-0074    Page 2

Your social security number

## Schedule B—Interest and Dividend Income

Attachment Sequence No. 08

**Part I Interest Income**

(See Instructions on pages 10 and 26.)

If you received more than $400 in taxable interest income, you must complete Part I and Part III and list ALL interest received. You must report all interest on Form 1040, even if you are not required to complete Part I and Part III. If you received, as a nominee, interest that actually belongs to another person, or you received or paid accrued interest on securities transferred between interest payment dates, see page 27.

| Interest Income | | Amount | |
|---|---|---:|---:|
| 1 Interest income from seller-financed mortgages. (See Instructions and list name of payer.) ▶ | 1 | | 00 |
| 2 Other interest income (list name of payer) ▶ | | | |
| Republic National Bank of N.Y. | 2 | 31,175 | 04 |
| Irving Trust Company | | 431 | 21 |
| Merrill Lynch Ready Assets | | 712 | 63 |

Note: If you received a Form 1099-INT or Form 1099-OID from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | | |
|---|---|---:|---:|
| 3 Add the amounts on lines 1 and 2. Enter the total here and on Form 1040, line 8a. ▶ | 3 | 32,318 | 78 |

**Part II Dividend Income**

(See Instructions on pages 11 and 27.)

If you received more than $400 in gross dividends and/or other distributions on stock, complete Part II and Part III. You must report all taxable dividends on Form 1040, even if you are not required to complete Part II and Part III. If you received, as a nominee, dividends that actually belong to another person, see page 27.

| Dividend Income | | Amount |
|---|---|---|
| 4 Dividend income (list name of payer—include on this line capital gain distributions, nontaxable distributions, etc.) ▶ | 4 | |

Note: If you received a Form 1099-DIV from a brokerage firm, list the firm's name as the payer and enter the total dividends shown on that form.

| | | |
|---|---|---|
| 5 Add the amounts on line 4. Enter the total here | 5 | |
| 6 Capital gain distributions. Enter here and on line 13, Schedule D.* | 6 | |
| 7 Nontaxable distributions. (See Schedule D Instructions for adjustment to basis.) | 7 | |
| 8 Add the amounts on lines 6 and 7. Enter the total here | 8 | |
| 9 Subtract line 8 from line 5. Enter the result here and on Form 1040, line 9 ▶ | 9 | |

*If you received capital gain distributions but do not need Schedule D to report any other gains or losses, enter your capital gain distributions on Form 1040, line 14.

**Part III Foreign Accounts and Foreign Trusts**

(See Instructions on page 27.)

If you received more than $400 of interest or dividends, OR if you had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must answer both questions in Part III.

| | Yes | No |
|---|---|---|
| 10 At any time during the tax year, did you have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See page 27 of the instructions for exceptions and filing requirements for Form TD F 90-22.1.) | | X |
| If "Yes," enter the name of the foreign country ▶ | | |
| 11 Were you the grantor of, or transferor to, a foreign trust which existed during the current tax year, whether or not you have any beneficial interest in it? If "Yes," you may have to file Form 3520, 3520-A, or 926. | | X |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule B (Form 1040) 1988

☆U.S. GOVERNMENT PRINTING OFFICE: 1988-203-855 E.I. 43-0787287

TH428

294 1-89

3535-15

[Form 8283]

**Form 8283**
(Rev. August 1988)
Department of the Treasury
Internal Revenue Service

## Noncash Charitable Contributions

▶ Attach to your Federal income tax return if the total claimed deduction for all property contributed exceeds $500.
▶ See separate Instructions.

OMB No. 1545-0908
Expires 3-31-90

Attachment Sequence No. 55

Name(s) as shown on your income tax return: David M. Naseman & Tocki Harding

Identification number: [redacted]

Note: Compute the amount of your contribution deduction before completing Form 8283. (See your tax return instructions.)

**Section A** — Include in Section A only items (or groups of similar items) for which you claimed a deduction of $5,000 or less per item or group, and certain publicly traded securities (see Instructions).

**Part I** Information on Donated Property

| | (a) Name and address of the donee organization | (b) Description of donated property (attach a separate sheet if more space is needed) |
|---|---|---|
| A | Berkshire Theatre Festival, Stockbridge, Massachusetts | Furniture, Glassware, Pictures, Housewares and Clothing |
| B | Non Profit No.: 04-6134497 | |
| C | | |
| D | | |
| E | | |

Note: Columns (d), (e), and (f) do not have to be completed if the amount you claimed as a deduction for the item is $500 or less.

| | (c) Date of the contribution | (d) Date acquired by donor (mo., yr.) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) Fair market value | (h) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | 10-24-88 | 1975-1983 | Purchase | N/A | $4,850 | Appraisal |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

**Part II** Other Information — Complete question 2 if you gave less than an entire interest in property listed in Part I.
Complete question 3 if restrictions were attached to a contribution listed in Part I.

2 If less than the entire interest in the property is contributed during the year, complete the following:
  (a) Enter letter from Part I which identifies the property _____ (Attach a separate statement if Part II applies to more than one property.)
  (b) Total amount claimed as a deduction for the property listed in Part I for this tax year _____ ;
    for any prior tax year(s) _____ .
  (c) Name and address of each organization to which any such contribution was made in a prior year (complete only if different from the donee organization above).

  Charitable organization (donee) name

  Number and street

  City or town, state, and ZIP code

  (d) The place where any tangible property is located or kept. _____
  (e) Name of any person, other than the donee organization, having actual possession of the property. _____

3 If conditions were attached to any contribution listed in Part I, answer the following questions:    Yes | No
  (a) Is there a restriction either temporarily or permanently on the donee's right to use or dispose of the donated property?
  (b) Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire?
  (c) Is there a restriction limiting the donated property for a particular use?

For Paperwork Reduction Act Notice, see separate Instructions.

Form **8283** (Rev. 8-88)

[¶ 1517B]

TH429

3535-16

Form 2123 Rev 8-98                          [Form 8283]                                        294  1-89

Name(s) as shown on your income tax return                                                        Page 2
                                                                            Identification number

**Section B** Appraisal Summary—Include in Section B only items (or groups of similar items) for which you claimed a deduction of more than $5,000 per item or group. (Report contributions of certain publicly traded securities only in Section A.)

If you donated art, you may have to attach the complete appraisal. See the Note in Part II below.

**Part I** Donee Acknowledgment *(To be completed by the charitable organization.)*

1   This charitable organization acknowledges that it is a qualified organization under section 170(c) and that it received the donated property as described in Part II on _____
                                                                    (Date)

Furthermore, this organization affirms that in the event it sells, exchanges, or otherwise disposes of the property (or any portion thereof) within two years after the date of receipt, it will file an information return (Form 8282, Donee Information Return) with the IRS and furnish the donor a copy of that return. This acknowledgment does not represent concurrence in the claimed fair market value.

Charitable organization (donee) name

Number and street                                            Employer identification number

                                                             City or town, state, and ZIP code

Authorized signature                                         Title                              Date

**Part II** Information on Donated Property *(To be completed by the taxpayer and/or appraiser.)*

2   Check type of property:
    ☐ Art* (contribution of $20,000 or more)    ☐ Real Estate        ☐ Gems/Jewelry       ☐ Stamp Collections
    ☐ Art* (contribution of less than $20,000)  ☐ Coin Collections   ☐ Books              ☐ Other

*Art includes paintings, sculptures, watercolors, prints, drawings, ceramics, antique furniture, decorative arts, textiles, carpets, silver, rare manuscripts, historical memorabilia, and other similar objects. Note: *If you donated art after December 31, 1987, and your total art contribution deduction was $20,000 or more, you must attach a complete copy of the signed appraisal and include an 8 x 10 inch color photograph (or a color transparency, no smaller than 4 x 5 inches).*

3

| | (a) Description of donated property (attach a separate sheet if more space is needed) | (b) If tangible property was donated, give a brief summary of the overall physical condition at the time of the gift | (c) Appraised fair market value |
|---|---|---|---|
| A | | | |
| B | | | |
| C | | | |
| D | | | |

| | (d) Date acquired by donor (mo., yr.) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) For bargain sales after 6/6/88, enter amount received | (h) Amount claimed as a deduction | (i) Average trading price of securities |
|---|---|---|---|---|---|---|
| A | | | | | | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |

**Part III** Taxpayer (Donor) Statement—List any item(s) included in Section B, Part II, that is (are) separately identified in the appraisal as having a value of $500 or less. See instructions.

I declare that the following item(s) included in Part II above has (have) to the best of my knowledge and belief an appraised value of not more than $500 (per item). (Enter identifying letter from Part II and describe the specific item): _____

Signature of taxpayer (donor) ▶                                                 Date ▶

**Part IV** Certification of Appraiser *(To be completed by the appraiser of the above donated property.)*

I declare that I am not the donor, the donee, a party to the transaction in which the donor acquired the property, employed by, married to, or related to any of the foregoing persons, or an appraiser regularly used by any of the foregoing persons and who does not perform a majority of appraisals during the taxable year for other persons.

Also, I declare that I hold myself out to the public as an appraiser or perform appraisals on a regular basis; and that because of my qualifications as described in the appraisal, I am qualified to make appraisals of the type of property being valued. I certify the appraisal fees were not based upon a percentage of the appraised property value. Furthermore, I understand that a false or fraudulent overstatement of the property value as described in the qualified appraisal or this appraisal summary may subject me to the civil penalty under section 6701(a) (aiding and abetting the understatement of tax liability). I affirm that I have not been barred from presenting evidence or testimony by the Director of Practice.

Please Sign Here  Signature ▶

Business address                              Title ▶           Date of appraisal ▶

City or town, state, and ZIP code                                Identification number

[¶ 1517B]

TH430

| SCHEDULE D (Form 1040) Department of the Treasury Internal Revenue Service | [Form 1040, Schedule D (1988)] **Capital Gains and Losses** (And Reconciliation of Forms 1099-B) ▶ Attach to Form 1040.  ▶ See Instructions for Schedule D (Form 1040). For Paperwork Reduction Act Notice, see Form 1040 Instructions. | 2045-5 OMB No. 1545-0074 **1988** Attachment Sequence No. 12 |
|---|---|---|

Name(s) as shown on Form 1040: David M. Naseman & Toehl Harding

Your social security number: [redacted]

1  Report here the total sales of stocks, bonds, etc., reported for 1988 to you on Form(s) 1099-B or on equivalent substitute statement(s). If this amount differs from the total of lines 2b and 9b, column (d), attach a statement explaining the difference. See the instructions for line 1 for examples . . . . . **1 | 2,102,500 | 00**

### Part I  Short-Term Capital Gains and Losses—Assets Held One Year or Less (6 months or less if acquired before 1/1/88)

| (a) Description of property (Example, 100 shares 7% preferred of "Z" Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) LOSS If (e) is more than (d), subtract (d) from (e) | (g) GAIN If (d) is more than (e), subtract (e) from (d) |
|---|---|---|---|---|---|---|
| 2a  Stocks, Bonds, and Other Securities (Include all Form 1099-B transactions. See Instructions.) | | | | | | |
| 35,000 shares of LIN Broadcasting Corporation Common Stock | 1-4-88 | 7-5-88 | 10,000 shares for $636,250  25,000 shares for $1,466,250 | $2,115,600 | 13,100 | — |

2b  Total (add column (d)) . . . . . . . **2b▶ | $2,102,500 | —**

2c  Other Transactions (Include Real Estate Transactions From Forms 1099-S)

3   Short-term gain from sale or exchange of your home from Form 2119, line 8a or 14 . . . **3**
4   Short-term gain from installment sales from Form 6252, line 22 or 30 . . . . **4**
5   Net short-term gain or (loss) from partnerships, S corporations, and fiduciaries . **5**
6   Short-term capital loss carryover . . . . . . . . . . . . . **6**
7   Add all of the transactions on lines 2a and 2c and lines 3 through 6 in columns (f) and (g) . **7 | (13,100 | 00)**
8   Net short-term gain or (loss), combine columns (f) and (g) of line 7 . . . . . **8 | (13,100 | 00)**

### Part II  Long-Term Capital Gains and Losses—Assets Held More Than One Year (more than 6 months if acquired before 1/1/88)
9a  Stocks, Bonds, and Other Securities (Include all Form 1099-B transactions. See Instructions.)

9b  Total (add column (d)) . . . . . . . **9b▶**
9c  Other Transactions (Include Real Estate Transactions From Forms 1099-S)

10  Long-term gain from sale or exchange of your home from Form 2119, line 8a, 10, or 14 . **10**
11  Long-term gain from installment sales from Form 6252, line 22 or 30 . . . . **11**
12  Net long-term gain or (loss) from partnerships, S corporations, and fiduciaries . **12**
13  Capital gain distributions . . . . . . . . . . . . . . **13**
14  Enter gain from Form 4797, line 7 or 9 . . . . . . . . . . . **14**
15  Long-term capital loss carryover . . . . . . . . . . . . . **15**
16  Add all of the transactions on lines 9a and 9c and lines 10 through 15 in columns (f) and (g) . **16 | (  | )**
17  Net long-term gain or (loss), combine columns (f) and (g) of line 16 . . . . . **17**

[¶ 515]                Schedule D (Form 1040) 1988

TH431

2045-6
Sched. D Form 1040) 1988 [Form 1040, Schedule D (1988)] Attachment Sequence No 12  Page 2
Name(s) as shown on Form 1040 (Do not enter name and social security number if shown on other side)   Your social security number

David M. Nasman & Toehl Harding

### Part III — Summary of Parts I and II

18  Combine lines 8 and 17, and enter the net gain or (loss) here. If result is a gain, also enter the gain on Form 1040, line 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18  (13,100 00)

19  If line 18 is a (loss), enter here and as a (loss) on Form 1040, line 13, the smaller of:
 a  The (loss) on line 18; or
 b  ($3,000) or, if married filing a separate return, ($1,500).
    Note: When figuring which amount is smaller, treat them as if they were positive numbers. . . . 19 ( 3,000 00)

### Part IV — Computation of Capital Loss Carryovers From 1988 to 1989
(Complete this part if the loss on line 18 is more than the loss on line 19.)

20  Enter the loss shown on line 8; if none, enter zero and skip lines 21 through 24 . . . . . . . . 20  13,100 —
21  Enter gain shown on line 17. If that line is blank or shows a loss, enter zero . . . . . . . . . . 21       00
22  Subtract line 21 from line 20 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22  13,100 —
23  Enter the smaller of line 19 or 22 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23  3,000 —
24  Subtract line 23 from line 22. This is your short-term capital loss carryover from 1988 to 1989 . . 24  10,100 00
25  Enter loss from line 17; if none, enter zero and skip lines 26 through 29 . . . . . . . . . . . . . 25
26  Enter gain shown on line 8. If that line is blank or shows a loss, enter zero . . . . . . . . . . . 26
27  Subtract line 26 from line 25 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 27
28  Subtract line 23 from line 19. (Note: If you skipped lines 21 through 24, enter the amount from line 19.) 28
29  Subtract line 28 from line 27. This is your long-term capital loss carryover from 1988 to 1989 . . 29

### Part V — Complete This Part Only If You Elect Out of the Installment Method and Report a Note or Other Obligation at Less Than Full Face Value

30  Check here if you elect out of the installment method . . . . . . . . . . . . . . . . . . . . . . ▶ ☐
31  Enter the face amount of the note or other obligation . . . . . . . . . . . . . . . . . . . . . ▶
32  Enter the percentage of valuation of the note or other obligation . . . . . . . . . . . . . . ▶

### Part VI — Reconciliation of Forms 1099-B for Bartering Transactions
(Complete this part if you received one or more Form(s) 1099-B or an equivalent substitute statement(s) reporting bartering income.)

Amount of bartering income from Form 1099-B or equivalent statement reported on form or schedule

33  Form 1040, line 22 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
34  Schedule C (Form 1040) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
35  Schedule D (Form 1040) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 35
36  Schedule E (Form 1040) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
37  Schedule F (Form 1040) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 37
38  Other (identify) (if not taxable, indicate reason—attach additional sheets if necessary) ▶ _____
    _____
    _____  38
39  Total (add lines 33 through 38) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 39
    Note: The amount on line 39 should be the same as the total bartering income on all Forms 1099-B and equivalent statements received.

[¶ 515]

TH432

| Form **2210** | **Underpayment of Estimated Tax by Individuals and Fiduciaries** | OMB No. 1545-0140 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ See separate Instructions. ▶ Attach to Form 1040 or Form 1041. | **1988** Attachment Sequence No. **39** |

Name(s) as shown on tax return: David M. Naseman & Toehl Harding

Identifying number: [redacted]

**Note:** *In most cases, IRS can figure the penalty for you and you do not have to complete this form. See the separate instructions for more information.*

## Part I   Figuring Your Underpayment

| | | |
|---|---|---|
| 1 | 1988 tax after credits (from Form 1040, line 47 or Form 1041, Schedule G, line 4) | 1 | 630,639.70 |
| 2 | Other taxes (see instructions) | 2 | .00 |
| 3 | Add lines 1 and 2 | 3 | 630,639.70 |
| 4 | Earned income credit | 4 | |
| 5 | Credit for Federal tax on fuels | 5 | |
| 6 | Add lines 4 and 5 | 6 | 00 |
| 7 | Subtract line 6 from line 3 | 7 | 630,639.70 |
| 8 | Multiply line 7 by 90% (.90) | 8 | 567,575.73 |
| 9 | Withholding taxes from 1988 Form 1040, lines 54 and 58 (or Form 1041, line 24e). (Include any credit from Form 4469.) | 9 | 477,766.45 |
| 10 | Subtract line 9 from line 7. If the result is less than $500, do not complete this form. You do not owe the penalty | 10 | 89,809.28 |
| 11 | Enter your 1987 tax. (Caution: See *instructions.*) | 11 | 64,206.13 |
| 12 | Enter the smaller of line 8 or line 11. *If line 9 is equal to or more than line 12, do not complete this form. You do not owe the penalty.* | 12 | 64,206.13 |

| | | Payment Due Dates | | | |
|---|---|---|---|---|---|
| | | (a) Apr. 15, 1988 | (b) June 15, 1988 | (c) Sept. 15, 1988 | (d) Jan. 15, 1989 |
| 13 | Divide line 12 by four (4) and enter the result in each column. However, if you use the annualized income installment method, complete the worksheet in the instructions and enter the amount from line 26 in each column of line 13. Also check this box ▶ ☐ and attach a copy of the worksheet | | | | |

*Complete lines 14 through 21 for one column before completing the next column.*

| | | | | | |
|---|---|---|---|---|---|
| 14 | Estimated tax paid and tax withheld. For column (a) only, enter the amount from line 14 on line 18 (see instructions) | | | | |

*If line 14 is equal to or more than line 13 for all payment periods, do not complete the rest of this form. However, if you used the annualized income installment method, you must attach Form 2210 and the worksheet to your return.*

| | | | | | |
|---|---|---|---|---|---|
| 15 | Enter amount, if any, from line 21 of previous column | 15 | | | |
| 16 | Add lines 14 and 15 | 16 | | | |
| 17 | Add amounts on lines 19 and 20 of the previous column and enter the result | 17 | | | |
| 18 | Enter line 16 minus line 17. If zero or less, enter zero. (For column (a) only, enter the amount from line 14.) | 18 | | | |
| 19 | Remaining underpayment from previous period. If the amount on line 18 is zero, subtract line 16 from line 17 and enter the result. Otherwise, enter zero | 19 | | | |
| 20 | UNDERPAYMENT. If line 13 is larger than or equal to line 18, enter line 13 minus line 18. Then go to line 14 of next column. Otherwise, go to line 21 | 20 | | | |
| 21 | OVERPAYMENT. If line 18 is larger than line 13, enter line 18 minus line 13. Then go to line 14 of next column | 21 | | | |

For Paperwork Reduction Act Notice, see page 1 of separate Instructions.

1/30/89   Published by Tax Management Inc., a Subsidiary of The Bureau of National Affairs, Inc.

Form **2210** (1988)
2210.1

113

TH433

### W-2 #1

| Field | Value |
|---|---|
| 1 Control number | |
| OMB No. 1545-0008 | |
| 2 Employer's name, address, and ZIP code | LIN BROADCASTING CORPORATION, 1370 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK 10019 |
| 3 Employer's identification number | 62-0673800 |
| 4 Employer's state I.D. number | |
| 5 Statutory employee / Deceased / Pension plan / Legal rep. | |
| 942 emp. / Subtotal / Deferred compensation / Void | |
| 6 Allocated tips | |
| 7 Advance EIC payment | |
| 8 Employee's social security number | 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 |
| 9 Federal income tax withheld | 458,738.44 |
| 10 Wages, tips, other compensation | 2,354,950.23 |
| 11 Social security tax withheld | 3,379.50 |
| 12 Employee's name, address, and ZIP code | David M. Naseman, 425 East 51st Street, New York, New York 10022 |
| 13 Social security wages | 45,000.00 |
| 14 Social security tips | |
| 16a Fringe benefits incl. in Box 10 | |
| 17 State income tax | 122,796.44 |
| 18 State wages, tips, etc. | 2354950.23 |
| 19 Name of state | New York |
| 20 Local income tax | 45,182.50 |
| 21 Local wages, tips, etc. | 2354950.23 |
| 22 Name of locality | NYC |

Form W-2 Wage and Tax Statement 1988
Dept. of the Treasury—IRS

### W-2 #2

| Field | Value |
|---|---|
| 3 Employer I.D. # | 13-3247448 |
| 4 Employer state I.D. # | |
| 5 PENS PLAN | X |
| DEF COMP | X |
| 2 Employer's name, address and ZIP code | INFO SOLUTIONS, 4 WEST RED OAK LANE, WHITE PLAINS NY 10604 |
| 6 Allocated tips | 0.00 |
| 7 Advance EIC payment | 0.00 |
| 9 Federal income tax withheld | 19,028.01 |
| 10 Wages, tips, other compensation | 131,716.63 |
| 13 Social security wages | 45,000.00 |
| 14 Social security tips | 0.00 |
| 1988 401K/SSPK DEFERRED | 3,192.00 |
| 16a Fringe benefits incl. in Box 10 | 345.00 |
| GROUP TERM LIFE INSURANCE | 1,211.04 |
| FLEX NET ADDIT COMP | 0.00 |
| 8 Employee's social security number | 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 |
| 11 Social security tax withheld | 3,379.50 |
| 12 Employee's name, address and ZIP code | TOEHL HARDING, 425 EAST 51ST APT 5A, NEW YORK NY 10022 |
| SBN31290107 | |
| | 0.00 |
| 17 State income tax | 9,039.84 |
| 18 State wages, tips, etc. | 131,716.63 |
| 19 Name of state | NEW YORK |
| 20 Local income tax | 4,032.48 |
| 21 Local wages, tips, etc. | 0.00 |
| 22 Name of locality | |

Form W-2 Wage and Tax Statement    16-0331696
OMB 1545-0008 YEAR 1988

### Check

DAVID M. NASEMAN
1370 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

113
1-402/260

April 14, 1989

PAY TO THE ORDER OF   Internal Revenue Service   $ 152,873.25

One Hundred Fifty-two Thousand, Eight Hundred Seventy-Three + 25/100 DOLLARS

Republic National Bank of New York
WORLD HEADQUARTERS
452 FIFTH AVENUE
NEW YORK, N.Y. 10018

MEMO  1988 Federal Income Tax    David M. Naseman

⑆026004828⑆   318188309⑆ 0113

TH434



INTERNAL REVENUE SERVICE CENTER
Holtsville, New York 00501-0002

U.S. POSTAGE .25
APR 14 '83 N.Y.

David M. Nasemon
425 East 51st Street
Apt. 5A-6A
New York, N.Y. 10022

TH435

# New York State / City of New York / City of Yonkers Resident Income Tax Return IT-201

**1988**

New York State Department of Taxation and Finance — For Jan. 1 — Dec. 31, 1988, or fiscal tax year beginning _____, 1988, ending _____, 19___

Last name: **Naseman, David M. and Harding, Toehl**
Mailing address: **425 East 51st Street**
Apartment number: **5A-4A**
City, village or post office: **New York**, State: **New York**, ZIP code: **10022**
New York State county of residence: **New York**
School district name: **Manhattan**
School district code number: **309**

Permanent home address: (same as mailing)
State: NY

(A) Filing Status — Check only one box:
- ① ☐ Single
- ② ☒ Married filing joint return
- ③ ☐ Married filing separate return (enter spouse's social security number above)
- ④ ☐ Head of household (with qualifying person)
- ⑤ ☐ Qualifying widow(er) with dependent child

(B) Can you be claimed as a dependent on another taxpayer's federal return? ... Yes ☐  No ☒

(C) If you use a paid preparer and do not want New York tax forms mailed to you next year, check box ☐

Enter your income items and total adjustments exactly as they appear on your federal return (see instructions, page 9).

| Line | Description | Amount |
|---|---|---|
| 1 | Wages, salaries, tips, etc. | 2,484,466 86 |
| 2 | Taxable interest income | 32,318 78 |
| 3 | Dividend income | |
| 4 | Taxable refunds of state and local income taxes (also enter on line 24 below) | 182 43 |
| 5 | Alimony received | |
| 6 | Business income or (loss) (attach copy of federal Schedule C, Form 1040) | |
| 7 | Capital gain or (loss) (attach copy of federal Schedule D, Form 1040) | (3,000 00) |
| 8 | Capital gain distributions not reported on line 7 | |
| 9 | Other gains or (losses) (attach copy of federal Form 4797) | |
| 10 | Taxable amount of IRA distributions | |
| 11 | Taxable amount of pensions and annuities | |
| 12 | Rents, royalties, partnerships, estates, trusts, etc. (attach copy of federal Schedule E, Form 1040) | |
| 13 | Farm income or (loss) (attach copy of federal Schedule F, Form 1040) | |
| 14 | Unemployment compensation (insurance) | |
| 15 | Taxable amount of social security benefits (also enter on line 25 below) | |
| 16 | Other income (see instructions, page 9) Identify: | |
| 17 | Add lines 1 through 16 | 2,516,168 07 |
| 18 | Total federal adjustments to income (see instructions, page 10) Identify: | 00 |
| 19 | Adjusted gross income (federal) (subtract line 18 from line 17) | 2,516,168 07 |

**New York Additions:** (see instructions, page 10)

| 20 | Interest income on state and local bonds (but not those of New York State or its localities) | |
| 21 | Accelerated cost recovery system (ACRS) deduction (from Form IT-399, line 1, column G; attach form) | |
| 22 | Other (see instructions, page 10) Identify: | |
| 23 | Add lines 19 through 22 | |

**New York Subtractions:** (see instructions, page 11)

| 24 | Taxable refunds of state and local income taxes (from line 4 above) | 182 43 |
| 25 | Taxable social security benefits (from line 15 above) | |
| 26 | Interest income on U.S. government bonds | |
| 27 | Pension and annuity income exclusion | |
| 28 | New York State depreciation (from Form IT-399, line 1, column F; attach form) | |
| 29 | Other (see instructions, page 12) Identify: | |
| 30 | Add lines 24 through 29 | 182 43 |
| 31 | New York adjusted gross income (subtract line 30 from line 23) | |

TH436

**Itemized Deductions**

| Line | Description | Value | Col |
|---|---|---|---|
| 32 | Amount from line 31 (New York adjusted gross income) | | 2,515,985.64 |
| 33 | Medical and dental expenses (from federal Schedule A, line 4) | 00 | |
| 34 | Taxes you paid (from federal Schedule A, line 8) | 191,242.29 | |
| 35 | Interest you paid (from federal Schedule A, line 13) | 45,394.22 | |
| 36 | Gifts to charity (from federal Schedule A, line 17) | 23,346.91 | |
| 37 | Casualty and theft losses (from federal Schedule A, line 18) | 00 | |
| 38 | Moving expenses (from federal Schedule A, line 19) | 00 | |
| 39 | Job expenses and most other miscellaneous deductions (from federal Schedule A, line 24) | 00 | |
| 40 | Other miscellaneous deductions (from federal Schedule A, line 25) | 00 | |
| 41 | Total itemized deductions (from federal Schedule A, line 26) | 259,983.42 | |
| 42 | State, local and foreign income taxes included on line 34 (see instructions) | 181,050.86 | |
| 43 | Subtract line 42 from line 41 | 78,932.56 | |
| 44 | Other adjustments (see instructions, page 13) | 00 | |
| 45 | Line 43 and add or subtract line 44 | 78,932.56 | |
| 46 | New York itemized deduction adjustment (if line 32 is more than $100,000, see instructions, page 13; all others enter "0" on line 46) | 15,786.51 | |
| 47 | New York itemized deduction (subtract line 46 from line 45) | 63,146.05 | |

If you are claiming the New York standard deduction, skip lines 33 through 47.

**Tax Computation**

| 48 | New York deduction - (check only one box below and enter amount on line 48)... Standard (see instructions, page 14) or [X] Itemized (enter amount from line 47) | 48 | 63,146.05 |
|---|---|---|---|
| 49 | Subtract line 48 from line 32 | 49 | 2,452,839.59 |
| 50 | New York dependent exemptions (from Dependent Exemption Worksheet, instructions page 14) | 50 | 2,000.00 |
| 51 | New York taxable income (subtract line 50 from line 49) | 51 | 2,450,839.59 |
| 52 | New York State tax on line 51 amount (use New York State Tax Table on yellow pages 27 through 32) | 52 | 204,386.32 |
| 53 | Additional tax on unearned income (if line 32 is more than $100,000, or more than $50,000 if you are married and filing a separate return, see instructions, page 14; all others enter "0" on lines 53 and 54) | 53 | 00 |
| 54 | Unearned income, if any (from Form IT-201-ATT, line 33; attach form) | | |
| 55 | Add lines 52 and 53 | 55 | 204,386.32 |

**Credits/Other Taxes/Gift/Totals**

| 56 | NY State child and dependent care credit • number of qualifying persons ___ cared for in 1988 ___ (from worksheet, page 15) • amount of federal credit for child and dependent care ___ | 56 | |
|---|---|---|---|
| 57 | New York State household credit (from Worksheet I or II, instructions page 15) | 57 | |
| 58 | Other New York State credits (from Form IT-201-ATT, line 7; attach form) | 58 | |
| 59 | Add lines 56, 57, and 58 | 59 | 00 |
| 60 | Subtract line 59 from line 55 (if line 59 is more than line 55, enter "0") | 60 | 204,386.32 |
| 61 | Other New York State taxes (from Form IT-201-ATT, line 14; attach form) | 61 | 00 |
| 62 | Total New York State taxes (add lines 60 and 61) | 62 | 204,386.32 |
| 63 | City of New York resident tax (use City of NY Tax Table on white pages 33 — 36) | 63 | 85,334.39 |
| 64 | City of NY household credit (from Worksheet III or IV, page 16) | 64 | 00 |
| 65 | Subtract line 64 from line 63 (if line 64 is more than line 63, enter "0") | 65 | 85,334.39 |
| 66 | City of New York nonresident earnings tax (attach Form NYC-203) | 66 | |
| 67 | Other city of New York taxes (from Form IT-201-ATT, line 18; attach form) | 67 | |
| 68 | City of Yonkers resident income tax surcharge (from Yonkers worksheet, page 17) | 68 | |
| 69 | City of Yonkers nonresident earnings tax (attach Form Y-203) | 69 | |
| 70 | Part-year city of Yonkers resident income tax surcharge (attach Form IT-360.1) | 70 | |
| 71 | Total city of New York and city of Yonkers taxes (add lines 65 through 70) | 71 | 85,334.39 |
| 72 | If you want to Return a Gift to Wildlife, enter amount; $5, $10, $20, other (see instructions, page 8) | 72 | 10.00 |
| 73 | Total NY State, city of NY and city of Yonkers taxes, and Gift to Wildlife (add lines 62, 71 and 72) | 73 | 289,730.71 |

See Instructions for figuring city of New York taxes and city of Yonkers taxes.

**Payments**

| 74 | Real property tax credit (from Form IT-214, line 16; attach form) | 74 | |
|---|---|---|---|
| 75 | Total New York State tax withheld (attach wage and tax statements to front) | 75 | 131,835.78 |
| 76 | Total city of New York tax withheld (attach wage and tax statements to front) | 76 | 49,215.08 |
| 77 | Total city of Yonkers tax withheld (attach wage and tax statements to front) | 77 | |
| 78 | Estimated tax paid/Amount paid with Form IT-370 | 78 | |
| 79 | Total payments (add lines 74 through 78) | 79 | 181,050.86 |

• Attach Copy 2 of your wage and tax statements to the front of this return.
• Sign your return below.

**Refund/Owe**

| 80 | If line 79 is more than line 73, enter amount overpaid (also see lines 81 and 82) | 80 | |
|---|---|---|---|
| 81 | Amount of line 80 to be refunded to you | 81 | |
| 82 | Amount of line 80 to be applied to your 1989 estimated tax | 82 | |
| 83 | If line 79 is less than line 73, enter amount you owe (do not send cash; make check or money order payable to NY State Income Tax; write your social security number and "1988 income tax" on it) 1987 Taxes = $28,284.16 | 83 | 108,679.85 |
| 84 | Check this box ☐ if Form IT-2105.9 is attached (see instructions, page 18) | 84 | |

Paid Preparer's Use Only — Preparer's signature / Date / Check if self-employed ☐ / Firm's name (or yours, if self-employed) / Preparer's social security number / Address / Employer identification number

Sign Your Return — Your signature [signed] David M. ?? Date 4-14-89 / Spouse's signature (if joint return) / Date

TH437

## W-2 #1

| Field | Value |
|---|---|
| 1 Control number | |
| OMB No. 1545-0008 | |
| Copy 1 For State, City, or Local Tax Department | |
| 2 Employer's name, address, and ZIP code | LIN BROADCASTING CORPORATION, 1370 AVENUE OF THE AMERICAS, NEW YORK, NEW YORK 10019 |
| 3 Employer's identification number | 62-0473800 |
| 4 Employer's state I.D. number | |
| 6 Allocated tips | |
| 7 Advance EIC payment | |
| 8 Employee's social security number | 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 |
| 9 Federal income tax withheld | 458,738.44 |
| 10 Wages, tips, other compensation | 2,354,950.23 |
| 11 Social security tax withheld | 3,379.50 |
| 12 Employee's name, address, and ZIP code | David M. Naseman, 425 East 51st Street, New York, New York 10022 |
| 13 Social security wages | 45,000.00 |
| 14 Social security tips | |
| 16 | |
| 16a Fringe benefits incl. in Box 10 | |
| 17 State income tax | 122,796.44 |
| 18 State wages, tips, etc. | 2354950.23 |
| 19 Name of state | New York |
| 20 Local income tax | 45,182.60 |
| 21 Local wages, tips, etc. | 2354950.23 |
| 22 Name of locality | NYC |

Form W-2 Wage and Tax Statement 1988

## W-2 #2 — Copy 2 for State Tax Department

| Field | Value |
|---|---|
| 3 Employer ID # | 13-3247448 |
| 4 Employer state I.D. # | NM000042386 |
| 5 PENS PLAN | X |
| DEF COMP | X |
| 2 Employer's name, address and ZIP code | INFO SOLUTIONS, 4 WEST RED OAK LANE, WHITE PLAINS NY 10604 |
| 6 Allocated tips | 0.00 |
| 7 Advance EIC payment | 0.00 |
| 9 Federal income tax withheld | 19,028.01 |
| 10 Wages, tips, other compensation | 131,716.63 |
| 13 Social security wages | 45,000.00 |
| 14 Social security tips | 0.00 |
| 16 1988 401K/SSPR DEFERRED | 3,192.00 |
| 16a Fringe benefits incl. in Box 10 | 345.00 |
| 8 Employee's social security number | 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 |
| 11 Social security tax withheld | 3,379.50 |
| 12 Employee's name, address and ZIP code | TOEHL HARDING, 425 EAST 51ST APT 5A, NEW YORK NY 10022 |
| BBN31290107 | |
| GROUP TERM LIFE INSURANCE | 1,211.04 |
| FLEX NET ADDIT COMP | 0.00 |
| 17 State income tax | 9,039.34 |
| 18 State wages, tips, etc. | 131,716.63 |
| 19 Name of State | NEW YORK |
| 20 Local income tax | 4,032.48 |
| 21 Local wages, tips, etc. | 0.00 |
| 22 Name of locality | |

Form W-2 Wage and Tax Statement — OMB 1545-0008 YEAR 1988

## W-2 #3 — Copy for City or Local Tax Department

| Field | Value |
|---|---|
| 3 Employer ID # | 13-3247448 |
| 5 PENS PLAN | X |
| DEF COMP | X |
| 2 Employer's name, address and ZIP code | INFO SOLUTIONS, 4 WEST RED OAK LANE, WHITE PLAINS NY 10604 |
| 6 Allocated tips | 0.00 |
| 7 Advance EIC payment | 0.00 |
| 9 Federal income tax withheld | 19,028.01 |
| 10 Wages, tips, other compensation | 131,716.63 |
| 13 Social security wages | 45,000.00 |
| 14 Social security tips | 0.00 |
| 16 1988 401K/SSPR DEFERRED | 3,192.00 |
| 16a Fringe benefits incl. in Box 10 | 345.00 |
| 8 Employee's social security number | 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 |
| 11 Social security tax withheld | 3,379.50 |
| 12 Employee's name, address and ZIP code | TOEHL HARDING, 425 EAST 51ST APT 5A, NEW YORK NY 10022 |
| BBN31290107 | |
| GROUP TERM LIFE INSURANCE | 1,211.04 |
| FLEX NET ADDIT COMP | 0.00 |
| 17 State income tax | 9,039.34 |
| 18 State wages, tips, etc. | 131,716.63 |
| 19 Name of State | NEW YORK |
| 20 Local income tax | 4,032.48 |
| 21 Local wages, tips, etc. | 0.00 |

Form W-2 Wage and Tax Statement — OMB 1545-0008 YEAR 1988

TH438

| 1 Control number | | OMB No. 1545-0008 | Copy 2 To be filed with employee's State, City, or Local Income tax return. |
|---|---|---|---|
| 2 Employer's name, address, and ZIP code | | 3 Employer's identification number 62-0673800 | 4 Employer's state I.D. number |
| LIN BROADCASTING CORPORATION 1370 AVENUE OF THE AMERICAS NEW YORK, NEW YORK 10019 | | 5 Statutory employee / Deceased / Pension plan / Legal rep. / 942 emp. / Subtotal / Deferred compensation / Void | |
| | | 6 Allocated tips | 7 Advance EIC payment |
| 8 Employee's social security number 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 | 9 Federal income tax withheld 458,738.44 | 10 Wages, tips, other compensation 2,354,950.23 | 11 Social security tax withheld 3,379.50 |
| 12 Employee's name, address, and ZIP code David M. Naseman 425 East 51st Street New York, New York 10022 | | 13 Social security wages 45,000.00 | 14 Social security tips |
| | | 16 | 16a Fringe benefits incl. in Box 10 |
| | | 17 State income tax 122,796.44 | 18 State wages, tips, etc. 2354950.23 | 19 Name of state New York |
| Form W-2 Wage and Tax Statement 1988 | | 20 Local income tax 45,182.60 | 21 Local wages, tips, etc. 2354950.23 | 22 Name of locality NYC |

---

DAVID M. NASEMAN         114
1370 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

April 14, 19 89    1-482/260

PAY TO THE ORDER OF _N.Y. State Income Tax_       $ 108,679.85

_One Hundred Eight Thousand, Six Hundred Seventy-nine + 85/100_ DOLLARS

Republic National Bank of New York
WORLD HEADQUARTERS
452 FIFTH AVENUE
NEW YORK, N.Y. 10018

MEMO _S.S. No: 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_      David M. Naseman

⑈026004828⑈ · 318188309⑈ 0114

TH439



TH440