Exhibit 9

# Form 1040

Department of the Treasury—Internal Revenue Service

## U.S. Individual Income Tax Return 1989 (8)

For the year Jan.–Dec. 31, 1989, or other tax year beginning _____ , 1989, ending _____ , 19 ___    OMB No. 1545-0074

**Label**
Use IRS label. Otherwise, please print or type.

Your first name and initial: **David M.**    Last name: **Noseman**    Your social security number: ▓▓▓▓▓

If a joint return, spouse's first name and initial: **Tochl**    Last name: **Haeding**    Spouse's social security number: ▓▓▓▓▓

Home address (number and street). (If a P.O. box, see page 7 of Instructions.): **425 East 51st Street**    Apt. no.: **5A-6A**

City, town or post office, state and ZIP code. (If a foreign address, see page 7.): **New York, New York 10022**

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

**Presidential Election Campaign**
Do you want $1 to go to this fund? — **X** Yes ☐ No
If joint return, does your spouse want $1 to go to this fund? — **X** Yes ☐ No

Note: Checking "Yes" will not change your tax or reduce your refund.

## Filing Status

Check only one box.

1. ☐ Single
2. **X** Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's social security no. above and full name here. _____
4. ☐ Head of household (with qualifying person). (See page 7 of Instructions.) If the qualifying person is your child but not your dependent, enter child's name here. _____
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ___ ). (See page 7 of Instructions.)

## Exemptions

(See Instructions on page 8.)

6a. ☒ Yourself    If someone (such as your parent) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2.

6b. ☒ Spouse

No. of boxes checked on 6a and 6b: **2**

c. Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 2 | (3) If age 2 or older, dependent's social security number | (4) Relationship | (5) No. of months lived in your home in 1989 |
|---|---|---|---|---|
| | | : : | | |
| | | : : | | |
| | | : : | | |
| | | : : | | |
| | | : : | | |
| | | : : | | |

If more than 6 dependents, see Instructions on page 8.

No. of your children on 6c who:
• lived with you
• didn't live with you due to divorce or separation (see page 9)

No. of other dependents on 6c: _____

d. If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐

e. Total number of exemptions claimed.

Add numbers entered on lines above ▶ **2**

## Income

Please attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 6 of Instructions.

Please attach check or money order here.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) | 7 | 406,502 63 |
| 8a | Taxable interest income (also attach Schedule B if over $400) | 8a | 53,985 53 |
| 8b | Tax-exempt interest income (see page 10). DON'T include on line 8a | 8b | |
| 9 | Dividend income (also attach Schedule B if over $400) | 9 | 1,494 64 |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 11 of Instructions | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) (attach Schedule C) | 12 | |
| 13 | Capital gain or (loss) (attach Schedule D) | 13 | |
| 14 | Capital gain distributions not reported on line 13 (see page 11) | 14 | |
| 15 | Other gains or (losses) (attach Form 4797) | 15 | |
| 16a | Total IRA distributions . 16a | 16b Taxable amount (see page 11) | 16b | |
| 17a | Total pensions and annuities . 17a | 17b Taxable amount (see page 12) | 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 18 | |
| 19 | Farm income or (loss) (attach Schedule F) | 19 | |
| 20 | Unemployment compensation (insurance) (see page 13) | 20 | |
| 21a | Social security benefits . 21a | 21b Taxable amount (see page 13) | 21b | |
| 22 | Other income (list type and amount—see page 13) | 22 | |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your total income ▶ | 23 | 462,182 80 |

## Adjustments to Income

(See Instructions on page 14.)

| | | | |
|---|---|---|---|
| 24 | Your IRA deduction, from applicable worksheet on page 14 or 15 | 24 | |
| 25 | Spouse's IRA deduction, from applicable worksheet on page 14 or 15 | 25 | |
| 26 | Self-employed health insurance deduction, from worksheet on page 15 | 26 | |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. a Recipient's last name _____ and b social security number . : : | 29 | |
| 30 | Add lines 24 through 29. These are your total adjustments ▶ | 30 | 00 |

## Adjusted Gross Income

31 Subtract line 30 from line 23. This is your adjusted gross income. If this line is less than $19,340 and a child lived with you, see "Earned Income Credit" (line 58) on page 20 of the Instructions. If you want IRS to figure your tax, see page 16 of the Instructions ▶ | 31 | 462,182 80

PLAINTIFF'S EXHIBIT

TH441

Form 1040 (1989)

Page 2

| | | | | | |
|---|---|---|---|---|---|
| **Tax Computation** | 32 | Amount from line 31 (adjusted gross income) . . . . . . . . . . . . . . . . | 32 | 462,182 | 80 |
| | 33a | Check if: ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind. | | | |
| | | Add the number of boxes checked and enter the total here . . . . . ▶ 33a ☐ | | | |
| | b | If someone (such as your parent) can claim you as a dependent, check here . . ▶ 33b ☐ | | | |
| | c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 16 and check here . . . . . . ▶ 33c ☐ | | | |
| | 34 | Enter the • Your standard deduction (from page 17 of the Instructions), OR larger • Your itemized deductions (from Schedule A, line 26). of: If you itemize, attach Schedule A and check here . ▶ ☒ | 34 | 188,145 | 94 |
| | 35 | Subtract line 34 from line 32. Enter the result here . . . . . . . . . . . | 35 | 274,036 | 86 |
| | 36 | Multiply $2,000 by the total number of exemptions claimed on line 6e . . . . . . | 36 | 4,000 | 00 |
| | 37 | Taxable income. Subtract line 36 from line 35. Enter the result (if less than zero, enter zero) Caution: If under age 14 and you have more than $1,000 of investment income, check here ▶ ☐ and see page 17 to see if you have to use Form 8615 to figure your tax. | 37 | 270,036 | 86 |
| | 38 | Enter tax. Check if from: a ☐ Tax Table, b ☒ Tax Rate Schedules, or c ☐ Form 8615. (If any is from Form(s) 8814, enter that amount here ▶ _____) | 38 | 74,730 | 32 |
| | 39 | Additional taxes (see page 18). Check if from: a ☐ Form 4970 b ☐ Form 4972 | 39 | | 00 |
| | 40 | Add lines 38 and 39. Enter the total . . . . . . . . . . . . . . . ▶ | 40 | 74,730 | 32 |
| **Credits** (See Instructions on page 18.) | 41 | Credit for child and dependent care expenses (attach Form 2441) | 41 | | | |
| | 42 | Credit for the elderly or the disabled (attach Schedule R) . . | 42 | | | |
| | 43 | Foreign tax credit (attach Form 1116) . . . . . . . . | 43 | | | |
| | 44 | General business credit. Check if from: a ☐ Form 3800 or b ☐ Form (specify) _____ | 44 | | | |
| | 45 | Credit for prior year minimum tax (attach Form 8801) . . . | 45 | | | |
| | 46 | Add lines 41 through 45. Enter the total . . . . . . . . . . . . . . | 46 | | 00 |
| | 47 | Subtract line 46 from line 40. Enter the result (if less than zero, enter zero) . . . . ▶ | 47 | 74,730 | 32 |
| **Other Taxes** (Including Advance EIC Payments) | 48 | Self-employment tax (attach Schedule SE) . . . . . . . . . . . . . . | 48 | | |
| | 49 | Alternative minimum tax (attach Form 6251) . . . . . . . . . . . . . | 49 | | |
| | 50 | Recapture taxes (see page 18). Check if from: a ☐ Form 4255 b ☐ Form 8611 | 50 | | |
| | 51 | Social security tax on tip income not reported to employer (attach Form 4137) . . . . | 51 | | |
| | 52 | Tax on an IRA or a qualified retirement plan (attach Form 5329) . . . . . . . | 52 | | |
| | 53 | Add lines 47 through 52. Enter the total . . . . . . . . . . . . . . ▶ | 53 | 74,730 | 32 |
| **Medicare Premium** | 54 | Supplemental Medicare premium (attach Form 8808) . . . . . . . . . . . | 54 | | 00 |
| | 55 | Add lines 53 and 54. This is your total tax and any supplemental Medicare premium . ▶ | 55 | 74,730 | 32 |
| **Payments** Attach Forms W-2, W-2G, and W-2P to front. | 56 | Federal income tax withheld (if any is from Form(s) 1099, check ▶ ☐) | 56 | 72,625 | 58 | | |
| | 57 | 1989 estimated tax payments and amount applied from 1988 return | 57 | | | |
| | 58 | Earned income credit (see page 20) . . . . . . . . | 58 | | | |
| | 59 | Amount paid with Form 4868 (extension request) . . . . | 59 | | | |
| | 60 | Excess social security tax and RRTA tax withheld (see page 20) | 60 | | | |
| | 61 | Credit for Federal tax on fuels (attach Form 4136) . . . . | 61 | | | |
| | 62 | Regulated investment company credit (attach Form 2439) . . | 62 | | | |
| | 63 | Add lines 56 through 62. These are your total payments . . . . . . . . . ▶ | 63 | 72,625 | 58 |
| **Refund or Amount You Owe** | 64 | If line 63 is larger than line 55, enter amount OVERPAID . . . . . . . . . | 64 | | |
| | 65 | Amount of line 64 to be REFUNDED TO YOU . . . . . . . . . . . . | 65 | | |
| | 66 | Amount of line 64 to be APPLIED TO YOUR 1990 ESTIMATED TAX ▶ 66 _____ | | | |
| | 67 | If line 55 is larger than line 63, enter AMOUNT YOU OWE. Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number, daytime phone number, and "1989 Form 1040" on it . . . . . . . . . . . . . . | 67 | 4,104 | 74 |
| | 68 | Penalty for underpayment of estimated tax (see page 21) . . | 68 | | | |

| **Sign Here** (Keep a copy of this return for your records.) | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |
|---|---|
| | Your signature _Daniel M Freeman_  Date 4-13-90  Your occupation Vice President & General Counsel |
| | Spouse's signature (if joint return, BOTH must sign) _Joan Harding_  Date 4-13-90  Spouse's occupation Vice President & General Counsel |
| **Paid Preparer's Use Only** | Preparer's signature _____  Date _____  Check if self-employed ☐  Preparer's social security no. _____ |
| | Firm's name (or yours if self-employed) and address _____  E.I. No. _____  ZIP code _____ |

✰ U.S.G.P.O. 1989-245-447/448/449/519 E.I. 43-0787287

**SCHEDULES A&B**
**(Form 1040)**
Department of the Treasury
Internal Revenue Service (B)
Name(s) shown on Form 1040

# Schedule A—Itemized Deductions
(Schedule B is on back)
► Attach to Form 1040. ► See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

**1989**
Attachment
Sequence No. 07

Your social security number

David M. Naseman and Toehl Harding

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** (Do not include expenses reimbursed or paid by others.) (See Instructions on page 23.) | 1a Prescription medicines and drugs, insulin, doctors, dentists, nurses, hospitals, medical insurance premiums you paid, etc. ► | 1a | | | |
| | b Other. (List—include hearing aids, dentures, eyeglasses, transportation and lodging, etc.) ► | | | | |
| | 2 Add the amounts on lines 1a and 1b. Enter the total here . . | 1b | | | |
| | 3 Multiply the amount on Form 1040, line 32, by 7.5% (.075) | 2 | | | |
| | 4 Subtract line 3 from line 2. If zero or less, enter -0-. Total medical and dental ► | 3 | | | |
| | | 4 | | | 00 |
| **Taxes You Paid** (See Instructions on page 24.) | 5 State and local income taxes . . . . . . . . . . | 5 | 154,396 | 24 | |
| | 6 Real estate taxes . . . . . . . . . . . . . | 6 | 9,928 | 82 | |
| | 7 Other taxes. (List—include personal property taxes.) ► Tax on Automobiles & Furnishings - Conn. Mass. | 7 | 172 | 81 | |
| | 8 Add the amounts on lines 5 through 7. Enter the total here. Total taxes ► | 8 | 164,497 | 87 | |
| **Interest You Paid** (See Instructions on page 24.) | 9a Deductible home mortgage interest (from Form 1098) that you paid to financial institutions. Report deductible points on line 10. | 9a | 6,595 | 66 | |
| | b Other deductible home mortgage interest. (If paid to an individual, show that person's name and address.) ► | | | | |
| | 10 Deductible points. (See Instructions for special rules.) . . | 9b | — | | |
| | 11 Deductible investment interest. (See page 25.) . . . . | 10 | — | | |
| | 12a Personal interest you paid. (See page 25.) . 12a    49    55 | 11 | — | | |
| | b Multiply the amount on line 12a by 20% (.20). Enter the result | 12b | 9 | 91 | |
| | 13 Add the amounts on lines 9a through 11, and 12b. Enter the total here. Total interest ► | 13 | 6,605 | 57 | |
| **Gifts to Charity** (See Instructions on page 25.) | 14 Contributions by cash or check. (If you gave $3,000 or more to any one organization, show to whom you gave and how much you gave.) ► St. Mary's (See Note) - $4,470 | 14 | 17,042 | 50 | |
| | 15 Other than cash or check. (You must attach Form 8283 if over $500.) | 15 | — | | |
| | 16 Carryover from prior year . . . . . . . . . . | 16 | — | | |
| | 17 Add the amounts on lines 14 through 16. Enter the total here. Total contributions ► | 17 | 17,042 | 50 | |
| **Casualty and Theft Losses** | 18 Casualty or theft loss(es) (attach Form 4684). (See page 26 of the Instructions.) ► | 18 | | | 00 |
| **Moving Expenses** | 19 Moving expenses (attach Form 3903 or 3903F). (See page 26 of the Instructions.) ► | 19 | | | 00 |
| **Job Expenses and Most Other Miscellaneous Deductions** (See page 26 for expenses to deduct here.) | 20 Unreimbursed employee expenses—job travel, union dues, job education, etc. (You MUST attach Form 2106 in some cases. See Instructions.) ► | 20 | | | |
| | 21 Other expenses (investment, tax preparation, safe deposit box, etc.). List type and amount ► | | | | |
| | 22 Add the amounts on lines 20 and 21. Enter the total. . . | 21 | | | |
| | 23 Multiply the amount on Form 1040, line 32, by 2% (.02). Enter the result here . . . . . . . . . . . . . | 22 | | | |
| | 24 Subtract line 23 from line 22. Enter the result. If zero or less, enter -0-. . . . ► | 23 | | | |
| | | 24 | | | 00 |
| **Other Miscellaneous Deductions** | 25 Other (from list on page 26 of Instructions). List type and amount ► | 25 | | | 00 |
| **Total Itemized Deductions** | 26 Add the amounts on lines 4, 8, 13, 17, 18, 19, 24, and 25. Enter the total here. Then enter on Form 1040, line 34, the LARGER of this total or your standard deduction from page 17 of the Instructions . . . . . . . . . . . ► | 26 | 188,145 | 94 | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule A (Form 1040) 1989

TH443

Schedules A&B (Form 1040) 1989

Name(s) shown on Form 1040. (Do not enter name and social security number if shown on other side.)

**David M. Naseman    and    Toehl Harding**

OMB No. 1545-0074    Page

Your social security number

## Schedule B—Interest and Dividend Income

Attachment Sequence No. 08

**Part I Interest Income**

(See Instructions on pages 10 and 27.)

If you received more than $400 in taxable interest income, you must complete Parts I and III. List ALL interest received in Part I. If you received, as a nominee, interest that actually belongs to another person, or you received or paid accrued interest on securities transferred between interest payment dates, see page 27.

### Interest Income

| | | Amount | |
|---|---|---|---|
| 1 | Interest income from seller-financed mortgages. (See Instructions and list name of payer.) ▶ | 1 | |
| 2 | Other interest income. (List name of payer.) ▶ | | 00 |
| | Republic National Bank of N.Y. — Form 1099 Int. | | |
| | Republic National Bank of N.Y. — Form 1099 Int. | 2 | 34,999 77 |
| | | | 18,985 76 |

Note: If you received a Form 1099-INT or Form 1099-OID from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| 3 | Add the amounts on lines 1 and 2. Enter the total here and on Form 1040, line 8a. ▶ | 3 | 53,985 53 |

**Part II Dividend Income**

(See Instructions on pages 10 and 27.)

If you received more than $400 in gross dividends and/or other distributions on stock, you must complete Parts II and III. If you received, as a nominee, dividends that actually belong to another person, see page 27.

### Dividend Income

| | | Amount | |
|---|---|---|---|
| 4 | Dividend income. (List name of payer—include on this line capital gain distributions, nontaxable distributions, etc.) ▶ | | |
| | Merrill Lynch, Pierce, Fenner & Smith, Inc. — Form 1099-Div. | 4 | 1,694 64 |

Note: If you received a Form 1099-DIV from a brokerage firm, list the firm's name as the payer and enter the total dividends shown on that form.

| 5 | Add the amounts on line 4. Enter the total here | 5 | 1,694 64 |
| 6 | Capital gain distributions. Enter here and on Schedule D* | 6 | 00 |
| 7 | Nontaxable distributions. (See the Instructions for Form 1040, line 9.) | 7 | 00 |
| 8 | Add the amounts on lines 6 and 7. Enter the total here | 8 | 00 |
| 9 | Subtract line 8 from line 5. Enter the result here and on Form 1040, line 9 | 9 | 1,694 64 |

*If you received capital gain distributions but do not need Schedule D to report any other gains or losses, see the Instructions for Form 1040, lines 13 and 14.

**Part III Foreign Accounts and Foreign Trusts**

(See Instructions on page 27.)

If you received more than $400 of interest or dividends, OR if you had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must answer both questions in Part III.

| | | Yes | No |
|---|---|---|---|
| 10a | At any time during 1989, did you have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See page 27 of the Instructions for exceptions and filing requirements for Form TD F 90-22.1.) | | X |
| b | If "Yes," enter the name of the foreign country ▶ | | |
| 11 | Were you the grantor of, or transferor to, a foreign trust that existed during 1989, whether or not you have any beneficial interest in it? If "Yes," you may have to file Form 3520, 3520-A, or 926. | | X |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule B (Form 1040) 1989

☆U.S.G.P.O. 1989-245-447/448/449/510 E 1

TH444

**Form W-2 Wage and Tax Statement 1989**

| 1 Control number | | | | OMB No 1545-0008 | Copy B To be filed with employee's FEDERAL tax r. This information is being furnished to the Internal Revenue Ser |
|---|---|---|---|---|---|

| 2 Employer's name, address, and ZIP code | 3 Employer's identification number | 4 Employer's state I.D. number |
|---|---|---|
| LIN BROADCASTING CORPORATION 1370 AVENUE OF THE AMERICAS NEW YORK, NEW YORK 10019. | 62-0473800 | |
| | 5 Statutory employee / Deceased / Pension plan / Legal rep / 942 emp / Subtotal / Deferred compensation | |
| | 6 Allocated tips | 7 Advance EIC payment |

| 8 Employee's social security number | 9 Federal income tax withheld | 10 Wages, tips, other compensation | 11 Social security tax withheld |
|---|---|---|---|
| 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 | 51,660.00 | 264,988.63 | 3,604.80 |

| 12 Employee's name, address, and ZIP code | 13 Social security wages | 14 Social security tips |
|---|---|---|
| David M. Naseman 425 East 51st Street New York, New York 10022 | 48,000.00 | |
| | 16 | 16a Fringe benefits incl. in Box 1 |

| 17 State income tax | 18 State wages, tips, etc. | 19 Name of state |
|---|---|---|
| 21,090.38 | 264,988.63 | New York |
| 20 Local income tax | 21 Local wages, tips, etc. | 22 Name of locality |
| 9,247.16 | 264,988.63 | NYC |

Dept of the Treasury—I

---

**Merrill Lynch Ready Assets Trust**

THE BANK OF NEW YORK, WHITE PLAINS, NEW YORK

12

60-2357/210

PAY TO THE ORDER OF _Internal Revenue Service_    4/13 1990    $54,104 74/100

_Four thousand one hundred four and_ 74/100 ————— DOLLARS

TOEHL HARDING
425 EAST 51 ST STREET APT 5 A
NEW YORK NY 10022

MINIMUM OF $500
ACCOUNT 89148563

_Toehl Harding_

⑈021902352⑈0083⑈8426234231⑈ 0012

---

NN10585

**FORM W-2 Wage and Tax Statement**    16-0331989

Copy B for Employee's Federal Tax Return
This information is being furnished to the Internal Revenue Service

| 3 Employer I.D. # | 4 Employer state I.D. # | 6 Allocated tips | 7 Advance EIC payment |
|---|---|---|---|
| 13-3247448 | | | 0.00 |

| 5 Pens Plan | Def Comp | | 8 Employee's social security number | 9 Federal income tax withheld |
|---|---|---|---|---|
| X | X | | 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 | 20,965.58 |

| 2 Employer's name, address and ZIP code | 10 Wages, tips, other compensation | 11 Social security tax withheld |
|---|---|---|
| INFO SOLUTIONS 4 WEST RED OAK LANE WHITE PLAINS NY 10604 | 141,514.00 | 3,604.80 |
| | 13 Social security wages | 14 Social security tips |
| | 48,000.00 | 0.00 |

| 12 Employee's name, address and ZIP code | 16 1989 401K/SSPK DEFERRED | 16a Fringe benefits incl. in Box 10 |
|---|---|---|
| TOEHL HARDING 425 EAST 51ST APT 5A NEW YORK NY 10022    BBON31290707 | 7,627.00 | 985.00 |
| | GROUP TERM LIFE INSURANCE | FLEX NET ADDIT CONP |
| | 1,308.48 | 11.62 |
| | 0.00 | DEPEND CARE SPENDING ACCT 0.00 |

| 17 State income tax | 18 State wages, tips, etc. | 19 Name of state |
|---|---|---|
| 10,528.62 | 141,514.00 | NEW YORK |
| 20 Local income tax | 21 Local wages, tips, etc. | 22 Name of locality |
| 4,850.33 | 141,514.00 | NEW YORK CITY |

OMB 1545-0008 YEAR 1989

Department of the Treasury — Internal Revenue Service

# Republic National Bank of New York
452 Fifth Avenue • New York, New York 10018

MEMBER FDIC
E.I.N. NO. 13-2774727

1989
FORM 1099 – INT.

R–031
DAVID M NASEMAN
TOEHL HARDING
425 EAST 51ST ST
APT 5A
NEW YORK  NY  10022

## STATEMENT OF INTEREST INCOME——RETAIN FOR INCOME TAX PURPOSES

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Please contact your branch or call us at (212) 944-9616 IMMEDIATELY to report any errors or discrepancies on this form.

SEE REVERSE
OF FORM FOR
EXPLANATION

| TAXPAYER'S ID. NO. | BR. NO. | ACCOUNT NUMBER | DESCRIPTION OF ACCOUNT | |
|---|---|---|---|---|
| ████████ | 031 | 0318181371 | INSURED MONEY DIRECTOR | |
| DATE OF ISSUE | MATURITY DATE | FACE AMOUNT | | INTEREST RATE |
| | | | | |

| CERTIFICATE NUMBERS | A  INTEREST | B  INTEREST/VALUE PREMIUMS/RECEIVED | C  TOTAL ITEMS A + B |
|---|---|---|---|
| | 34,999.77 | .00 | 34,999.77 |

| | D  FED. TAXES WITHHELD | E  EARLY WITHDRAWAL PENALTY |
|---|---|---|
| | .00 | .00 |

CERTIFICATE OF DEPOSIT INFORMATION SHOWN IN THE
SHADED AREAS IS PROVIDED FOR INFORMATION PURPOSES
ONLY AND IS NOT BEING FURNISHED TO THE INTERNAL
REVENUE SERVICE

SUBSTITUTE FORM 1099-INT.
U.S. TREASURY DEPT.
INTERNAL REVENUE SERVICE
OMB NO. 1545-0112

FORM-INTA/
3DRA

TH446

 **Republic National Bank of New York**
452 Fifth Avenue • New York, New York 10018
MEMBER FDIC
E.I.N. NO. 13-2774727

1989
FORM 1099 - INT.

R-031
DAVID NASEMAN
C/O LIN BROADCASTING
1370 AVENUE OF THE AMERICAS
32ND FLOOR
NEW YORK NY 10019

## STATEMENT OF INTEREST INCOME----RETAIN FOR INCOME TAX PURPOSES

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Please contact your branch or call us at (212) 944-9616 IMMEDIATELY to report any errors or discrepancies on this form.

SEE REVERSE
OF FORM FOR
EXPLANATION

| TAXPAYER'S ID. NO. | BR. NO. | ACCOUNT NUMBER | DESCRIPTION OF ACCOUNT |
|---|---|---|---|
| ~~█████~~ | 031 | 0318188309 | INSURED MONEY DIRECTOR |

| DATE OF ISSUE | MATURITY DATE | FACE AMOUNT | | INTEREST RATE |
|---|---|---|---|---|
| | | | | |

| CERTIFICATE NUMBERS | A INTEREST | B INTEREST/VALUE PREMIUMS/RECEIVED | C TOTAL ITEMS A + B |
|---|---|---|---|
| | 18,985.76 | .00 | 18,985.76 |

| | D FED. TAXES WITHHELD | E EARLY WITHDRAWAL PENALTY |
|---|---|---|
| | .00 | .00 |

CERTIFICATE OF DEPOSIT INFORMATION SHOWN IN THE
SHADED AREAS IS PROVIDED FOR INFORMATION PURPOSES
ONLY AND IS NOT BEING FURNISHED TO THE INTERNAL
REVENUE SERVICE

SUBSTITUTE FORM 1099-INT.
U.S. TREASURY DEPT.
INTERNAL REVENUE SERVICE
OMB NO. 1545-0112

FORM-INTA)

TH447

# Merrill Lynch

## Tax Reporting Statement

| ACCOUNT NO. 891-46551 | F/C NO. 1020 | PAGE NO. 1 | TAXPAYER ID OR SS 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 | MS TOEHL HARDING 425 EAST 51 ST STREET APT 5 A NEW YORK NY 10022-6449 |
|---|---|---|---|---|

1989 CONSOLIDATED TAX REPORTING STATEMENT
1099 FORMS

MERRILL LYNCH, PIERCE,
FENNER & SMITH, INC.
ONE LIBERTY PLAZA
165 BROADWAY
NEW YORK, NY 10080

FEDERAL IDENTIFYING NUMBER
13-5674085

** 10022-6449

CASH ACCOUNT
FOR SERVICE CALL:
1-800-ML-HELPS
1-800-654-3577

### SUMMARY OF 1989 REPORTABLE ACTIVITY

#### DIVIDENDS AND OTHER DISTRIBUTIONS
OMB NO. 1545-0110

1099-DIV

| | | AMOUNT |
|---|---|---|
| 1A | GROSS DIVIDENDS AND OTHER DISTRIBUTIONS ON STOCK........ | $1,696.64 * |
| 1B | ORDINARY DIVIDENDS............................... | $1,696.64 |
| 1C | CAPITAL GAIN DISTRIBUTIONS....................... | $0.00 |
| 1D | NON-TAXABLE DISTRIBUTIONS........................ | $0.00 |
| 1E | INVESTMENT EXPENSES INCLUDED IN LINE 1A.......... | $0.00 |
| 2 | FEDERAL INCOME TAX WITHHELD...................... | $0.00 |
| 3 | FOREIGN TAX PAID................................. | $0.00 |
| 4 | FOREIGN COUNTRY OR U.S. POSSESSION............... | $0.00 |
| 5 | LIQUIDATION DISTRIBUTIONS - CASH................. | $0.00 |
| 6 | LIQUIDATION DISTRIBUTIONS - NON-CASH............. | $0.00 |
| * | LINE 1A IS THE SUM OF LINES 1B, 1C, 1D AND 1E. | $0.00 |

FOR MORE INFORMATION REGARDING THIS AMOUNT, PLEASE REFER TO THE MERRILL LYNCH BOOKLET ENTITLED AN EXPLANATION OF YOUR CONSOLIDATED 1989 TAX REPORTING STATEMENT

#### INTEREST INCOME
OMB NO. 1545-0112

1099-INT

| | | AMOUNT |
|---|---|---|
| 1 | INTEREST ON BONDS AND CERTIFICATES OF DEPOSIT... | $0.00 * |
| 2 | AMOUNT OF FORFEITURE............................. | |
| 3 | U.S. SAVINGS BONDS, ETC.......................... | $0.00 |
| 4 | FEDERAL INCOME TAX WITHHELD...................... | $0.00 * |
| 5 | FOREIGN TAX PAID................................. | $0.00 |
| 6 | FOREIGN COUNTRY OR U.S. POSSESSION............... | $0.00 |
| * | YOUR TOTAL REPORTABLE INTEREST IS THE SUM OF LINES 1 AND 3. | |
| * | INVESTMENT EXPENSES INCLUDED IN LINE 1........... | $0.00 |

#### ORIGINAL ISSUE DISCOUNT
OMB NO. 1545-0117

1099-OID

| | | AMOUNT |
|---|---|---|
| 1 | TOTAL ORIGINAL ISSUE DISCOUNT.................... | $0.00 ** |
| 2 | AMOUNT OF FORFEITURE............................. | |
| 3 | FEDERAL INCOME TAX WITHHELD...................... | $0.00 |

** FOR MORE INFORMATION REGARDING THIS AMOUNT, PLEASE REFER TO THE MERRILL LYNCH BOOKLET ENTITLED AN EXPLANATION OF YOUR CONSOLIDATED 1989 TAX REPORTING STATEMENT **

#### GROSS PROCEEDS FROM DISPOSITIONS OF SECURITIES
OMB NO. 1545-0715

1099-B

| | | AMOUNT |
|---|---|---|
| 1 | GROSS PROCEEDS LESS COMMISSIONS.................. | $0.00 |
| 2 | FEDERAL INCOME TAX WITHHELD...................... | $0.00 |

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanctions will be imposed on you if any of this income is taxable and the IRS determines that it has not been reported. Code 7052 (R 11-88)

TH448

New York State Department of Taxation and Finance

# Resident Income Tax Return
New York State • City of New York • City of Yonkers
For the year Jan. 1 — Dec. 31, 1989, or fiscal tax year beginning ____, 1989, ending ____,19

**1989**

**IT-201**

For office use only

| | |
|---|---|
| Last name | First name and middle initial (if joint return, enter both names) | Your social security number |
| Naseman, David H. & Harding, Tochi | ~~████████~~ |
| Mailing address (number and street or rural route) | Apartment number | Spouse's social security number |
| 425 East 51st Street | 5A-6A | ~~████████~~ |
| City, village or post office | State | ZIP code | New York State county of residence |
| New York | New York | 10022 | New York |

In the space below, print or type your permanent home address within New York State if it is not the same as your mailing address above (see instructions, page 18).

School district name: **Manhattan**

Permanent home address (number and street or rural route) | Apartment number

School district code number: **309**

City, village or post office | State: **NY** | ZIP code | If taxpayer is deceased, enter first name and date of death.

**(A) Filing Status —**
Check only one box

① ☐ Single

② ☒ Married filing joint return *(enter spouse's social security number above)*

③ ☐ Married filing separate return *(enter spouse's social security number above)*

④ ☐ Head of household (with qualifying person)

⑤ ☐ Qualifying widow(er) with dependent child

**(B)** Did you itemize your deductions on your 1989 federal income tax return? ...... Yes ☒  No ☐

**(C)** Can you be claimed as a dependent on another taxpayer's federal return? .. Yes ☐  No ☒

**(D)** If you use a paid preparer and do not want New York tax forms mailed to you next year, check box .... ☐

**(E)** Enter the number of exemptions claimed from your federal return, line 6e ................... ☐

**Enter your income items and total adjustments exactly as they appear on your federal return (see instructions, page 9).**

### Federal Income and Adjustments

| | | | |
|---|---|---|---|
| 1 | Wages, salaries, tips, etc. | 1 | 406,502 63 |
| 2 | Taxable interest income | 2 | 53,985 53 |
| 3 | Dividend income | 3 | 1,694 64 |
| 4 | Taxable refunds of state and local income taxes (also enter on line 24 below) | 4 | |
| 5 | Alimony received | 5 | |
| 6 | Business income or (loss) (attach copy of federal Schedule C, Form 1040) | 6 | |
| 7 | Capital gain or (loss) (attach copy of federal Schedule D, Form 1040) | 7 | |
| 8 | Capital gain distributions not reported on line 7 | 8 | |
| 9 | Other gains or (losses) (attach copy of federal Form 4797) | 9 | |
| 10 | Taxable amount of IRA distributions | 10 | |
| 11 | Taxable amount of pensions and annuities | 11 | |
| 12 | Rents, royalties, partnerships, estates, trusts, etc. (attach copy of federal Schedule E, Form 1040) | 12 | |
| 13 | Farm income or (loss) (attach copy of federal Schedule F, Form 1040) | 13 | |
| 14 | Unemployment compensation (insurance) | 14 | |
| 15 | Taxable amount of social security benefits (also enter on line 25 below) | 15 | |
| 16 | Other income (see instructions, page 9) Identify: | 16 | |
| 17 | Add lines 1 through 16 | 17 | 462,182 80 |
| 18 | Total federal adjustments to income (see instructions, page 10) Identify: | 18 | 00 |
| 19 | Subtract line 18 from line 17. This is your federal adjusted gross income | 19 | 462,182 80 |

### New York Adjusted Gross Income

**New York Additions: (see instructions, page 10)**

| | | | |
|---|---|---|---|
| 20 | Interest income on state and local bonds (but not those of New York State and local governments within the state) | 20 | 00 |
| 21 | Accelerated cost recovery system (ACRS) deduction (from Form IT-399, line 1, column G; attach form) | 21 | 00 |
| 22 | Other (see instructions, page 10) Identify: | 22 | 00 |
| 23 | Add lines 19 through 22 | 23 | 462,182 80 |

**New York Subtractions: (see instructions, page 11)**

| | | | | |
|---|---|---|---|---|
| 24 | Taxable refunds of state and local income taxes (from line 4 above) | 24 | | |
| 25 | Taxable amount of social security benefits (from line 15 above) | 25 | | |
| 26 | Interest income on US government bonds | 26 | | |
| 27 | Pension and annuity income exclusion | 27 | | |
| 28 | New York State depreciation (from Form IT-399, line 1, column F; attach form) | 28 | | |
| 29 | Other (see instructions, page 12) Identify: | 29 | | |
| 30 | Add lines 24 through 29 | | 30 | 00 |
| 31 | Subtract line 30 from line 23. This is your New York adjusted gross income | | 31 | 462,182 80 |

**TH449**

IT-201 (1989) (back)

**If you took the standard deduction on your federal return, skip lines 32 through 46 and continue on line 47.**

| | | | | |
|---|---|---|---|---|
| 32 | Medical and dental expenses (from federal Schedule A, line 4) | 32 | | 00 |
| 33 | Taxes you paid (from federal Schedule A, line 8) | 33 | 164,499 | 87 |
| 34 | Interest you paid (from federal Schedule A, line 13) | 34 | 6,605 | 57 |
| 35 | Gifts to charity (from federal Schedule A, line 17) | 35 | 17,042 | 50 |
| 36 | Casualty and theft losses (from federal Schedule A, line 18) | 36 | | 00 |
| 37 | Moving expenses (from federal Schedule A, line 19) | 37 | | 00 |
| 38 | Job expenses and most other miscellaneous deductions (from federal Schedule A, line 20) | 38 | | 00 |
| 39 | Other miscellaneous deductions (from federal Schedule A, line 25) | 39 | | 00 |
| 40 | Total itemized deductions (from federal Schedule A, line 26) | 40 | 188,145 | 94 |
| 41 | State, local and foreign income taxes included on line 33 (see instructions) | 41 | 154,396 | 24 |
| 42 | Subtract line 41 from line 40 | 42 | 33,749 | 70 |
| 43 | Other adjustments (see instructions, page 13) | 43 | | 00 |
| 44 | Line 42 and add or subtract line 43 | 44 | 33,749 | 70 |
| 45 | Itemized deduction adjustment (if line 31 is more than $100,000, see instructions, page 13; all others enter "0" on line 45) | 45 | | 00 |
| 46 | Subtract line 45 from line 44. This is your itemized deduction | 46 | 33,749 | 70 |
| 47 | Enter the amount from line 31 on the front page (This is your New York adjusted gross income) | 47 | 462,182 | 80 |
| 48 | Check appropriate box and enter the larger of: ☐ your standard deduction from instructions, page 14, or ☐ your itemized deduction from line 46 | 48 | 33,749 | 70 |
| 49 | Subtract line 48 from line 47 | 49 | 428,433 | 10 |
| 50 | Dependent exemptions (from line c of Dependent Exemption Worksheet, instructions page 14) | 50 | 000 | 00 |
| 51 | Subtract line 50 from line 49. This is your taxable income | 51 | 428,433 | 10 |
| 52 | New York State tax on line 51 amount (use New York State Tax Table on yellow pages 27 through 34) | 52 | 33,021 | 36 |

| | | | | | |
|---|---|---|---|---|---|
| 53 | NY State child and dependent care credit • number of qualifying persons [  ] used for in 1989 [  ] (from worksheet, page 14) • amount of federal credit for child and dependent care [  ] | 53 | | | |
| 54 | New York State household credit (from Worksheet 1 or II, instructions page 15) | 54 | | | |
| 55 | Other New York State credits (from Form IT-201-ATT, line 7; attach form) | 55 | | | |
| 56 | Add lines 53, 54, and 55 | 56 | | | 00 |
| 57 | Subtract line 56 from line 52 (if line 56 is more than line 52, enter "0") | 57 | 33,021 | 36 |
| 58 | Other New York State taxes (from Form IT-201-ATT, line 15; attach form) | 58 | | | 00 |
| 59 | Add lines 57 and 58. This is the total of your New York State taxes | 59 | 33,021 | 36 |
| 60 | City of New York resident tax (use City of NY Tax Table on white pages 35 — 42) | 60 | 14,238 | 73 |
| 61 | City of NY household credit (from Worksheet III or IV, page 16) | 61 | | — |
| 62 | Subtract line 61 from line 60 (if line 61 is more than line 60, enter "0") | 62 | 14,238 | 73 |
| 63 | City of New York nonresident earnings tax (attach Form NYC-203) | 63 | | |
| 64 | Other city of New York taxes (from Form IT-201-ATT, line 19; attach form) | 64 | | |
| 65 | City of Yonkers resident income tax surcharge (from Yonkers worksheet, page 18) | 65 | | |
| 66 | City of Yonkers nonresident earnings tax (attach Form Y-203) | 66 | | |
| 67 | Part-year city of Yonkers resident income tax surcharge (attach Form IT-360.1) | 67 | | |
| 68 | Add lines 62 through 67. This is the total of your New York City and Yonkers taxes | 68 | 14,238 | 73 |
| 69 | If you want to Return a Gift to Wildlife, enter amount: $5, $10, $20, other (see instructions, pages 8 and 16) | 69 | 20 | 00 |
| 70 | Add lines 59, 68 and 69. This is the total of your New York State, New York City and Yonkers taxes, and Gift to Wildlife | 70 | 47,280 | 09 |

*See instructions for figuring New York City taxes and Yonkers taxes.*

| | | | | | |
|---|---|---|---|---|---|
| 71 | Real property tax credit (from Form IT-214, line 17; attach form) | 71 | | | |
| 72 | Total New York State tax withheld (attach wage and tax statements to front) | 72 | 31,618 | 90 |
| 73 | Total city of New York tax withheld (attach wage and tax statements to front; see instructions) | 73 | 14,097 | 49 |
| 74 | Total city of Yonkers tax withheld (attach wage and tax statements to front; see instructions) | 74 | | |
| 75 | Estimated tax paid/Amount paid with Form IT-370 | 75 | | |
| 76 | Add lines 71 through 75. This is the total of your payments | 76 | 45,716 | 39 |
| 77 | If line 76 is more than line 70, enter amount overpaid (also complete line 78 or 79, or both) | 77 | | |
| 78 | Amount of line 77 to be refunded to you | 78 | | |
| 79 | Amount of line 77 to be applied to your 1990 estimated tax | 79 | | |
| 80 | If line 76 is less than line 70, enter amount you owe (do not send cash; make check or money order payable to NY State Income Tax; write your social security number and "1989 income tax" on it) | 80 | 1,543 | 70 |
| 81 | Check this box ☐ if Form IT-2105.9 is attached (see instructions, page 18) | 81 | | |

* Attach Copy 2 of your wage and tax statements to the front of this return; see instructions.
* Sign your return below.

| Paid Preparer's Use Only | | | | |
|---|---|---|---|---|
| Preparer's signature | | Date | Check if self-employed ☐ | Sign Your Return |
| Firm's name (or yours, if self-employed) | | Preparer's social security number | | Your signature  _David M. Foreman_  Date 4-13-90 |
| Address | | Employer identification number | | Spouse's signature (if joint return)  _Gehl Harding_  Date 4-13-90 |

TH450

| 1 Control number | | OMB No. 1545-0008 | Copy 1 For State, City, or Local Tax Department. Employee's and employer's copy compared □ |
|---|---|---|---|

| 2 Employer's name, address, and ZIP code | 3 Employer's identification number 62-0673800 | 4 Employer's state I.D. number |
|---|---|---|

LIN BROADCASTING CORPORATION
1370 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019

| 5 Statutory employee | Deceased | Pension plan | Legal rep | 942 emp | Subtotal | Deferred compensation | Void |
|---|---|---|---|---|---|---|---|

6 Allocated tips | 7 Advance EIC payment

| 8 Employee's social security number 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 | 9 Federal income tax withheld 51,660.00 | 10 Wages, tips, other compensation 264,988.63 | 11 Social security tax withheld 3,604.80 |
|---|---|---|---|

| 12 Employee's name, address, and ZIP code | 13 Social security wages 48,000.00 | 14 Social security tips |
|---|---|---|

David M. Nassman

425 East 51st Street
New York, New York 10022

16 | 16a Fringe benefits incl. in Box 10

| 17 State income tax 21,090.38 | 18 State wages, tips, etc. 264,988.63 | 19 Name of state New York |
|---|---|---|
| 20 Local income tax 9,247.16 | 21 Local wages, tips, etc. 264,988.63 | 22 Name of locality NYC |

Form W-2 Wage and Tax Statement  1989

---

Merrill Lynch
Ready Assets Trust

THE BANK OF NEW YORK, WHITE PLAINS, NEW YORK

13
60-636/219

4/13 19 90

PAY TO THE ORDER OF  NY State Income Tax  $ 1,543.00

One thousand five hundred forty three and 00/100  DOLLARS

MINIMUM OF $500
ACCOUNT 50148561

TOEHL HARDING
425 EAST 51 ST STREET APT 5 A
NEW YORK NY 10022

Toehl Harding

⑆02190235⑆0083⑆8426234230⑈ 0013

---

| 3 Employer's I.D. # 13-3247448 | 4 Employer state I.D. # | 6 Allocated tips 0.00 | 7 Advance EIC payment 0.00 | Copy for City or Local Tax Department |
|---|---|---|---|---|
| 5 PENS PLAN X | DEF COMP X | | | |

| 2 Employer's name, address and ZIP code | 8 Employee's social security number 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 | 9 Federal income tax withheld 20,965.58 |
|---|---|---|
| INFO SOLUTIONS 4 WEST RED OAK LANE WHITE PLAINS NY 10604 | 10 Wages, tips, other compensation 141,514.00 | 11 Social security tax withheld 3,604.80 |
| | 13 Social security wages 48,000.00 | 14 Social security tips 0.00 |
| | 15 1989 401K/SSFM DEFERRED 7,627.00 | 16a Fringe benefits incl. in Box 10 388.00 |

| 12 Employee's name, address and ZIP code | GROUP TERM LIFE INSURANCE 1,308.48 | FLEX MET AUDIT EXEC 11.62 |
|---|---|---|
| 880N3129D107 TOEHL HARDING 425 EAST 51ST APT 5A NEW YORK NY 10022 | | DEPEND CARE SPENDING ACCT 0.00 |

| 17 State income tax 10,528.52 | 18 State wages, tips, etc. 141,514.00 | 19 Name of State NEW YORK |
|---|---|---|
| 20 Local income tax 4,850.39 | 21 Local wages, tips, etc. 141,514.00 | 22 Name of locality NEW YORK CITY |

FORM W-2 Wage and Tax Statement     Employee's and Employer's copy compared □     OMB 1545-0008 YEAR 1989

Department of the Treasury — Internal Revenue Service

TH451