Exhibit 10

# Form 1040 — U.S. Individual Income Tax Return 1990
Department of the Treasury—Internal Revenue Service

For the year Jan.–Dec. 31, 1990, or other tax year beginning _____, 1990, ending _____, 19__    OMB No. 1545-00

**Label** (See instructions on page 8.) Use IRS label. Otherwise, please print or type.

Your first name and initial: **David M.**   Last name: **Naseman**
Your social security number: [redacted]

If a joint return, spouse's first name and initial: **Toril**   Last name: **Harding**
Spouse's social security number: [redacted]

Home address (number and street): **425 East 51st Street**   Apt. no.: **5A-6A**

City, town or post office, state, and ZIP code: **New York, New York 10022**

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

**Presidential Election Campaign** (See page 9.)
Do you want $1 to go to this fund?  X Yes   No
If joint return, does your spouse want $1 to go to this fund?  X Yes   No

**Filing Status** — Check only one box.
1. Single
2. **X** Married filing joint return (even if only one had income)
3. Married filing separate return. Enter spouse's social security no. above and full name here ►
4. Head of household (with qualifying person). If the qualifying person is your child but not your dependent, enter this child's name here ►
5. Qualifying widow(er) with dependent child (year spouse died ► 19__)

**Exemptions** (See instructions on page 10.)
6a **X** Yourself
 b **X** Spouse
 c Dependents: (none listed)
 d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ► ☐
 e Total number of exemptions claimed

**Income** — Attach Copy B of your Forms W-2, W-2G, and W-2P here. If you do not have a W-2, see page 8.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) | 5,329,797 |
| 8a | Taxable interest income (also attach Schedule B if over $400) | 214,574 |
| 8b | Tax-exempt interest income | |
| 9 | Dividend income (also attach Schedule B if over $400) | 4,236 |
| 10 | Taxable refunds of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss) (attach Schedule C) | |
| 13 | Capital gain or (loss) (attach Schedule D) | 73,117 |
| 14 | Capital gain distributions not reported on line 13 | |
| 15 | Other gains or (losses) (attach Form 4797) | |
| 16a | Total IRA distributions | |
| 16b | Taxable amount | |
| 17a | Total pensions and annuities | |
| 17b | Taxable amount | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | |
| 19 | Farm income or (loss) (attach Schedule F) | |
| 20 | Unemployment compensation | |
| 21a | Social security benefits | |
| 21b | Taxable amount | |
| 22 | Other income | |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your total income ► | 5,541,728 |

**Adjustments to Income** (See Instructions on page 17.)

| Line | Description | Amount |
|---|---|---|
| 24a | Your IRA deduction | |
| 24b | Spouse's IRA deduction | |
| 25 | One-half of self-employment tax | |
| 26 | Self-employed health insurance deduction | |
| 27 | Keogh retirement plan and self-employed SEP deduction | |
| 28 | Penalty on early withdrawal of savings | |
| 29 | Alimony paid. Recipient's SSN ► | |
| 30 | Add lines 24a through 29. These are your total adjustments | |

**Adjusted Gross Income**
31. Subtract line 30 from line 23. This is your adjusted gross income. If this amount is less than $20,264 and a child lived with you, see page 23 to find out if you can claim the "Earned Income Credit" on line 57 ► **5,541,728**


PLAINTIFF'S EXHIBIT

TH240

Form 1040 (1990)    Page 2

### Tax Computation

If you want IRS to figure your tax, see instructions on page 19.

| | | | |
|---|---|---|---|
| 32 | Amount from line 31 (adjusted gross income) | 32 | 5,561,728 19 |
| 33a | Check if: ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a | | |
| b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | | |
| c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 19 and check here ▶ 33c ☐ | | |
| 34 | Enter the larger of: • Your standard deduction (from the chart (or worksheet) on page 20 that applies to you), OR • Your itemized deductions (from Schedule A, line 27). If you itemize, attach Schedule A and check here ▶ ☒ | 34 | 643,143 17 |
| 35 | Subtract line 34 from line 32 | 35 | 4,918,585 02 |
| 36 | Multiply $2,050 by the total number of exemptions claimed on line 6e | 36 | 4,100 00 |
| 37 | Taxable income. Subtract line 36 from line 35. (If line 36 is more than line 35, enter -0-.) | 37 | 4,914,485 02 |
| 38 | Enter tax. Check if from: a ☐ Tax Table, b ☒ Tax Rate Schedules, or c ☐ Form 8615 (see page 21) (If any is from Form(s) 8814, enter that amount here ▶ d _____) | 38 | 1,377,198 20 |
| 39 | Additional taxes (see page 21). Check if from: a ☐ Form 4970 b ☐ Form 4972 | 39 | 00 |
| 40 | Add lines 38 and 39 ▶ | 40 | 1,377,198 20 |

### Credits (See Instructions on page 21.)

| | | | |
|---|---|---|---|
| 41 | Credit for child and dependent care expenses (attach Form 2441) | 41 | |
| 42 | Credit for the elderly or the disabled (attach Schedule R) | 42 | |
| 43 | Foreign tax credit (attach Form 1116) | 43 | |
| 44 | General business credit. Check if from: a ☐ Form 3800 or b ☐ Form (specify) _____ | 44 | |
| 45 | Credit for prior year minimum tax (attach Form 8801) | 45 | |
| 46 | Add lines 41 through 45 | 46 | 00 |
| 47 | Subtract line 46 from line 40. (If line 46 is more than line 40, enter -0-.) ▶ | 47 | 1,377,198 20 |

### Other Taxes

| | | | |
|---|---|---|---|
| 48 | Self-employment tax (attach Schedule SE) | 48 | |
| 49 | Alternative minimum tax (attach Form 6251) | 49 | |
| 50 | Recapture taxes (see page 22). Check if from: a ☐ Form 4255 b ☐ Form 8611 | 50 | |
| 51 | Social security tax on tip income not reported to employer (attach Form 4137) | 51 | |
| 52 | Tax on an IRA or a qualified retirement plan (attach Form 5329) | 52 | |
| 53 | Advance earned income credit payments from Form W-2 | 53 | |
| 54 | Add lines 47 through 53. This is your total tax ▶ | 54 | 1,377,198 20 |

### Payments (Attach Forms W-2, W-2G, and W-2P to front.)

| | | | |
|---|---|---|---|
| 55 | Federal income tax withheld (if any is from Form(s) 1099, check ▶ ☐) | 55 | 1,114,624 46 |
| 56 | 1990 estimated tax payments and amount applied from 1989 return | 56 | |
| 57 | Earned income credit (see page 23) | 57 | |
| 58 | Amount paid with Form 4868 (extension request) | 58 | |
| 59 | Excess social security tax and RRTA tax withheld (see page 24) | 59 | |
| 60 | Credit for Federal tax on fuels (attach Form 4136) | 60 | |
| 61 | Regulated investment company credit (attach Form 2439) | 61 | |
| 62 | Add lines 55 through 61. These are your total payments ▶ | 62 | 1,114,624 46 |

### Refund or Amount You Owe

| | | | |
|---|---|---|---|
| 63 | If line 62 is more than line 54, enter amount OVERPAID | 63 | |
| 64 | Amount of line 63 to be REFUNDED TO YOU ▶ | 64 | |
| 65 | Amount of line 63 to be APPLIED TO YOUR 1991 ESTIMATED TAX ▶ 65 | | |
| 66 | If line 54 is more than line 62, enter AMOUNT YOU OWE. Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1990 Form 1040" on it. | 66 | 262,573 74 |
| 67 | Estimated tax penalty (see page 25) | 67 | 00 |

### Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Keep a copy of this return for your records.

Your signature: *Daniel M. Freeman*    Date: 4-14-91    Your occupation: Attorney-at-Law

Spouse's signature (if joint return, BOTH must sign): *Joehl Harding*    Date: 4-14-91    Spouse's occupation: Vice President & General Counsel

### Paid Preparer's Use Only

Preparer's signature: ____    Date: ____    Check if self-employed ☐    Preparer's social security no.: ____

Firm's name (or yours if self-employed) and address: ____    E.I. No.: ____    ZIP code: ____

*U.S. Government Printing Office: 1990 — 286-C

TH241

| SCHEDULES A&B (Form 1040) Department of the Treasury Internal Revenue Service | | Schedule A—Itemized Deductions (Schedule B is on back) ▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040). | | OMB No. 1545-0074 **1990** Attachment Sequence No. 07 |
|---|---|---|---|---|
| Name(s) shown on Form 1040 David M. Nissman and Toeni Harding | | | | Your social security number |

| | | | | | |
|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution: Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses. (See page 27 of the Instructions.) | 1 | | |
| | 2 | Enter amount from Form 1040, line 32 . . | 2 | | |
| | 3 | Multiply the amount on line 2 by 7.5% (.075). Enter the result . | 3 | | |
| | 4 | Subtract line 3 from line 1. Enter the result. If less than zero, enter -0- ▶ | | 4 | 0 |
| Taxes You Paid (See Instructions on page 27.) | 5 | State and local income taxes . . . . . . . . . | 5 | 400,445 03 | |
| | 6 | Real estate taxes . . . . . . . . . . . | 6 | 11,533 75 | |
| | 7 | Other taxes. (List—include personal property taxes.) ▶ Mass. Tax on Automobiles & Personal Property | 7 | 3,012 49 | |
| | 8 | Add the amounts on lines 5 through 7. Enter the total . . . ▶ | | 8 | 414,991 2 |
| Interest You Paid (See Instructions on page 27.) | 9a | Deductible home mortgage interest paid to financial institutions and reported to you on Form 1098. Report deductible points on line 10 . | 9a | 7,782 75 | |
| | b | Other deductible home mortgage interest: (If paid to an individual, show that person's name and address.) ▶ | 9b | | |
| | 10 | Deductible points. (See Instructions for special rules.) . . . | 10 | | |
| | 11 | Deductible investment interest (attach Form 4952 if required). (See page 28.) . . . . . . . . . . . | 11 | | |
| | 12a | Personal interest you paid. (See page 28.) | 12a | | |
| | b | Multiply the amount on line 12a by 10% (.10). Enter the result . | 12b | | |
| | 13 | Add the amounts on lines 9a through 11, and 12b. Enter the total . . ▶ | | 13 | 7,782 7 |
| Gifts to Charity (See Instructions on page 29.) | | Caution: If you made a charitable contribution and received a benefit in return, see page 29 of the Instructions. | | | |
| | 14 | Contributions by cash or check . . . . . . . . | 14 | 19,889 15 | |
| | 15 | Other than cash or check. (You MUST attach Form 8283 if over $500.) | 15 | 500 00 | |
| | 16 | Carryover from prior year. . . . . . . . | 16 | | |
| | 17 | Add the amounts on lines 14 through 16. Enter the total . . . ▶ | | 17 | 20,389 1 |
| Casualty and Theft Losses | 18 | Casualty or theft loss(es) (attach Form 4684). (See page 29 of the Instructions.) ▶ | | 18 | 0 |
| Moving Expenses | 19 | Moving expenses (attach Form 3903 or 3903F). (See page 30 of the Instructions.) ▶ | | 19 | 0 |
| Job Expenses and Most Other Miscellaneous Deductions (See Instructions on page 30 for expenses to deduct here.) | 20 | Unreimbursed employee expenses—job travel, union dues, job education, etc. (You MUST attach Form 2106 if required. See Instructions.) ▶ | 20 | | |
| | 21 | Other expenses (investment, tax preparation, safe deposit box, etc.). List type and amount ▶ | 21 | | |
| | 22 | Add the amounts on lines 20 and 21. Enter the total . . . | 22 | | |
| | 23 | Enter amount from Form 1040, line 32 . | 23 | | |
| | 24 | Multiply the amount on line 23 by 2% (.02). Enter the result . | 24 | | |
| | 25 | Subtract line 24 from line 22. Enter the result. If less than zero, enter -0- . ▶ | | 25 | 0 |
| Other Miscellaneous Deductions | 26 | Other (from list on page 30 of Instructions). List type and amount ▶ | | 26 | 0 |
| Total Itemized Deductions | 27 | Add the amounts on lines 4, 8, 13, 17, 18, 19, 25, and 26. Enter the total here. Then enter on Form 1040, line 34, the LARGER of this total or your standard deduction from page 20 of the Instructions . . . . . . . . . . . . . . ▶ | | 27 | 443,163 1 |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.     Schedule A (Form 1040) 19

TH244

Schedules A&B (Form 1040) 1990
Name(s) shown on Form 1040. (Do not enter name and social security number if shown on other side.)
OMB No. 1545-0074

DAVID M. NISSMAN and TRINI HARDING

Your social security number

## Schedule B—Interest and Dividend Income

Attachment Sequence No. 1

**Part I Interest Income**

(See Instructions on pages 13 and 30.)

If you received more than $400 in taxable interest income, or you are claiming the exclusion of interest fr series EE U.S. savings bonds issued after 1989 (see page 31), you must complete Part I. List ALL interest rec in Part I. If you received more than $400 in taxable interest income, you must also complete Part III. If you recei as a nominee, interest that actually belongs to another person, or you received or paid accrued interest securities transferred between interest payment dates, see page 31.

| | Interest Income | Amount | |
|---|---|---|---|
| 1 | Interest income. (List name of payer—if any interest income is from seller-financed mortgages, see instructions and list that interest first.) ▶ | | |
| | Republic National Bank of New York | 160,073 | |
| | Republic National Bank of New York | 54,502 | |
| | | 1 | |

Note: If you received a Form 1099-INT, Form 1099-OID, or substitute statement, from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| 2 | Add the amounts on line 1. Enter the total | 2 | 214,576 | |
|---|---|---|---|---|
| 3 | Enter the excludable savings bond interest, if any, from Form 8815, line 14. Attach Form 8815 to Form 1040 | 3 | | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | 214,576 | |

**Part II Dividend Income**

(See Instructions on pages 13 and 31.)

If you received more than $400 in gross dividends and/or other distributions on stock, you must complete Part and III. If you received, as a nominee, dividends that actually belong to another person, see page 31.

| | Dividend Income | Amount | |
|---|---|---|---|
| 5 | Dividend income. (List name of payer—include on this line capital gain distributions, nontaxable distributions, etc.) ▶ | | |
| | Merrill Lynch Pierce Fenner & Smith | 3,459 | |
| | LIN Broadcasting Corporation | 1,870 | |
| | | 5 | |

Note: If you received a Form 1099-DIV, or substitute statement, from a brokerage firm, list the firm's name as the payer and enter the total dividends shown on that form.

| 6 | Add the amounts on line 5. Enter the total | 6 | 5,330 | |
|---|---|---|---|---|
| 7 | Capital gain distributions. Enter here and on Schedule D* | 7 | | |
| 8 | Nontaxable distributions. (See the Inst. for Form 1040, line 9.) | 8 | 1,093 | 17 |
| 9 | Add the amounts on lines 7 and 8. Enter the total | 9 | 1,093 | |
| 10 | Subtract line 9 from line 6. Enter the result here and on Form 1040, line 9 ▶ | 10 | 4,236 | |

*If you received capital gain distributions but do not need Schedule D to report any other gains or losses, see Instructions for Form 1040, lines 13 and 14.

**Part III Foreign Accounts and Foreign Trusts**

(See Instructions on page 31.)

If you received more than $400 of interest or dividends, OR if you had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must answer both questions in Part III.

| | | Yes | No |
|---|---|---|---|
| 11a | At any time during 1990, did you have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See page 31 of the Instructions for exceptions and filing requirements for Form TD F 90-22.1.) | | |
| b | If "Yes," enter the name of the foreign country ▶ | | |
| 12 | Were you the grantor of, or transferor to, a foreign trust that existed during 1990, whether or not you have any beneficial interest in it? If "Yes," you may have to file Form 3520, 3520-A, or 926 | | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.    Schedule B (Form 1040) 19
*U.S. Government Printing Office: 1990 — 265-058

TH245

**SCHEDULE D**
**(Form 1040)**
Department of the Treasury
Internal Revenue Service (0)

**Capital Gains and Losses**
(And Reconciliation of Forms 1099-B for Bartering Transactions)
▶ Attach to Form 1040.  ▶ See Instructions for Schedule D (Form 1040).
▶ For more space to list transactions for lines 2a and 9a, get Schedule D-1 (Form 1040).

OMB No. 1545-00
**1990**
Attachment Sequence No. 12

Name(s) shown on Form 1040: David M. Nasman and Tochi Harding

Your social security number: [redacted]

1 Enter the total sales of stocks, bonds, other securities, and real estate transactions reported to you for 1990 on Forms 1099-B and 1099-S (or on substitute statements). If this total is not the same as the total of lines 2c and 9c, column (d), attach a statement explaining the difference. (Do not include on this line amounts from Form 1099-S if you reported them on another form or schedule.) See Instructions for line 1 . . . . 1

**Part I  Short-Term Capital Gains and Losses—Assets Held One Year or Less**

| (a) Description of property (Example, 100 shares 7% preferred of "Z" Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see Instructions) | (e) Cost or other basis (see Instructions) | (f) LOSS If (e) is more than (d), subtract (d) from (e) | (g) GAIN If (d) is more than (e), subtract (e) from (d) |
|---|---|---|---|---|---|---|
| 2a Stocks, Bonds, Other Securities, and Real Estate. Include Form 1099-B and 1099-S Transactions. See Instructions. | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 2b Amounts from Schedule D-1, line 2b (attach Schedule D-1) | | | | | | |
| 2c Total of All Sales Price Amounts. Add column (d) of lines 2a and 2b ▶ 2c | | | | | | |
| 2d Other Transactions (Do NOT include real estate transactions from Forms 1099-S. Report them on line 2a.) | | | | | | |
| | | | | | | |

3 Short-term gain from sale or exchange of your home from Form 2119, line 10 or 14c . . . 3
4 Short-term gain from installment sales from Form 6252, line 22 or 30 . . . . 4
5 Net short-term gain or (loss) from partnerships, S corporations, and fiduciaries . . 5
6 Short-term capital loss carryover from 1989 Schedule D, line 29 . . . . . . 6
7 Add lines 2a, 2b, 2d, and 3 through 6, in columns (f) and (g) . . . . . . 7 ( )
8 Net short-term gain or (loss). Combine columns (f) and (g) of line 7 . . . . . 8

**Part II  Long-Term Capital Gains and Losses—Assets Held More Than One Year**

| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| 9a Stocks, Bonds, Other Securities, and Real Estate. Include Form 1099-B and 1099-S Transactions. See Instructions. | | | | | | |
| 110 common shares of LIN Broadcasting Corp | 1-3-88 | 3-5-90 | $16,592 10 | $7,205 00 | | 9,387 10 |
| 122 common shares of LIN Broadcasting Corp | 1-3-88 | 11-29-90 | $11,721 27 | $7,991 00 | | 3,730 27 |
| | | | | | | |
| 9b Amounts from Schedule D-1, line 9b (attach Schedule D-1) | | | — | | | |
| 9c Total of All Sales Price Amounts. Add column (d) of lines 9a and 9b ▶ 9c | $28,313 37 | | | | | |
| 9d Other Transactions (Do NOT include real estate transactions from Forms 1099-S. Report them on line 9a.) | | | | | | |

10 Long-term gain from sale or exchange of your home from Form 2119, line 10 or 14c . . 10
11 Long-term gain from installment sales from Form 6252, line 22 or 30 . . . . 11
12 Net long-term gain or (loss) from partnerships, S corporations, and fiduciaries . . 12
13 Capital gain distributions . . . . . . . . . . . . . . . . . 13
14 Gain from Form 4797, line 7 or 9 . . . . . . . . . . . . . . . 14
15 Long-term capital loss carryover from 1989 Schedule D, line 36 . . . . . . 15
16 Add lines 9a, 9b, 9d, and 10 through 15, in columns (f) and (g) . . . . . . 16 ( )
17 Net long-term gain or (loss). Combine columns (f) and (g) of line 16 . . . . . 17 | 13,117 37

For Paperwork Reduction Act Notice, see Form 1040 Instructions.   Schedule D (Form 1040) 1990

TH250

Schedule D (Form 1040) 1990     Attachment Sequence No. 12A    Page

Name(s) shown on Form 1040. (Do not enter name and social security number if shown on other side.)    Your social security number

DAVID M. NASSMAN and TOENE HARDING

### Part III — Summary of Parts I and II

18   Combine lines 8 and 17, and enter the net gain or (loss) here. If the result is a gain, stop here and also enter the gain on Form 1040, line 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **18**   13,117 3

19   If line 18 is a (loss), enter here and as a (loss) on Form 1040, line 13, the smaller of:
    a   The (loss) on line 18; or
    b   ($3,000) or, if married filing a separate return, ($1,500) . . . . . . . . . . . . . . . . . . .    **19**   (

Note: When figuring whether line 19a or 19b is smaller, treat both numbers as if they were positive.
Go on to Part IV if the loss on line 18 is more than $3,000 ($1,500, if married filing a separate return), OR if taxable income on Form 1040, line 37, is zero.

### Part IV — Capital Loss Carryovers from 1990 to 1991

**Section A.—Carryover Limit**

20   Enter taxable income from Form 1040, line 37. (If Form 1040, line 37 is zero, see Instructions for amount to enter.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **20**

Note: For lines 21 through 36, enter all amounts as positive numbers.

21   Enter the loss on line 19 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **21**
22   Enter the amount on Form 1040, line 36 . . . . . . . . . . . . . . . . . . . . . . . . .   **22**
23   Combine lines 20, 21, and 22. If zero or less, enter -0- . . . . . . . . . . . . . . . . . .   **23**
24   Carryover Limit. Enter the smaller of line 21 or line 23 . . . . . . . . . . . . . . . . . .   **24**

**Section B.—Short-Term Capital Loss Carryover to 1991**
(Complete this section only if there is a loss on both line 8 and line 19. Otherwise, go on to Section C.)

25   Enter the loss on line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **25**
26   Enter the gain, if any, on line 17 . . . . . . . . . . . . . . . . . . **26**
27   Enter the amount on line 24 . . . . . . . . . . . . . . . . . . . . **27**
28   Add lines 26 and 27 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **28**

29   Short-term capital loss carryover to 1991. Subtract line 28 from line 25. If zero or less, enter -0- .    **29**

**Section C.—Long-Term Capital Loss Carryover to 1991**
(Complete this section only if there is a loss on both line 17 and line 19.)

30   Enter the loss on line 17 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **30**
31   Enter the gain, if any, on line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **31**
32   Enter the amount on line 24 . . . . . . . . . . . . . . . . . . . . **32**
33   Enter the amount, if any, on line 25 . . . . . . . . . . . . . . . . **33**
34   Subtract line 33 from line 32. If zero or less, enter -0- . . . . . . . . . . . . . . . . . . .    **34**
35   Add lines 31 and 34 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    **35**

36   Long-term capital loss carryover to 1991. Subtract line 35 from line 30. If zero or less, enter -0- .    **36**

### Part V — Election Not to Use the Installment Method
(Complete this part only if you elect out of the installment method and report a note or other obligation at less than full face value.)

37   Check here if you elect out of the installment method . . . . . . . . . . . . . . . . . . ▶ ☐
38   Enter the face amount of the note or other obligation . . . . . . . . . . . . . . . . . . ▶ _____
39   Enter the percentage of valuation of the note or other obligation . . . . . . . . . . . . . ▶

### Part VI — Reconciliation of Forms 1099-B for Bartering Transactions
(Complete this part if you received one or more Forms 1099-B or substitute statements reporting bartering income.)

        Amount of bartering income from Form 1099-B or substitute statement reported on form or schedule

40   Form 1040, line 22 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **40**
41   Schedule C (Form 1040) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **41**
42   Schedule D (Form 1040) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **42**
43   Schedule E (Form 1040) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **43**
44   Schedule F (Form 1040) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **44**
45   Other form or schedule (identify) (if nontaxable, indicate reason—attach additional sheets if necessary):

-------------------------------------------------------------------------
-------------------------------------------------------------------------
-------------------------------------------------------------------------   **45**

46   Total (add lines 40 through 45) . . . . . . . . . . . . . . . . . . . . . . . . . . . .   **46**

Note: The amount on line 46 should be the same as the total bartering income on all Forms 1099-B and substitute statements received for bartering transactions.

*U.S. GPO 1990-265-18

TH253