Exhibit 12

EXHIBIT 12

# Form 1040 — U.S. Individual Income Tax Return 1990

Department of the Treasury—Internal Revenue Service

For the year Jan.–Dec. 31, 1990, or other tax year beginning _____, 1990, ending _____, 19___    OMB No. 1545-0074

**Label** (See Instructions on page 8.) Use IRS label. Otherwise, please print or type.

Your first name and initial: **David M.**   Last name: **Naseman**
Your social security number: _____

If a joint return, spouse's first name and initial: **Toehl**   Last name: **Harding**
Spouse's social security number: _____

Home address (number and street). (If you have a P.O. box, see page 9.): **425 East 51st Street**   Apt. no.: **5A-6A**

City, town or post office, state, and ZIP code. (If you have a foreign address, see page 9.): **New York, New York 10022**

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

**Presidential Election Campaign** (See page 9.)
Do you want $1 to go to this fund?  [X] Yes  [ ] No
If joint return, does your spouse want $1 to go to this fund?  [X] Yes  [ ] No
Note: Checking "Yes" will not change your tax or reduce your refund.

## Filing Status
Check only one box.
1. [ ] Single. (See page 10 to find out if you can file as head of household.)
2. [X] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4. [ ] Head of household (with qualifying person). (See page 10.) If the qualifying person is your child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19___). (See page 10.)

## Exemptions
(See Instructions on page 10.)

6a [X] Yourself  If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2
b [X] Spouse

No. of boxes checked on 6a and 6b: **2**

c Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 2 | (3) If age 2 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1990 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of your children on 6c who:
• lived with you ____
• didn't live with you due to divorce or separation (see page 11) ____
No. of other dependents on 6c ____

If more than 6 dependents, see Instructions on page 11.

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]
e Total number of exemptions claimed

Add numbers entered on lines above ▶ **2**

## Income
Attach Copy B of your Forms W-2, W-2G, and W-2P here.
If you do not have a W-2, see page 8.
Attach check or money order on top of any Forms W-2, W-2G, or W-2P.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) | 1,252,059 88 |
| 8a | Taxable interest income (also attach Schedule B if over $400) | 54,502 61 |
| 8b | Tax-exempt interest income (see page 13). DON'T include on line 8a | |
| 9 | Dividend income (also attach Schedule B if over $400) | 4,236 99 |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 14 | |
| 11 | Alimony received | |
| 12 | Business income or (loss) (attach Schedule C) | |
| 13 | Capital gain or (loss) (attach Schedule D) | 13,117 37 |
| 14 | Capital gain distributions not reported on line 13 (see page 14) | |
| 15 | Other gains or (losses) (attach Form 4797) | |
| 16a | Total IRA distributions. 16a ____   16b Taxable amount (see page 14) | 16b |
| 17a | Total pensions and annuities. 17a ____   17b Taxable amount (see page 14) | 17b |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | |
| 19 | Farm income or (loss) (attach Schedule F) | |
| 20 | Unemployment compensation (insurance) (see page 16) | |
| 21a | Social security benefits. 21a ____   21b Taxable amount (see page 16) | 21b |
| 22 | Other income (list type and amount—see page 16) | |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your total income ▶ | 1,323,916 85 |

## Adjustments to Income
(See Instructions on page 17.)

| Line | Description | Amount |
|---|---|---|
| 24a | Your IRA deduction, from applicable worksheet on page 17 or 18 | 24a |
| 25 | Spouse's IRA deduction, from applicable worksheet on page 17 or 18 | 24b |
| 25 | One-half of self-employment tax (see page 18) | 25 |
| 26 | Self-employed health insurance deduction, from worksheet on page 18 | 26 |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 |
| 28 | Penalty on early withdrawal of savings | 28 |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 |
| 30 | Add lines 24a through 29. These are your total adjustments ▶ | 30 | 00 |

## Adjusted Gross Income
31 Subtract line 30 from line 23. This is your adjusted gross income. If this amount is less than $20,264 and a child lived with you, see page 23 to find out if you can claim the "Earned Income Credit" on line 57 ▶  **31** 1,323,916 85



PLAINTIFF'S EXHIBIT 17

TH453

Form 1040 (1990)                                                                                                        Page 2

| | | | | | |
|---|---|---|---|---|---|
| **Tax Computation** | 32 | Amount from line 31 (adjusted gross income) | 32 | 1,323,916 | 85 |
| | 33a | Check if: ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind. | | | |
| If you want IRS to figure your tax, see instructions on page 19. | | Add the number of boxes checked above and enter the total here ▶ 33a ☐ | | | |
| | b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | | | |
| | c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 19 and check here ▶ 33c ☐ | | | |
| | 34 | Enter the larger of: • Your standard deduction (from the chart or worksheet) on page 20 that applies to you), OR • Your itemized deductions (from Schedule A, line 27). If you itemize, attach Schedule A and check here. ▶ ☒ | 34 | 193,522 | 86 |
| | 35 | Subtract line 34 from line 32 | 35 | 1,130,393 | 99 |
| | 36 | Multiply $2,050 by the total number of exemptions claimed on line 6e | 36 | 4,100 | 00 |
| | 37 | Taxable income. Subtract line 36 from line 35. (If line 36 is more than line 35, enter -0-.) | 37 | 1,126,293 | 99 |
| | 38 | Enter tax. Check if from: a ☐ Tax Table, b ☒ Tax Rate Schedules, or c ☐ Form 8615 (see page 21) (If any is from Form(s) 8814, enter that amount here ▶ d _____.) | 38 | 342,266 | 64 |
| | 39 | Additional taxes (see page 21). Check if from: a ☐ Form 4970   b ☐ Form 4972 | 39 | | |
| | 40 | Add lines 38 and 39 ▶ | 40 | 342,266 | 64 |
| **Credits** (See Instructions on page 21.) | 41 | Credit for child and dependent care expenses (attach Form 2441) | 41 | | |
| | 42 | Credit for the elderly or the disabled (attach Schedule R) | 42 | | |
| | 43 | Foreign tax credit (attach Form 1116) | 43 | | |
| | 44 | General business credit. Check if from: a ☐ Form 3800 or   b ☐ Form (specify) | 44 | | |
| | 45 | Credit for prior year minimum tax (attach Form 8801) | 45 | | |
| | 46 | Add lines 41 through 45 | 46 | | 00 |
| | 47 | Subtract line 46 from line 40. (If line 46 is more than line 40, enter -0-.) ▶ | 47 | 342,266 | 64 |
| **Other Taxes** | 48 | Self-employment tax (attach Schedule SE) | 48 | | |
| | 49 | Alternative minimum tax (attach Form 6251) | 49 | | |
| | 50 | Recapture taxes (see page 22). Check if from: a ☐ Form 4255   b ☐ Form 8611 | 50 | | |
| | 51 | Social security tax on tip income not reported to employer (attach Form 4137) | 51 | | |
| | 52 | Tax on an IRA or a qualified retirement plan (attach Form 5329) | 52 | | |
| | 53 | Advance earned income credit payments from Form W-2 | 53 | | |
| | 54 | Add lines 47 through 53. This is your total tax ▶ | 54 | 342,266 | 64 |
| **Payments** Attach Forms W-2, W-2G, and W-2P to front. | 55 | Federal income tax withheld (If any is from Form(s) 1099, check ▶ ☐) | 55 | 237,028 | 52 |
| | 56 | 1990 estimated tax payments and amount applied from 1989 return | 56 | | |
| | 57 | Earned income credit (see page 23) | 57 | | |
| | 58 | Amount paid with Form 4868 (extension request) | 58 | | |
| | 59 | Excess social security tax and RRTA tax withheld (see page 24) | 59 | | |
| | 60 | Credit for Federal tax on fuels (attach Form 4136) | 60 | | |
| | 61 | Regulated investment company credit (attach Form 2439) | 61 | | |
| | 62 | Add lines 55 through 61. These are your total payments ▶ | 62 | 237,028 | 52 |
| **Refund or Amount You Owe** | 63 | If line 62 is more than line 54, enter amount OVERPAID | 63 | | |
| | 64 | Amount of line 63 to be REFUNDED TO YOU ▶ | 64 | | |
| | 65 | Amount of line 63 to be APPLIED TO YOUR 1991 ESTIMATED TAX ▶ 65 | | | |
| | 66 | If line 54 is more than line 62, enter AMOUNT YOU OWE. Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1990 Form 1040" on it. ▶ | 66 | 105,238 | 12 |
| | 67 | Estimated tax penalty (see page 25) | 67 | | |

**Sign Here**
Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: _David M. Freeman_  Date: 4-14-91  Your occupation: Attorney-at-Law

Spouse's signature (if joint return, BOTH must sign): _Stehl Harding_  Date: 4-14-91  Spouse's occupation: Vice President & General Counsel

**Paid Preparer's Use Only**

| | | |
|---|---|---|
| Preparer's signature | Date | Check if self-employed ☐   Preparer's social security no. |
| Firm's name (or yours if self-employed) and address | | E.I. No. |
| | | ZIP code |

*U.S. Government Printing Office: 1990 — 285-058

TH454

**SCHEDULES A&B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service   (P)

## Schedule A—Itemized Deductions

(Schedule B is on back)

▶ Attach to Form 1040.  ▶ See instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

**1990**
Attachment
Sequence No. 07

Name(s) shown on Form 1040

*David M. Nassman and Toehl Harding*

Your social security number

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | Caution: *Do not include expenses reimbursed or paid by others.* | | | | |
| | 1 Medical and dental expenses. (See page 27 of the Instructions.) | 1 | | | |
| | 2 Enter amount from Form 1040, line 32 . | 2 | | | |
| | 3 Multiply the amount on line 2 by 7.5% (.075). Enter the result | 3 | | | |
| | 4 Subtract line 3 from line 1. Enter the result. If less than zero, enter -0- ▶ | 4 | | | 00 |
| **Taxes You Paid** | 5 State and local income taxes . . . . . . . . | 5 | *150,804* | *72* | |
| | 6 Real estate taxes . . . . . . . . . . . | 6 | *11,533* | *75* | |
| (See instructions on page 27.) | 7 Other taxes. (List—include personal property taxes.) ▶ ---------- *Mass. tax on Automobiles and Annual Property* | 7 | *3,012* | *49* | |
| | 8 Add the amounts on lines 5 through 7. Enter the total . . . ▶ | 8 | *165,350* | *96* | |
| **Interest You Paid** | 9a Deductible home mortgage interest paid to financial institutions and reported to you on Form 1098. Report deductible points on line 10 . | 9a | *7,782* | *75* | |
| | b Other deductible home mortgage interest. (If paid to an individual, show that person's name and address.) ▶ ---------- | | | | |
| (See instructions on page 27.) | | 9b | | | |
| | 10 Deductible points. (See Instructions for special rules.) . | 10 | | | |
| | 11 Deductible investment interest (attach Form 4952 if required). (See page 28.) . . . . . . . . . . . | 11 | | | |
| | 12a Personal interest you paid. (See page 28.) 12a | | | | |
| | b Multiply the amount on line 12a by 10% (.10). Enter the result | 12b | | | |
| | 13 Add the amounts on lines 9a through 11, and 12b. Enter the total ▶ | 13 | *7,782* | *75* | |
| **Gifts to Charity** | Caution: *If you made a charitable contribution and received a benefit in return, see page 29 of the Instructions.* | | | | |
| (See instructions on page 29.) | 14 Contributions by cash or check . . . . . . . | 14 | *19,889* | *15* | |
| | 15 Other than cash or check. (You MUST attach Form 8283 if over $500.) | 15 | *500* | *00* | |
| | 16 Carryover from prior year . . . . . . . . | 16 | | | |
| | 17 Add the amounts on lines 14 through 16. Enter the total . . ▶ | 17 | *20,389* | *15* | |
| **Casualty and Theft Losses** | 18 Casualty or theft loss(es) (attach Form 4684). (See page 29 of the Instructions.) ▶ | 18 | | | 00 |
| **Moving Expenses** | 19 Moving expenses (attach Form 3903 or 3903F). (See page 30 of the Instructions.) ▶ | 19 | | | 00 |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 Unreimbursed employee expenses—job travel, union dues, job education, etc. (You MUST attach Form 2106 if required. See Instructions.) ▶ ---------- | 20 | | | |
| (See instructions on page 30 for expenses to deduct here.) | 21 Other expenses (investment, tax preparation, safe deposit box, etc.). List type and amount ▶ ---------- | 21 | | | |
| | 22 Add the amounts on lines 20 and 21. Enter the total . . . | 22 | | | |
| | 23 Enter amount from Form 1040, line 32 . 23 | | | | |
| | 24 Multiply the amount on line 23 by 2% (.02). Enter the result . | 24 | | | |
| | 25 Subtract line 24 from line 22. Enter the result. If less than zero, enter -0- . ▶ | 25 | | | 00 |
| **Other Miscellaneous Deductions** | 26 Other (from list on page 30 of Instructions). List type and amount ▶ ---------- | | | | |
| | ---------- | | | | |
| | ---------- ▶ | 26 | | | 00 |
| **Total Itemized Deductions** | 27 Add the amounts on lines 4, 8, 13, 17, 18, 19, 25, and 26. Enter the total here. Then enter on Form 1040, line 34, the LARGER of this total or your standard deduction from page 20 of the Instructions . . . . . . . . . ▶ | 27 | *178,522* | *86* | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule A (Form 1040) 1990

TH457

Schedules A&B (Form 1040) 1990                                                                                    OMB No. 1545-0074     Page **2**

| Name(s) shown on Form 1040. (Do not enter name and social security number if shown on other side.) | Your social security number |
|---|---|
| David M. Naseman and Toehl Harding | ▓▓▓▓▓▓ |

## Schedule B—Interest and Dividend Income

Attachment
Sequence No. **08**

**Part I**
**Interest**
**Income**

(See
Instructions
on pages 13
and 30.)

If you received more than $400 in taxable interest income, or you are claiming the exclusion of interest from series EE U.S. savings bonds issued after 1989 (see page 31), you must complete Part I. List ALL interest received in Part I. If you received more than $400 in taxable interest income, you must also complete Part III. If you received, as a nominee, interest that actually belongs to another person, or you received or paid accrued interest on securities transferred between interest payment dates, see page 31.

| | Interest Income | | Amount | |
|---|---|---|---|---|
| 1 | Interest income. (List name of payer—if any interest income is from seller-financed mortgages, see instructions and list that interest first.) ▶ | | | |
| | Republic National Bank of New York | | 54,502 | 61 |
| | ......................................... | | | |
| | ......................................... | | | |
| | ......................................... | 1 | | |
| | ......................................... | | | |
| | ......................................... | | | |
| | ......................................... | | | |
| | ......................................... | | | |
| | ......................................... | | | |
| 2 | Add the amounts on line 1. Enter the total . . . . . . . . . . . | 2 | 54,502 | 61 |
| 3 | Enter the excludable savings bond interest, if any, from Form 8815, line 14. Attach Form 8815 to Form 1040 | 3 | | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a . ▶ | 4 | 54,502 | 61 |

**Note: If you**
**received a Form**
**1099-INT, Form**
**1099-OID, or**
**substitute**
**statement, from**
**a brokerage firm,**
**list the firm's**
**name as the**
**payer and enter**
**the total interest**
**shown on that**
**form.**

**Part II**
**Dividend**
**Income**

(See
Instructions on
pages 13 and
31.)

If you received more than $400 in gross dividends and/or other distributions on stock, you must complete Parts II and III. If you received, as a nominee, dividends that actually belong to another person, see page 31.

| | Dividend Income | | Amount | |
|---|---|---|---|---|
| 5 | Dividend income. (List name of payer—include on this line capital gain distributions, nontaxable distributions, etc.) ▶ | | | |
| | Merrill Lynch Pierce Fenner & Smith | | 3,459 | 90 |
| | LIN Broadcasting Corporation | | 1,870 | 26 |
| | ......................................... | | | |
| | ......................................... | 5 | | |
| | ......................................... | | | |
| | ......................................... | | | |
| | ......................................... | | | |
| | ......................................... | | | |
| | ......................................... | | | |
| 6 | Add the amounts on line 5. Enter the total . . . . . . . . . . . | 6 | 5,330 | 16 |
| 7 | Capital gain distributions. Enter here and on Schedule D* | 7 | | |
| 8 | Nontaxable distributions. (See the Inst. for Form 1040, line 9.) | 8 | 1,093 | 17 |
| 9 | Add the amounts on lines 7 and 8. Enter the total . . . . . . . | 9 | 1,093 | 17 |
| 10 | Subtract line 9 from line 6. Enter the result here and on Form 1040, line 9 . ▶ | 10 | 4,236 | 99 |

**Note: If you**
**received a Form**
**1099-DIV, or**
**substitute**
**statement, from**
**a brokerage firm,**
**list the firm's**
**name as the**
**payer and enter**
**the total**
**dividends shown**
**on that form.**

*If you received capital gain distributions but do not need Schedule D to report any other gains or losses, see the instructions for Form 1040, lines 13 and 14.

**Part III**
**Foreign**
**Accounts**
**and**
**Foreign**
**Trusts**

(See
Instructions
on page 31.)

If you received more than $400 of interest or dividends, OR if you had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must answer both questions in Part III.

| | | Yes | No |
|---|---|---|---|
| 11a | At any time during 1990, did you have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See page 31 of the instructions for exceptions and filing requirements for Form TD F 90-22.1.) | | X |
| b | If "Yes," enter the name of the foreign country ▶ ............................. | | |
| 12 | Were you the grantor of, or transferor to, a foreign trust that existed during 1990, whether or not you have any beneficial interest in it? If "Yes," you may have to file Form 3520, 3520-A, or 926 | | X |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.                                           Schedule B (Form 1040) 1990

*U.S. Government Printing Office: 1990 — 265-058

TH458

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (Ø)

# Capital Gains and Losses
### (And Reconciliation of Forms 1099-B for Bartering Transactions)
▶ Attach to Form 1040.    ▶ See Instructions for Schedule D (Form 1040).
▶ For more space to list transactions for lines 2a and 9a, get Schedule D-1 (Form 1040).

OMB No. 1545-0074

**1990**

Attachment
Sequence No. **12A**

Name(s) shown on Form 1040

DAVID  M.  NASTMAN   and   TOBI  HARDING

Your social security number

1  Enter the total sales of stocks, bonds, other securities, and real estate transactions reported to you for 1990 on Forms 1099-B and 1099-S (or on substitute statements). If this total is not the same as the total of lines 2c and 9c, column (d), attach a statement explaining the difference. (Do not include on this line amounts from Form 1099 if you reported them on another form or schedule.) See Instructions for line 1 . . . . | 1 |

## Part I  Short-Term Capital Gains and Losses—Assets Held One Year or Less

| (a) Description of property (Example, 100 shares 7% preferred of "Z" Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see Instructions) | (e) Cost or other basis (see Instructions) | (f) LOSS If (e) is more than (d), subtract (d) from (e) | (g) GAIN If (d) is more than (e), subtract (e) from (d) |
|---|---|---|---|---|---|---|
| 2a  Stocks, Bonds, Other Securities, and Real Estate. Include Form 1099-B and 1099-S Transactions. See Instructions. | | | | | | |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| 2b  Amounts from Schedule D-1, line 2b (attach Schedule D-1) . | | | | | | |
| 2c  Total of All Sales Price Amounts. Add column (d) of lines 2a and 2b . . ▶ 2c | | | | | | |

2d  Other Transactions (Do NOT include real estate transactions from Forms 1099-S. Report them on line 2a.)

| | | | | | | |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| 3  Short-term gain from sale or exchange of your home from Form 2119, line 10 or 14c . | 3 | | | | |
| 4  Short-term gain from installment sales from Form 6252, line 22 or 30 . . . . | 4 | | | | |
| 5  Short-term gain or (loss) from partnerships, S corporations, and fiduciaries . . | 5 | | | | |
| 6  Short-term capital loss carryover from 1989 Schedule D, line 29 . . . . . . | 6 | | | | |
| 7  Add lines 2a, 2b, 2d, and 3 through 6, in columns (f) and (g) . . . . . . | 7 | ( | ) | | |
| 8  Net short-term gain or (loss). Combine columns (f) and (g) of line 7 . . . . | | | 8 | | |

## Part II  Long-Term Capital Gains and Losses—Assets Held More Than One Year
**9a  Stocks, Bonds, Other Securities, and Real Estate. Include Form 1099-B and 1099-S Transactions. See Instructions.**

| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| 110  common share of LIN Broadcasting Corp. | 1-3-88 | 3-5-90 | $14,592 10 | $7,205 00 | | 9,387 10 |
|  |  |  |  |  |  |  |
| 122  common share of LIN Broadcasting Corp. | 1-3-88 | 11-29-90 | $11,721 27 | $7,991 00 | | 3,730 27 |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| 9b  Amounts from Schedule D-1, line 9b (attach Schedule D-1) . | | | ← | | | |
| 9c  Total of All Sales Price Amounts. Add column (d) of lines 9a and 9b . . ▶ 9c | | | $28,313 37 | | | |

9d  Other Transactions (Do NOT include real estate transactions from Forms 1099-S. Report them on line 9a.)

| | | | | | | |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

| | | | | | |
|---|---|---|---|---|---|
| 10  Long-term gain from sale or exchange of your home from Form 2119, line 10 or 14c. | 10 | | | | |
| 11  Long-term gain from installment sales from Form 6252, line 22 or 30 . . . . | 11 | | | | |
| 12  Net long-term gain or (loss) from partnerships, S corporations, and fiduciaries . | 12 | | | | |
| 13  Capital gain distributions . . . . . . . . . . . . . . . . . | 13 | | | | |
| 14  Gain from Form 4797, line 7 or 9 . . . . . . . . . . . . . . | 14 | | | | |
| 15  Long-term capital loss carryover from 1989 Schedule D, line 36 . . . . . | 15 | | | | |
| 16  Add lines 9a, 9b, 9d, and 10 through 15, in columns (f) and (g) . . . . . | 16 | ( | ) | | |
| 17  Net long-term gain or (loss). Combine columns (f) and (g) of line 16. . . . | | | 17 | $13,117 37 | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.    Schedule D (Form 1040) 1990

TH461

Schedule D (Form 1040) 1990            Attachment Sequence No. 12A      Page 2

| Name(s) shown on Form 1040. (Do not enter name and social security number if shown on other side.) | Your social security number |
|---|---|
| DAVID M. NASEMAN and TOSUL HARDING | |

## Part III   Summary of Parts I and II

| | | | |
|---|---|---|---|
| 18 | Combine lines 8 and 17, and enter the net gain or (loss) here. If the result is a gain, stop here and also enter the gain on Form 1040, line 13 . . . . . . . . . . . . . . . | 18 | 13, 117 37 |
| 19 | If line 18 is a (loss), enter here and as a (loss) on Form 1040, line 13, the smaller of: | | |
| a | The (loss) on line 18; or | | |
| b | ($3,000) or, if married filing a separate return, ($1,500) . . . . . . . . . . | 19 | ( ) |
| | Note: *When figuring whether line 19a or 19b is smaller, treat both numbers as if they were positive.* Go on to Part IV if the loss on line 18 is more than $3,000 ($1,500, if married filing a separate return), OR if taxable income on Form 1040, line 37, is zero. | | |

## Part IV   Capital Loss Carryovers from 1990 to 1991

### Section A.—Carryover Limit

| | | | |
|---|---|---|---|
| 20 | Enter taxable income from Form 1040, line 37. (If Form 1040, line 37 is zero, see instructions for amount to enter.) | 20 | |
| | Note: *For lines 21 through 36, enter all amounts as positive numbers.* | | |
| 21 | Enter the loss on line 19 . . . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | Enter the amount on Form 1040, line 36 . . . . . . . . . . . . . . . | 22 | |
| 23 | Combine lines 20, 21, and 22. If zero or less, enter -0- . . . . . . . . . . | 23 | |
| 24 | Carryover Limit. Enter the smaller of line 21 or line 23 . . . . . . . . . . | 24 | |

### Section B.—Short-Term Capital Loss Carryover to 1991
(Complete this section only if there is a loss on both line 8 and line 19. Otherwise, go on to Section C.)

| | | | | |
|---|---|---|---|---|
| 25 | Enter the loss on line 8 . . . . . . . . . . . . . | | 25 | |
| 26 | Enter the gain, if any, on line 17 . . . . . . . . . | 26 | | |
| 27 | Enter the amount on line 24 . . . . . . . . . . . | 27 | | |
| 28 | Add lines 26 and 27 . . . . . . . . . . . . . . . | | 28 | |
| 29 | Short-term capital loss carryover to 1991. Subtract line 28 from line 25. If zero or less, enter -0- . | | 29 | |

### Section C.—Long-Term Capital Loss Carryover to 1991
(Complete this section only if there is a loss on both line 17 and line 19.)

| | | | | |
|---|---|---|---|---|
| 30 | Enter the loss on line 17 . . . . . . . . . . . . | | 30 | |
| 31 | Enter the gain, if any, on line 8 . . . . . . . . . | | 31 | |
| 32 | Enter the amount on line 24 . . . . . . . . . . . | 32 | | |
| 33 | Enter the amount, if any, on line 25 . . . . . . . | 33 | | |
| 34 | Subtract line 33 from line 32. If zero or less, enter -0- . . . . . | | 34 | |
| 35 | Add lines 31 and 34 . . . . . . . . . . . . . . . | | 35 | |
| 36 | Long-term capital loss carryover to 1991. Subtract line 35 from line 30. If zero or less, enter -0- . | | 36 | |

## Part V   Election Not to Use the Installment Method (Complete this part only if you elect out of the installment method and report a note or other obligation at less than full face value.)

| | | |
|---|---|---|
| 37 | Check here if you elect out of the installment method . . . . . . . . . . . . . ► ☐ | |
| 38 | Enter the face amount of the note or other obligation . . . . . . . . . . . . . ► | |
| 39 | Enter the percentage of valuation of the note or other obligation . . . . . . . . ► | |

## Part VI   Reconciliation of Forms 1099-B for Bartering Transactions
(Complete this part if you received one or more Forms 1099-B or substitute statements reporting bartering income.)

| | | Amount of bartering income from Form 1099-B or substitute statement reported on form or schedule |
|---|---|---|
| 40 | Form 1040, line 22 . . . . . . . . . . . . . . . . . . . . . . . . 40 | |
| 41 | Schedule C (Form 1040) . . . . . . . . . . . . . . . . . . . . . . 41 | |
| 42 | Schedule D (Form 1040) . . . . . . . . . . . . . . . . . . . . . . 42 | |
| 43 | Schedule E (Form 1040) . . . . . . . . . . . . . . . . . . . . . . 43 | |
| 44 | Schedule F (Form 1040) . . . . . . . . . . . . . . . . . . . . . . 44 | |
| 45 | Other form or schedule (identify) (If nontaxable, indicate reason—attach additional sheets if necessary): | |
| | ------------------------------------------------------------ | |
| | ------------------------------------------------------------ 45 | |
| | ------------------------------------------------------------ | |
| 46 | Total (add lines 40 through 45) . . . . . . . . . . . . . . . . . . . 46 | |
| | Note: *The amount on line 46 should be the same as the total bartering income on all Forms 1099-B and substitute statements received for bartering transactions.* | |

*U.S. GPO: 1990-265-187

TH462