# EXHIBIT 1

Mortgage Financing Made Simple — _friend Banker_

— Thaddeus White

1/18/06 — Mercia Naseman
480 – 766 – 1750
480 – 275 – 7682

Gary Silverman, atty for snn
Reno, Nevada

$2.8 million in Shearson a/c
3 sets of 1990 tax return
$1.3 million income
$5.5 million income

Christina Hamilton
Father Brunton — St. Anne's Lenox

— back with Andrea   Nevada
3-4/1993 divorce

1992 – tubes
Jan 1993

Compliments of
**RON MILLER**
917.887.6703
Classic Mortgage

The Graybar Building
420 Lexington Ave.
New York, NY 10170

cookstreet@earthlink.net
Licensed Mortgage Bankers NY/NJ/CT/FL/PA

— $91K loaned to...
25 East Spring Valley Ave.
Maywood, NJ 07607
— surgery
— ring

TH4011

# EXHIBIT 2



TH955

# EXHIBIT 3

Form **1040** Department of the Treasury—Internal Revenue Service

**U.S. Individual Income Tax Return** **1990** (99)

For the year Jan.–Dec. 31, 1990, or other tax year beginning ____, 1990, ending ____, 19__ | OMB No. 1545-0074

**Label**
(See Instructions on page 8.)

Use IRS label. Otherwise, please print or type.

Your first name and initial: **David M.**  Last name: **Naseman**

If a joint return, spouse's first name and initial: **Tohl**  Last name: **Harding**

Home address (number and street). (If you have a P.O. box, see page 9.): **425 East 51st Street**  Apt. no. **5A-6A**

City, town or post office, state, and ZIP code. (If you have a foreign address, see page 9.): **New York, New York 10022**

Your social security number:

Spouse's social security number:

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

**Presidential Election Campaign** (See page 9.)
Do you want $1 to go to this fund? — **X** Yes — No
If joint return, does your spouse want $1 to go to this fund? — **X** Yes — No

Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status**
Check only one box.

1 ☐ Single. (See page 10 to find out if you can file as head of household.)
2 ☒ Married filing joint return (even if only one had income).
3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ►
4 ☐ Head of household (with qualifying person). (See page 10.) If the qualifying person is your child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) with dependent child (year spouse died ► 19__). (See page 10.)

**Exemptions** (See Instructions on page 10.)

6a ☒ Yourself  If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2.
b ☒ Spouse

No. of boxes checked on 6a and 6b ◄

c Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 2 | (3) If age 2 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1990 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than 6 dependents, see Instructions on page 11.

No. of your children on 6c who:
• lived with you
• didn't live with you due to divorce or separation (see page 11)

No. of other dependents on 6c

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ► ☐
e Total number of exemptions claimed

Add numbers entered on lines above ►

**Income**

Attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 8.

Attach check or money order on top of any Forms W-2, W-2G, or W-2P.

7 Wages, salaries, tips, etc. (attach Form(s) W-2) | 7 | 5,329,791
8a Taxable interest income (also attach Schedule B if over $400) | 8a | 214,576
b Tax-exempt interest income (see page 13). DON'T include on line 8a | 8b |
9 Dividend income (also attach Schedule B if over $400) | 9 | 4,236
10 Taxable refunds of state and local income taxes, if any, from worksheet on page 14 | 10 |
11 Alimony received | 11 |
12 Business income or (loss) (attach Schedule C) | 12 |
13 Capital gain or (loss) (attach Schedule D) | 13 | 73,117
14 Capital gain distributions not reported on line 13 (see page 14) | 14 |
15 Other gains or (losses) (attach Form 4797) | 15 |
16a Total IRA distributions | 16a | ... 16b Taxable amount (see page 14) | 16b |
17a Total pensions and annuities | 17a | ... 17b Taxable amount (see page 14) | 17b |
18 Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 18 |
19 Farm income or (loss) (attach Schedule F) | 19 |
20 Unemployment compensation (insurance) (see page 16) | 20 |
21a Social security benefits | 21a | ... 21b Taxable amount (see page 16) | 21b |
22 Other income (list type and amount—see page 16) | 22 |
23 Add the amounts shown in the far right column for lines 7 through 22. This is your total income ► | 23 | 5,541,728

**Adjustments to Income**

(See Instructions on page 17.)

24a Your IRA deduction, from applicable worksheet on page 17 or 18 | 24a |
b Spouse's IRA deduction, from applicable worksheet on page 17 or 18 | 24b |
25 One-half of self-employment tax (see page 18) | 25 |
26 Self-employed health insurance deduction, from worksheet on page 18 | 26 |
27 Keogh retirement plan and self-employed SEP deduction | 27 |
28 Penalty on early withdrawal of savings | 28 |
29 Alimony paid. Recipient's SSN ► | 29 |
30 Add lines 24a through 29. These are your total adjustments ► | 30 |

**Adjusted Gross Income**

31 Subtract line 30 from line 23. This is your adjusted gross income. If this amount is less than $20,264 and a child lived with you, see page 23 to find out if you can claim the "Earned income Credit" on line 57 | 31 | 5,541,728

David Naseman Exhibit No. ____ Date 1/17/06 Kristen L. Wunsch, RPR

Form 1040 (1990)

Page 2

| | | | | |
|---|---|---|---|---|
| **Tax Computation** | 32 | Amount from line 31 (adjusted gross income) | 32 | 5,561,728 19 |
| If you want IRS to figure your tax, see instructions on page 19. | 33a | Check if: ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind. | | |
| | | Add the number of boxes checked above and enter the total here ▶ 33a | | |
| | b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | | |
| | c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 19 and check here ▶ 33c ☐ | | |
| | 34 | Enter the larger of: • Your standard deduction (from the chart or worksheet) on page 20 that applies to you), OR • Your itemized deductions (from Schedule A, line 27). If you itemize, attach Schedule A and check here . ▶ ☒ | 34 | 643,143 17 |
| | 35 | Subtract line 34 from line 32 | 35 | 4,918,565 02 |
| | 36 | Multiply $2,050 by the total number of exemptions claimed on line 6e | 36 | 4,100 00 |
| | 37 | Taxable income. Subtract line 36 from line 35. (If line 36 is more than line 35, enter -0-.) | 37 | 4,914,465 02 |
| | 38 | Enter tax. Check if from: a ☐ Tax Table, b ☒ Tax Rate Schedules, or c ☐ Form 8615 (see page 21) (If any is from Form(s) 8814, enter that amount here ▶ d ___) | 38 | 1,377,198 20 |
| | 39 | Additional taxes (see page 21). Check if from: a ☐ Form 4970  b ☐ Form 4972 | 39 | 00 |
| | 40 | Add lines 38 and 39 ▶ | 40 | 1,377,198 20 |
| **Credits** (See Instructions on page 21.) | 41 | Credit for child and dependent care expenses (attach Form 2441) | 41 | |
| | 42 | Credit for the elderly or the disabled (attach Schedule R) | 42 | |
| | 43 | Foreign tax credit (attach Form 1116) | 43 | |
| | 44 | General business credit. Check if from: a ☐ Form 3800 or  b ☐ Form (specify) ___ | 44 | |
| | 45 | Credit for prior year minimum tax (attach Form 8801) | 45 | |
| | 46 | Add lines 41 through 45 | 46 | 00 |
| | 47 | Subtract line 46 from line 40. (If line 46 is more than line 40, enter -0-.) ▶ | 47 | 1,377,198 20 |
| **Other Taxes** | 48 | Self-employment tax (attach Schedule SE) | 48 | |
| | 49 | Alternative minimum tax (attach Form 6251) | 49 | |
| | 50 | Recapture taxes (see page 22). Check if from: a ☐ Form 4255  b ☐ Form 8611 | 50 | |
| | 51 | Social security tax on tip income not reported to employer (attach Form 4137) | 51 | |
| | 52 | Tax on an IRA or a qualified retirement plan (attach Form 5329) | 52 | |
| | 53 | Advance earned income credit payments from Form W-2 | 53 | |
| | 54 | Add lines 47 through 53. This is your total tax ▶ | 54 | 1,377,198 20 |
| **Payments** Attach Forms W-2, W-2G, and W-2P to front. | 55 | Federal income tax withheld (if any is from Form(s) 1099, check ▶ ☐). | 55 | 1,116,424 46 |
| | 56 | 1990 estimated tax payments and amount applied from 1989 return | 56 | |
| | 57 | Earned income credit (see page 23) | 57 | |
| | 58 | Amount paid with Form 4868 (extension request) | 58 | |
| | 59 | Excess social security and RRTA tax withheld (see page 24) | 59 | |
| | 60 | Credit for Federal tax on fuels (attach Form 4136) | 60 | |
| | 61 | Regulated investment company credit (attach Form 2439) | 61 | |
| | 62 | Add lines 55 through 61. These are your total payments ▶ | 62 | 1,116,424 46 |
| **Refund or Amount You Owe** | 63 | If line 62 is more than line 54, enter amount OVERPAID | 63 | |
| | 64 | Amount of line 63 to be REFUNDED TO YOU | 64 | |
| | 65 | Amount of line 63 to be APPLIED TO YOUR 1991 ESTIMATED TAX ▶ 65 ☐ | | |
| | 66 | If line 54 is more than line 62, enter AMOUNT YOU OWE. Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1990 Form 1040" on it. | 66 | 260,573 74 |
| | 67 | Estimated tax penalty (see page 25) . . . . 67 | | 00 |

**Sign Here**
Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| Daniel M. Freeman | 4-14-91 | Attorney-at-Law |
| Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation |
| Sehl Harding | 4-14-91 | Vice President & General Counsel |

**Paid Preparer's Use Only**

| Preparer's signature | | Date | | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|---|---|
| Firm's name (or yours if self-employed) and address | | | | E.I. No. | |
| | | | | ZIP code | |

*U.S. Government Printing Office: 1990 — 266-C

TH241

| 3 Employer's ID # 13-3247448 | 4 Employer's state ID # | 5 Employee's social sec. # | 6 Advance EIC payment 0.00 | 9 Federal income tax withheld 23,092.82 | Copy B for Employee Federal Tax Return |
| 6 Statutory employee | 7 Allocated tips 0.00 | | 10 Wages, tips, other comp. 150,253.43 | 11 Social sec. tax withheld 3,924.45 | 12 Social security wages 51,300.00 |
| 2 Employer's name, address and ZIP code | | | 13 Social security tips 0.00 | 14 Nonqualified plans 0.00 | 15 Dependent care benefits 0.00 |
| INFO SOLUTIONS 4 WEST RED OAK LANE WHITE PLAINS NY 10604 | | | 16 Fringe benefits incl. in Box 10 455.00 | 17 Codes explained in boxes | |
| | | | 18 Other | 0.00 0.00 0.00 0.00 | E - 1,464.21 D - 7,979.00 0.00 |
| 13 Employee's name, address and ZIP code    BBON31290107 | | | 24 State income tax 10,661.23 | 25 State wages, tips, etc. 150,253.43 | 26 Name of State NEW YORK |
| TOEHL HARDING 425 EAST 51ST APT 5A NEW YORK NY 10022 | | | 27 Local income tax 5,221.39 | 28 Local wages, tips, etc. 150,171.97 | 29 Name of locality NEW YORK CITY |
| | | | Local income tax | Local wages, tips, etc. | Name of locality |

FORM W-2 Wage and Tax Statement    16-0331690    This information is being furnished to the Internal Revenue Service    OMB 1545-0008 YEAR 1990    FOLD, TEAR ON PERF

| 1 Control Number 000205 ADH 34 | | 6 Stat Emp/Deceased/Pension plan/Legal rep./942 emp./Deferred comp. X | 10 Wages, tips, other comp. 5,186,058.75 | 14 Nonqualified plans | 18 Other |
| W-2 Federal Filing Copy | | | | | |
| 3 Employer's ID number 62-0673690 | | 7 Allocated tips | 11 Social security tax 3,924.45 | 15 Dependent care benefits | |
| 4 Employer's state ID number 620673600 | | 8 Advance EIC payment | 13 Social security tips | 17 | 21 State income tax 396,740.32 |
| LIN BROADCASTING 1370 AVE OF THE AMERICAS NEW YORK NY 10019 | | 9 Federal income tax 1,039,451.64 | 12 Social security wages 51,300.00 | 18 Employer's name, address and ZIP code DAVID NASEMAN 425 EAST 51ST NEW YORK NY 10022 | 25 State wages, tips, etc. 5,186,058.75 |

| DAVID M. NASEMAN 1370 AVENUE OF THE AMERICAS NEW YORK, NY 10019 212 - 752 - 9617 | 159 April 14, 19 91   1-182/285 |
|---|---|
| PAY TO THE ORDER OF  Internal Revenue Service | $ 160,573.⁹⁰ |
| One Hundred Sixty Thousand Five Hundred Seventy three ⁹⁰/100   DOLLAR | |
| Republic National Bank of New York WORLD HEADQUARTERS 452 FIFTH AVENUE NEW YORK, N.Y. 10018 | |
| MEMO  1990  Form  1040    David M. Naseman | |

⑆026004828⑆  318188309⑈  0159



D. Naseman
425 E. 51st St.
Apt. 5A-6A
New York, N.Y. 10022

INTERNAL REVENUE SERVICE CENTER
Holtsville, New York 00501-0002

**SCHEDULES A&B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (P)

# Schedule A—Itemized Deductions
### (Schedule B is on back)
► Attach to Form 1040. ► See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

**1990**
Attachment
Sequence No. **07**

Name(s) as shown on Form 1040

DAVID M. NASCMAN and TOENL HARDING

Your social security number

| | | | | | | |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: *Do not include expenses reimbursed or paid by others.* | | | | |
| | 1 | Medical and dental expenses. (See page 27 of the Instructions.) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 32 ⌐ 2 ⌐ | | | | |
| | 3 | Multiply the amount on line 2 by 7.5% (.075). Enter the result | 3 | | | |
| | 4 | Subtract line 3 from line 1. Enter the result. If less than zero, enter -0- ► | 4 | | | 0 |
| **Taxes You Paid** (See Instructions on page 27.) | 5 | State and local income taxes | 5 | 100,445 | 03 | |
| | 6 | Real estate taxes | 6 | 11,533 | 75 | |
| | 7 | Other taxes. (List—include personal property taxes.) ► Mass. Tax on Automobiles & Personal Property | 7 | 3,012 | 49 | |
| | 8 | Add the amounts on lines 5 through 7. Enter the total ► | 8 | 614,991 | 2 | |
| **Interest You Paid** (See Instructions on page 27.) | 9a | Deductible home mortgage interest paid to financial institutions and reported to you on Form 1098. Report deductible points on line 10 | 9a | 7,782 | 75 | |
| | b | Other deductible home mortgage interest: (If paid to an individual, show that person's name and address.) ► | | | | |
| | | | 9b | | | |
| | 10 | Deductible points. (See Instructions for special rules.) | 10 | | | |
| | 11 | Deductible investment interest (attach Form 4952 if required). (See page 28.) | 11 | | | |
| | 12a | Personal interest you paid. (See page 28.) ⌐ 12a ⌐ | | | | |
| | b | Multiply the amount on line 12a by 10% (.10). Enter the result | 12b | | | |
| | 13 | Add the amounts on lines 9a through 11, and 12b. Enter the total ► | 13 | 7,782 | 7 | |
| **Gifts to Charity** (See Instructions on page 29.) | | Caution: *If you made a charitable contribution and received a benefit in return, see page 29 of the Instructions.* | | | | |
| | 14 | Contributions by cash or check | 14 | 19,889 | 15 | |
| | 15 | Other than cash or check. (You MUST attach Form 8283 if over $500.) | 15 | 500 | 00 | |
| | 16 | Carryover from prior year | 16 | | | |
| | 17 | Add the amounts on lines 14 through 16. Enter the total ► | 17 | 20,389 | 1 | |
| **Casualty and Theft Losses** | 18 | Casualty or theft loss(es) (attach Form 4684). (See page 29 of the Instructions.) ► | 18 | | | 0 |
| **Moving Expenses** | 19 | Moving expenses (attach Form 3903 or 3903F). (See page 30 of the Instructions.) ► | 19 | | | 0 |
| **Job Expenses and Most Other Miscellaneous Deductions** (See Instructions on page 30 for expenses to deduct here.) | 20 | Unreimbursed employee expenses—job travel, union dues, job education, etc. (You MUST attach Form 2106 if required. See Instructions.) ► | 20 | | | |
| | 21 | Other expenses (investment, tax preparation, safe deposit box, etc.). List type and amount ► | 21 | | | |
| | 22 | Add the amounts on lines 20 and 21. Enter the total | 22 | | | |
| | 23 | Enter amount from Form 1040, line 32 ⌐ 23 ⌐ | | | | |
| | 24 | Multiply the amount on line 23 by 2% (.02). Enter the result | 24 | | | |
| | 25 | Subtract line 24 from line 22. Enter the result. If less than zero, enter -0- ► | 25 | | | 0 |
| **Other Miscellaneous Deductions** | 26 | Other (from list on page 30 of Instructions). List type and amount ► | 26 | | | 0 |
| **Total Itemized Deductions** | 27 | Add the amounts on lines 4, 8, 13, 17, 18, 19, 25, and 26. Enter the total here. Then enter on Form 1040, line 34, the LARGER of this total or your standard deduction from page 20 of the Instructions ► | 27 | 643,163 | 1 | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule A (Form 1040) 19

TH244

Schedules A&B (Form 1040) 1990

Name(s) shown on Form 1040. (Do not enter name and social security number if shown on other side.)    OMB No. 1545-0074    Pag

DAVID M. NASEMAN and TRINI HARDING    Your social security number

## Schedule B—Interest and Dividend Income

Attachment Sequence No. I

| Part I Interest Income (See Instructions on pages 13 and 30.) | If you received more than $400 in taxable interest income, or you are claiming the exclusion of interest fr series EE U.S. savings bonds issued after 1989 (see page 31), you must complete Part I. List ALL interest rece in Part I. If you received more than $400 in taxable interest income, you must also complete Part III. If you receiv as a nominee, interest that actually belongs to another person, or you received or paid accrued interest securities transferred between interest payment dates, see page 31. | | |

| | Interest Income | | Amount |
|---|---|---|---|
| 1 | Interest income. (List name of payer—if any interest income is from seller-financed mortgages, see instructions and list that interest first.) ▶ | | |
| | Republic National Bank of New York | | 160,073 |
| | Republic National Bank of New York | | 54,502 |
| | | 1 | |
| 2 | Add the amounts on line 1. Enter the total | 2 | 214,576 |
| 3 | Enter the excludable savings bond interest, if any, from Form 8815, line 14. Attach Form 8815 to Form 1040 | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | 214,576 |

**Note: If you received a Form 1099-INT, 1099-OID, or substitute statement, from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.**

| Part II Dividend Income (See Instructions on pages 13 and 31.) | If you received more than $400 in gross dividends and/or other distributions on stock, you must complete Part and III. If you received, as a nominee, dividends that actually belong to another person, see page 31. | | |

| | Dividend Income | | Amount |
|---|---|---|---|
| 5 | Dividend income. (List name of payer—include on this line capital gain distributions, nontaxable distributions, etc.) ▶ | | |
| | Merrill Lynch Pierce Fenner & Smith | | 3,459 |
| | LIN Broadcasting Corporation | | 1,870 |
| | | 5 | |
| 6 | Add the amounts on line 5. Enter the total | 6 | 5,330 |
| 7 | Capital gain distributions. Enter here and on Schedule D* | 7 | |
| 8 | Nontaxable distributions. (See the inst. for Form 1040, line 9.) | 8 | 1,093 |
| 9 | Add the amounts on lines 7 and 8. Enter the total | 9 | 1,093 |
| 10 | Subtract line 9 from line 6. Enter the result here and on Form 1040, line 9 ▶ | 10 | 4,236 |

**Note: If you received a Form 1099-DIV, or substitute statement, from a brokerage firm, list the firm's name as the payer and enter the total dividends shown on that form.**

*If you received capital gain distributions but do not need Schedule D to report any other gains or losses, see Instructions for Form 1040, lines 13 and 14.

| Part III Foreign Accounts and Foreign Trusts (See Instructions on page 31.) | If you received more than $400 of interest or dividends, OR if you had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must answer both questions in Part III. | Yes | N |
|---|---|---|---|
| 11a | At any time during 1990, did you have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See page 31 of the instructions for exceptions and filing requirements for Form TD F 90-22.1.) | | |
| b | If "Yes," enter the name of the foreign country ▶ | | |
| 12 | Were you the grantor of, or transferor to, a foreign trust that existed during 1990, whether or not you have any beneficial interest in it? If "Yes," you may have to file Form 3520, 3520-A, or 926 | | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.    Schedule B (Form 1040) 19

*U.S. Government Printing Office: 1990 — 265-058

TH245

 **Republic National Bank of New York**
452 Fifth Avenue • New York, New York 10018
MEMBER FDIC
E.I.N. NO. 13-2774727

1990
FORM 1099 — INT.

RECIPIENT'S ID. NO.

R-031
DAVID M NASEMAN
TOEHL HARDING
425 EAST 51ST ST
APT 5A
NEW YORK  NY  10022

### STATEMENT OF INTEREST INCOME---RETAIN FOR INCOME TAX PURPOSES

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Please read the instructions on the reverse side of this form and review the information listed below. Should you notice any error or discrepancies, please contact your branch or call us at (212) 944-9616 IMMEDIATELY.

| BR. NO. | ACCOUNT NUMBER | ACCOUNT TYPE | 1 INTEREST EARNED | 2 EARLY WITHDRAWAL PENALTY | 4 FEDERAL INCOME TAXES WITHHELD |
|---------|----------------|--------------|-------------------|----------------------------|----------------------------------|
| 031 | 318181371 | IMDA | 54,502.61 | 0.00 | 0.00 |
| | | **TOTALS** | 54,502.61 | 0.00 | 0.00 |

SUBSTITUTE FORM 1099-INT.
U.S. TREASURY DEPT.
INTERNAL REVENUE SERVICE
OMB NO. 1545-0112

TH246

 **Republic National Bank of New York**
452 Fifth Avenue • New York, New York 10018
MEMBER FDIC
E.I.N. NO.13—2774727

1990
FORM 1099 — INT.

RECIPIENT'S I.D. NO.

R-031
DAVID NASEMAN
C/O LIN BROADCASTING
1370 AVENUE OF THE AMERICAS
32ND FLOOR
NEW YORK NY 10019

## STATEMENT OF INTEREST INCOME---RETAIN FOR INCOME TAX PURPOSES

This is important tax information and is being furnished to the Internal Revenue Service. If you
are required to file a return, a negligence penalty or other sanction will be imposed on you if
this income is taxable and the IRS determines that it has not been reported.

Please read the instructions on the reverse side of this form and review the information
listed below. Should you notice any error or discrepancies, please contact your branch or
call us at (212) 944-9616 IMMEDIATELY.

| BR. NO. | ACCOUNT NUMBER | ACCOUNT TYPE | 1 INTEREST EARNED | 2 EARLY WITHDRAWAL PENALTY | 4 FEDERAL INCOME TAXES WITHHELD |
|---|---|---|---|---|---|
| 031 | 318188309 | IMDA | 160,073.83 | 0.00 | 0.00 |
| | | TOTALS | 160,073.83 | 0.00 | 0.00 |

SUBSTITUTE FORM 1099-INT.
U.S. TREASURY DEPT.
INTERNAL REVENUE SERVICE
OMB NO. 1545-0112

RNBTA

TH247

 **Merrill Lynch**

**Tax Reporting Statement**

| ACCOUNT #<br>891-46551 | F/C #<br>1020 | PAGE #<br>1 | SS# OR TAX ID |
|---|---|---|---|

MS TOEHL HARDING
425 EAST 51 ST STREET APT 5 A
NEW YORK NY 10022-6449

1990 CONSOLIDATED TAX REPORTING STATEMENT
1099 FORMS

** 10022-6447

MERRILL LYNCH, PIERCE,
FENNER & SMITH, INC.
ONE LIBERTY PLAZA
165 BROADWAY
NEW YORK, NY 10080

FEDERAL IDENTIFYING NUMBER
13-5674085

CASH ACCOUNT
FOR SERVICE CALL:
1-800-ML-HELPS
1-800-654-3577

SUMMARY OF 1990 REPORTABLE ACTIVITY

### DIVIDENDS AND OTHER DISTRIBUTIONS
OMB NO. 1545-0110

1099-DIV

| | | AMOUNT |
|---|---|---|
| 1A | GROSS DIVIDENDS AND OTHER DISTRIBUTIONS ON STOCK......... | $3,459.90 * |
| 1B | ORDINARY DIVIDENDS................................ | $3,459.90 |
| 1C | CAPITAL GAIN DISTRIBUTIONS........................ | $0.00 |
| 1D | NON-TAXABLE DISTRIBUTIONS......................... | $0.00 |
| 1E | INVESTMENT EXPENSES INCLUDED IN LINE 1A........... | $0.00 |
| 2 | FEDERAL INCOME TAX WITHHELD....................... | $0.00 |
| 3 | FOREIGN TAX PAID.................................. | $0.00 |
| 4 | FOREIGN COUNTRY OR U.S. POSSESSION ~ | |
| 5 | LIQUIDATION DISTRIBUTIONS - CASH.................. | $0.00 |
| 6 | LIQUIDATION DISTRIBUTIONS - NON-CASH.............. | $0.00 |

* LINE 1A IS THE SUM OF LINES 1B, 1C, 1D AND 1E. FOR MORE INFORMATION
REGARDING THIS AMOUNT, PLEASE REFER TO THE MERRILL LYNCH BOOKLET ENTITLED
"AN EXPLANATION OF YOUR CONSOLIDATED 1990 TAX REPORTING STATEMENT"

### INTEREST INCOME
OMB NO. 1545-0112

1099-INT

| | | AMOUNT |
|---|---|---|
| 1 | INTEREST ON BONDS AND CERTIFICATES OF DEPOSIT........... | $0.00 * |
| 2 | EARLY WITHDRAWAL PENALTY............................... | $0.00 |
| 3 | U.S. SAVINGS BONDS, ETC................................ | $0.00 * |
| 4 | FEDERAL INCOME TAX WITHHELD............................ | $0.00 |
| 5 | FOREIGN TAX PAID...................................... | $0.00 |
| 6 | FOREIGN COUNTRY OR U.S. POSSESSION ~ | |

* YOUR TOTAL REPORTABLE INTEREST IS THE SUM OF LINES 1 AND 3.
* INVESTMENT EXPENSES INCLUDED IN LINE 1....................... | $0.00

### ORIGINAL ISSUE DISCOUNT
OMB NO. 1545-0117

1099-OID

| | | AMOUNT |
|---|---|---|
| 1 | TOTAL ORIGINAL ISSUE DISCOUNT(FOR 1990)................. | $0.00 *1 |
| 3 | EARLY WITHDRAWAL PENALTY............................... | $0.00 |

** FOR MORE INFORMATION REGARDING THIS AMOUNT,
PLEASE REFER TO THE MERRILL LYNCH BOOKLET ENTITLED
"AN EXPLANATION OF YOUR CONSOLIDATED 1990 TAX REPORTING STATEMENT" **

### GROSS PROCEEDS FROM DISPOSITIONS OF SECURITIES
OMB NO. 1545-0715

1099-B

| | | AMOUNT |
|---|---|---|
| 2 | GROSS PROCEEDS LESS COMMISSIONS........................ | $0.00 |
| 4 | FEDERAL INCOME TAX WITHHELD............................ | $0.00 |

—000004244

This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a
return, a negligence penalty or other sanctions will be imposed on you if any of this income is taxable and the IRS
determines that it has not been reported.

PAYER'S name, street address, city, state, and ZIP code

LIN BROADCASTING CORPORATION
C/O BANK OF AMERICA, N.T. & SA
BOX 35802 - DEPT #9016
SAN FRANCISCO CA 94137

| | |
|---|---|
| PAYER'S Federal identification number | RECIPIENT'S identification number |
| 91-1379052 | |

RECIPIENT'S name and address

DAVID M NASSEMAN
451 E 51 ST APT 5A
NEW YORK NY 10022

Account number (optional)

C9802 29235

Form 1099-DIV

| | |
|---|---|
| **1a** Gross dividends and other distributions on stock (Total of 1b, 1c, 1d and 1e) $ 1,870.26 | OMB No. 1545-0110 |
| **1b** Ordinary dividend $ 777.09 | **19 90** |
| | Statement for Recipients of |
| **1c** Capital gain distributions $ 0.00 | **1d** Nontaxable distributions $ 1093.17 |
| **1e** Investment expenses $ 0.00 | **2** Federal income tax withheld $ 0.00 |
| **3** Foreign tax paid $ 0.00 | **4** Foreign country or U.S. possession |
| **Liquidation Distributions** | |
| **5** Cash $ | **6** Noncash (Fair market value) $ |

Dividends and Distributions

Copy B
For Recipient
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Department of the Treasury – Internal Revenue Service

TH249

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (0)

**Capital Gains and Losses**
**(And Reconciliation of Forms 1099-B for Bartering Transactions)**
► Attach to Form 1040.    ► See Instructions for Schedule D (Form 1040).
► For more space to list transactions for lines 2a and 9a, get Schedule D-1 (Form 1040).

OMB No. 1545-0074

**1990**

Attachment
Sequence No. 12

Name(s) shown on Form 1040

DAVID  M.  Nassman  and  Toehl  Harding

Your social security number

**1** Enter the total sales of stocks, bonds, other securities, and real estate transactions reported to you for 1990 on Forms 1099-B and 1099-S (or on substitute statements). If this total is not the same as the total of lines 2c and 9c, column (d), attach a statement explaining the difference. (Do not include on this line amounts from Form 1099-S if you reported them on another form or schedule.) See Instructions for line 1 . . . . ▶ | 1 |

**Part I  Short-Term Capital Gains and Losses—Assets Held One Year or Less**

| (a) Description of property (Example, 100 shares 7% preferred of "Z" Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see Instructions) | (e) Cost or other basis (see Instructions) | (f) LOSS If (e) is more than (d), subtract (d) from (e) | (g) GAIN If (d) is more than (e), subtract (e) from (d) |
|---|---|---|---|---|---|---|
| **2a** Stocks, Bonds, Other Securities, and Real Estate. Include Form 1099-B and 1099-S Transactions. See Instructions. | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **2b** Amounts from Schedule D-1, line 2b (attach Schedule D-1) | | | | | | |
| **2c** Total of All Sales Price Amounts. Add column (d) of lines 2a and 2b . . . ▶ 2c | | | | | | |

**2d** Other Transactions (Do NOT include real estate transactions from Forms 1099-S. Report them on line 2a.)

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| **3** Short-term gain from sale or exchange of your home from Form 2119, line 10 or 14c . | **3** | | |
| **4** Short-term gain from installment sales from Form 6252, line 22 or 30 . . . . | **4** | | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, and fiduciaries . | **5** | | |
| **6** Short-term capital loss carryover from 1989 Schedule D, line 29 . . . . . | **6** | | |
| **7** Add lines 2a, 2b, 2d, and 3 through 6, in columns (f) and (g) . . . . . | **7** ( | ) | |
| **8** Net short-term gain or (loss). Combine columns (f) and (g) of line 7 . . . . | | **8** | |

**Part II  Long-Term Capital Gains and Losses—Assets Held More Than One Year**

**9a** Stocks, Bonds, Other Securities, and Real Estate. Include Form 1099-B and 1099-S Transactions. See Instructions.

| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| 110  common shares of LIN Broadcasting Corp. | 1-3-88 | 3-5-90 | $16,592 10 | $7,205 00 | | 9,387 10 |
| 122  common shares of LIN Broadcasting Corp. | 1-3-88 | 11-29-90 | $11,721 27 | $7,991 00 | | 3,730 27 |
| | | | | | | |
| | | | | | | |
| **9b** Amounts from Schedule D-1, line 9b (attach Schedule D-1) | | | — | | | |
| **9c** Total of All Sales Price Amounts. Add column (d) of lines 9a and 9b . . . ▶ 9c | | | $28,313 37 | | | |

**9d** Other Transactions (Do NOT include real estate transactions from Forms 1099-S. Report them on line 9a.)

| | | | |
|---|---|---|---|
| **10** Long-term gain from sale or exchange of your home from Form 2119, line 10 or 14c . | **10** | | |
| **11** Long-term gain from installment sales from Form 6252, line 22 or 30 . . . . | **11** | | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, and fiduciaries . | **12** | | |
| **13** Capital gain distributions . . . . . . . . . . . . . . | **13** | | |
| **14** Gain from Form 4797, line 7 or 9 . . . . . . . . . . . . | **14** | | |
| **15** Long-term capital loss carryover from 1989 Schedule D, line 36 . . . . . | **15** | | |
| **16** Add lines 9a, 9b, 9d, and 10 through 15, in columns (f) and (g) . . . . | **16** ( | ) | |
| **17** Net long-term gain or (loss). Combine columns (f) and (g) of line 16 . . . . | | **17** | $13,117 37 |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule D (Form 1040) 1990

TH250

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service  (0)

**Capital Gains and Losses**
**(And Reconciliation of Forms 1099-B for Bartering Transactions)**
▶ Attach to Form 1040.    ▶ See Instructions for Schedule D (Form 1040).
▶ For more space to list transactions for lines 2a and 9a, get Schedule D-1 (Form 1040).

OMB No. 1545-00

**1990**

Attachment
Sequence No. 1

Name(s) shown on Form 1040

David M. Nassman and Tochl Harding

Your social security number

**1** Enter the total sales of stocks, bonds, other securities, and real estate transactions reported to you for 1990 on Forms 1099-B and 1099-S (or on substitute statements). If this total is not the same as the total of lines 2c and 9c, column (d), attach a statement explaining the difference. (Do not include on this line amounts from Form 1099-S if you reported them on another form or schedule.) See Instructions for line 1 . . . . | **1**

**Part I    Short-Term Capital Gains and Losses—Assets Held One Year or Less**

| (a) Description of property (Example, 100 shares 7% preferred of "Z" Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) LOSS If (e) is more than (d), subtract (d) from (e) | (g) GAIN If (d) is more than (e) subtract (e) from ( |
|---|---|---|---|---|---|---|
| **2a** Stocks, Bonds, Other Securities, and Real Estate. Include Form 1099-B and 1099-S Transactions. See Instructions. | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **2b** Amounts from Schedule D-1, line 2b (attach Schedule D-1) . | | | | | | |
| **2c** Total of All Sales Price Amounts. Add column (d) of lines 2a and 2b . . . . ▶ 2c | | | | | | |

**2d** Other Transactions (Do NOT include real estate transactions from Forms 1099-S. Report them on line 2a.)

| | | | | | | |
|---|---|---|---|---|---|---|
| **3** Short-term gain from sale or exchange of your home from Form 2119, line 10 or 14c . | | **3** | | | | |
| **4** Short-term gain from installment sales from Form 6252, line 22 or 30 . | | **4** | | | | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, and fiduciaries . | | **5** | | | | |
| **6** Short-term capital loss carryover from 1989 Schedule D, line 29 . . . . | | **6** | | | | |
| **7** Add lines 2a, 2b, 2d, and 3 through 6, in columns (f) and (g) . | | **7** ( | ) | | | |
| **8** Net short-term gain or (loss). Combine columns (f) and (g) of line 7 . | | | **8** | | | |

**Part II    Long-Term Capital Gains and Losses—Assets Held More Than One Year**

| (a) Description of property | (b) Date acquired | (c) Date sold | (d) Sales price | (e) Cost or other basis | (f) LOSS | (g) GAIN |
|---|---|---|---|---|---|---|
| **9a** Stocks, Bonds, Other Securities, and Real Estate. Include Form 1099-B and 1099-S Transactions. See Instructions. | | | | | | |
| 110 common shares of LIN Broadcasting Corp | 1-3-88 | 3-5-90 | $16,592 10 | $7,205 00 | | 9,387 10 |
| 122 common shares of LIN Broadcasting Corp. | 1-3-88 | 11-29-90 | $11,721 27 | $7,991 00 | | 3,730 2 |
| **9b** Amounts from Schedule D-1, line 9b (attach Schedule D-1) . | | | — | | | |
| **9c** Total of All Sales Price Amounts. Add column (d) of lines 9a and 9b . . . ▶ 9c | | | $28,313 37 | | | |

**9d** Other Transactions (Do NOT include real estate transactions from Forms 1099-S. Report them on line 9a.)

| | | | | | | |
|---|---|---|---|---|---|---|
| **10** Long-term gain from sale or exchange of your home from Form 2119, line 10 or 14c. | | **10** | | | | |
| **11** Long-term gain from installment sales from Form 6252, line 22 or 30. . . . | | **11** | | | | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, and fiduciaries . | | **12** | | | | |
| **13** Capital gain distributions . . . . . . . . . . . . . . | | **13** | | | | |
| **14** Gain from Form 4797, line 7 or 9 . . . . . . . . . . . | | **14** | | | | |
| **15** Long-term capital loss carryover from 1989 Schedule D, line 36 . . . . | | **15** | | | | |
| **16** Add lines 9a, 9b, 9d, and 10 through 15, in columns (f) and (g) . . . . | | **16** ( | ) | | | |
| **17** Net long-term gain or (loss). Combine columns (f) and (g) of line 16 . . . . | | | **17** | $13,117 37 | | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule D (Form 1040) 199

TH251

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service   (0)

# Capital Gains and Losses
## (And Reconciliation of Forms 1099-B for Bartering Transactions)
► Attach to Form 1040.   ► See Instructions for Schedule D (Form 1040).
► For more space to list transactions for lines 2a and 9a, get Schedule D-1 (Form 1040).

OMB No. 1545-0074

**1990**

Attachment
Sequence No. 12

Name(s) shown on Form 1040    *David M. Nassman and Toehl Harding*

Your social security number

**1** Enter the total sales of stocks, bonds, other securities, and real estate transactions reported to you for 1990 on Forms 1099-B and 1099-S (or on substitute statements). If this total is not the same as the total of lines 2c and 9c, column (d), attach a statement explaining the difference. (Do not include on this line amounts from Form 1099-S if you reported them on another form or schedule.) See instructions for line 1 ... | 1 |

**Part I   Short-Term Capital Gains and Losses—Assets Held One Year or Less**

| (a) Description of property (Example, 100 shares 7% preferred of "Z" Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) LOSS If (e) is more than (d), subtract (d) from (e) | (g) GAIN If (d) is more than (e), subtract (e) from (d) |
|---|---|---|---|---|---|---|
| **2a Stocks, Bonds, Other Securities, and Real Estate. Include Form 1099-B and 1099-S Transactions. See Instructions.** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **2b** Amounts from Schedule D-1, line 2b (attach Schedule D-1). | | | | | | |
| **2c** Total of All Sales Price Amounts. Add column (d) of lines 2a and 2b. ► 2c | | | | | | |

**2d** Other Transactions (Do NOT include real estate transactions from Forms 1099-S. Report them on line 2a.)

| | | |
|---|---|---|
| **3** Short-term gain from sale or exchange of your home from Form 2119, line 10 or 14c . | 3 | |
| **4** Short-term gain from installment sales from Form 6252, line 22 or 30 . . . . . | 4 | |
| **5** Net short-term gain or (loss) from partnerships, S corporations, and fiduciaries . | 5 | |
| **6** Short-term capital loss carryover from 1989 Schedule D, line 29 . . . . . | 6 | |
| **7** Add lines 2a, 2b, 2d, and 3 through 6, in columns (f) and (g) . . . . | 7 | ( ) |
| **8** Net short-term gain or (loss). Combine columns (f) and (g) of line 7 . . . . . | 8 | |

**Part II   Long-Term Capital Gains and Losses—Assets Held More Than One Year**

**9a** Stocks, Bonds, Other Securities, and Real Estate. Include Form 1099-B and 1099-S Transactions. See Instructions.

| (a) | (b) | (c) | (d) | (e) | (f) | (g) |
|---|---|---|---|---|---|---|
| *110 common shares of LIN Broadcasting Corp* | *1-3-88* | *3-5-90* | *$16,592 10* | *$7,205 00* | | *9,387 1*  |
| *182 common shares of LIN Broadcasting Corp* | *1-3-88* | *11-29-90* | *$11,721 27* | *$7,991 00* | | *3,730 2* |
| | | | | | | |
| **9b** Amounts from Schedule D-1, line 9b (attach Schedule D-1). | | | ► | | | |
| **9c** Total of All Sales Price Amounts. Add column (d) of lines 9a and 9b . . . ► 9c | | | *$28,313 37* | | | |

**9d** Other Transactions (Do NOT include real estate transactions from Forms 1099-S. Report them on line 9a.)

| | | |
|---|---|---|
| **10** Long-term gain from sale or exchange of your home from Form 2119, line 10 or 14c. | 10 | |
| **11** Long-term gain from installment sales from Form 6252, line 22 or 30. . . . . | 11 | |
| **12** Net long-term gain or (loss) from partnerships, S corporations, and fiduciaries . | 12 | |
| **13** Capital gain distributions . . . . . . . . . . . . . . | 13 | |
| **14** Gain from Form 4797, line 7 or 9 . . . . . . . . . . . . | 14 | |
| **15** Long-term capital loss carryover from 1989 Schedule D, line 36 . . . . | 15 | ( ) |
| **16** Add lines 9a, 9b, 9d, and 10 through 15, in columns (f) and (g). . . . . | 16 | ( ) |
| **17** Net long-term gain or (loss). Combine columns (f) and (g) of line 16 . . . . | 17 | *$13,117 37* |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule D (Form 1040) 1990

TH252

Schedule D (Form 1040) 1990          Attachment Sequence No. **12A**     Page

Name(s) shown on Form 1040. (Do not enter name and social security number if shown on other side.)     Your social security number

DAVID M. NASSMAN and JOSHL HARDING

**Part III   Summary of Parts I and II**

| | | | | |
|---|---|---|---|---|
| 18 | Combine lines 8 and 17, and enter the net gain or (loss) here. If the result is a gain, stop here and also enter the gain on Form 1040, line 13 | 18 | 13,117 | 37 |
| 19 | If line 18 is a (loss), enter here and as a (loss) on Form 1040, line 13, the smaller of: | | | |
| a | The (loss) on line 18; or | | | |
| b | ($3,000) or, if married filing a separate return, ($1,500) | 19 | ( | |

Note: *When figuring whether line 19a or 19b is smaller, treat both numbers as if they were positive.*
Go on to Part IV if the loss on line 18 is more than $3,000 ($1,500, if married filing a separate return),
OR if taxable income on Form 1040, line 37, is zero.

**Part IV   Capital Loss Carryovers from 1990 to 1991**

**Section A.—Carryover Limit**

| | | | |
|---|---|---|---|
| 20 | Enter taxable income from Form 1040, line 37. (If Form 1040, line 37 is zero, see instructions for amount to enter.) | 20 | |
| | Note: *For lines 21 through 36, enter all amounts as positive numbers.* | | |
| 21 | Enter the loss on line 19 | 21 | |
| 22 | Enter the amount on Form 1040, line 36 | 22 | |
| 23 | Combine lines 20, 21, and 22. If zero or less, enter -0- | 23 | |
| 24 | Carryover Limit. Enter the smaller of line 21 or line 23 | 24 | |

**Section B.—Short-Term Capital Loss Carryover to 1991**
(Complete this section only if there is a loss on both line 8 and line 19. Otherwise, go on to Section C.)

| | | | | |
|---|---|---|---|---|
| 25 | Enter the loss on line 8 | | 25 | |
| 26 | Enter the gain, if any, on line 17 | 26 | | |
| 27 | Enter the amount on line 24 | 27 | | |
| 28 | Add lines 26 and 27 | | 28 | |
| 29 | Short-term capital loss carryover to 1991. Subtract line 28 from line 25. If zero or less, enter -0- | | 29 | |

**Section C.—Long-Term Capital Loss Carryover to 1991**
(Complete this section only if there is a loss on both line 17 and line 19.)

| | | | | |
|---|---|---|---|---|
| 30 | Enter the loss on line 17 | | 30 | |
| 31 | Enter the gain, if any, on line 8 | | 31 | |
| 32 | Enter the amount on line 24 | 32 | | |
| 33 | Enter the amount, if any, on line 25 | 33 | | |
| 34 | Subtract line 33 from line 32. If zero or less, enter -0- | | 34 | |
| 35 | Add lines 31 and 34 | | 35 | |
| 36 | Long-term capital loss carryover to 1991. Subtract line 35 from line 30. If zero or less, enter -0- | | 36 | |

**Part V   Election Not to Use the Installment Method** (Complete this part only if you elect out of the installment method and report a note or other obligation at less than full face value.)

| | | |
|---|---|---|
| 37 | Check here if you elect out of the installment method | ▶ ☐ |
| 38 | Enter the face amount of the note or other obligation | ▶ |
| 39 | Enter the percentage of valuation of the note or other obligation | ▶ |

**Part VI   Reconciliation of Forms 1099-B for Bartering Transactions**
(Complete this part if you received one or more Forms 1099-B or substitute statements reporting bartering income.)

| | | Amount of bartering income from Form 1099-B or substitute statement reported on form or schedule |
|---|---|---|
| 40 | Form 1040, line 22 | 40 |
| 41 | Schedule C (Form 1040) | 41 |
| 42 | Schedule D (Form 1040) | 42 |
| 43 | Schedule E (Form 1040) | 43 |
| 44 | Schedule F (Form 1040) | 44 |
| 45 | Other form or schedule (identify) (if nontaxable, indicate reason—attach additional sheets if necessary): | |
| | .................................................. | |
| | .................................................. | |
| | .................................................. | 45 |
| 46 | Total (add lines 40 through 45) | 46 |

Note: *The amount on line 46 should be the same as the total bartering income on all Forms 1099-B and substitute statements received for bartering transactions.*

*U.S. GPO 1990-263-18

DUE ON 03/05/1990   0-000   03/05/90

MMH HOLDINGS INC/LINN BROADCASTING
C/O CHEMICAL BANK
55 WATER ST. RM. 540
NEW YORK, NY. 10041   REF. RD X
203

PAYER'S Federal identification number   RECIPIENT'S identification number

DAVID M. NASEMAN
425 E 51ST ST
APT 6A
NEW YORK, NY 10022

Account number (optional)

☐ VOID   ☐ CORRECTED

PAYER'S name, street address, city, state, and ZIP code

LIN BROADCASTING CORPORATION
1370 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019

PAYER'S Federal identification number    RECIPIENT'S identification number
62-0673800

RECIPIENT'S name

DAVID NASEMAN

Street address
425 East 51st Street

City, state, and ZIP code
New York, New York 10022

Account number (optional)

Form 1099-MISC   15-0331890

| Box | Description | Amount |
|---|---|---|
| | Brokering | 16,952.10 |
| 3 | Federal income tax withheld | 0.00 |
| 4 | Description | MMH HOLDINGS INC/L |
| | | Regulated Futures Contracts |
| 5 | Profit or (loss) realized in 1990 | |
| 7 | Unrealized profit or (loss) on open contracts—12/31/90 | |
| 8 | Aggregate profit or (loss) | |

For Recipient
This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

Copy B
For Recipient

| 1 Rents | $ |
| 2 Royalties | $ |
| 3 Prizes, awards, etc. | $ |
| 4 Federal income tax withheld | $ |
| 5 Fishing boat proceeds | |
| 6 Medical and health care payments | $ |
| 7 Nonemployee compensation | $ 11,731.42 |
| 8 Substitute payments in lieu of dividends or interest | $ |
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ |
| 10 Crop insurance proceeds | $ |
| 11 State income tax withheld | $ |
| 12 State/Payer's state number | |

Statement for Recipients of

OMB No. 1545-0115

1990

Miscellaneous Income

Copy 1
For State Tax Department

Department of the Treasury · Internal Revenue Service

# EXHIBIT 4

New York State • Department of Taxation and Finance

# Resident Income Tax Return

New York State • City of New York • City of Yonkers

For the year Jan. 1 — Dec. 31, 1990, or fiscal tax year beginning _____, 1990, ending _____, 19___

**IT-20**

1990

For office use only

| | |
|---|---|
| Last name First name and middle initial (if joint return, enter both names) | Your social security number |
| NASIMAN, DAVID M. and HAADINE, TOEHL | |
| Mailing address (number and street or rural route) Apartment number | Spouse's social security number |
| 425 East 51st Street  5A-6A | |
| City, village or post office State ZIP code | New York State county of resider |
| New York, New York  10022 | New York |

In the space below, print or type your permanent home address within New York State if it is not the same as your mailing address above (see instructions, page 20).

School district name: MANHATTAN

Permanent home address (number and street or rural route) Apartment number — School district code number: 309

City, village or post office State ZIP code — If taxpayer is deceased, enter first name and date of death.
NY

**(A) Filing status** — check one box:
- ① Single
- ② [X] Married filing joint return (enter spouse's social security number above)
- ③ Married filing separate return (enter spouse's social security number above)
- ④ Head of household (with qualifying person)
- ⑤ Qualifying widow(er) with dependent child

Attach Copy 2 of wage and tax statements here.

**(B)** Did you itemize your deductions on your 1990 federal income tax return? ...... Yes [X] No ▯

**(C)** Can you be claimed as a dependent on another taxpayer's federal return? .. Yes ▯ No ▯

**(D)** If you use a paid preparer and do not want New York tax forms mailed to you next year, check box .... ▯

**(E)** Enter the number of exemptions claimed from your federal return, line 6e ..................... ▯ 2

Enter your income items and total adjustments exactly as they appear on your federal return (see instructions, page 10).

| | | | | |
|---|---|---|---|---|
| **Federal Income and Adjustments** | 1 Wages, salaries, tips, etc. | 1 | 5,329,797 | 3 |
| | 2 Taxable interest income | 2 | 214,576 | 4 |
| | 3 Dividend income | 3 | 54,236 | 9 |
| | 4 Taxable refunds of state and local income taxes (also enter on line 24 below) | 4 | | |
| | 5 Alimony received | 5 | | |
| | 6 Business income or (loss) (attach copy of federal Schedule C, Form 1040) | 6 | | |
| | 7 Capital gain or (loss) (attach copy of federal Schedule D, Form 1040) | 7 | 13,117 | 3 |
| | 8 Capital gain distributions not reported on line 7 | 8 | | |
| | 9 Other gains or (losses) (attach copy of federal Form 4797) | 9 | | |
| | 10 Taxable amount of IRA distributions | 10 | | |
| | 11 Taxable amount of pensions and annuities | 11 | | |
| | 12 Rents, royalties, partnerships, estates, trusts, etc. (attach copy of federal Schedule E, Form 1040) | 12 | | |
| | 13 Farm income or (loss) (attach copy of federal Schedule F, Form 1040) | 13 | | |
| | 14 Unemployment compensation (insurance) | 14 | | |
| | 15 Taxable amount of social security benefits (also enter on line 25 below) | 15 | | |
| | 16 Other income (see instructions, page 10) Identify: | 16 | | |
| | 17 Add lines 1 through 16 | 17 | 5,561,728 | 19 |
| | 18 Total federal adjustments to income (see instructions, page 11) Identify: | 18 | | 0C |
| | 19 Subtract line 18 from line 17. This is your federal adjusted gross income | 19 | 5,561,728 | 19 |
| **New York Adjusted Gross Income** | **New York Additions:** (see instructions, page 11) | | | |
| | 20 Interest income on state and local bonds (but not those of New York State and local governments within the state) | 20 | | |
| | 21 Public employee 414(h) retirement contributions (see instructions, page 11) | 21 | | |
| | 22 Other (see instructions, page 11) Identify: | 22 | | |
| | 23 Add lines 19 through 22 | 23 | 5,561,728 | 19 |
| | **New York Subtractions:** (see instructions, page 12) | | | |
| | 24 Taxable refunds of state and local income taxes (from line 4 above) ... 24 | | | |
| | 25 Taxable amount of social security benefits (from line 15 above) ... 25 | | | |
| | 26 Interest income on US government bonds ... 26 | | | |
| | 27 Pension and annuity income exclusion ... 27 | | | |
| | 28 Other (see instructions, page 12) Identify: ... 28 | | | |
| | 29 Add lines 24 through 28 | 29 | | 0C |
| | 30 Subtract line 29 from line 23. This is your New York adjusted gross income (if you claimed the standard deduction on your federal return, skip lines 31 through 45 and enter the line 30 amount on line 46 on the back page). | 30 | 5,561,728 | 19 |

TH255

IT-201 (1990) (back)

**If you itemized your deductions on federal Form 1040, fill in lines 31 through 45 and continue on line 46.**

| | | | | |
|---|---|---|---|---|
| 31 | Medical and dental expenses (from federal Schedule A, line 4) | 31 | | 00 |
| 32 | Taxes you paid (from federal Schedule A, line 8) | 32 | 614,991 | 27 |
| 33 | Interest you paid (from federal Schedule A, line 13) | 33 | 7,782 | 75 |
| 34 | Gifts to charity (from federal Schedule A, line 17) | 34 | 20,389 | 15 |
| 35 | Casualty and theft losses (from federal Schedule A, line 18) | 35 | | 00 |
| 36 | Moving expenses (from federal Schedule A, line 19) | 36 | | 00 |
| 37 | Job expenses and most other miscellaneous deductions (from federal Schedule A, line 25) | 37 | | 00 |
| 38 | Other miscellaneous deductions (from federal Schedule A, line 26) | 38 | | 00 |
| 39 | Total itemized deductions (from federal Schedule A, line 27) | 39 | 643,163 | 17 |
| 40 | State, local and foreign taxes included on line 32 (see instructions) | 40 | 600,445 | 03 |
| 41 | Subtract line 40 from line 39 | 41 | 43,018 | 14 |
| 42 | Other adjustments (see instructions, page 14) | 42 | | 00 |
| 43 | Line 41 and add or subtract line 42 | 43 | 43,018 | 14 |
| 44 | Itemized deduction adjustment (if line 30 is more than $100,000, see instructions, page 14; all others enter "0" on line 44) | 44 | 21,509 | 07 |
| 45 | Subtract line 44 from line 43. This is your itemized deduction | 45 | 21,509 | 07 |

Tax Computation

| | | | | |
|---|---|---|---|---|
| 46 | Enter the amount from line 30 on the front page (this is your New York adjusted gross income) | 46 | 5,541,797 | 3 |
| 47 | Check appropriate box and ☐ your standard deduction from instructions, page 15, or ☒ your itemized deduction from line 45 | 47 | 21,509 | 0 |
| 48 | Subtract line 47 from line 46 | 48 | 5,540,288 | 3 |
| 49 | Dependent exemptions (from line c of Dependent Exemption Worksheet, instructions page 15) | 49 | | 0 |
| 50 | Subtract line 49 from line 48. This is your taxable income | 50 | 5,540,288 | 3 |
| 51 | New York State tax on line 50 amount (use New York State Tax Table on yellow pages 29 through 36) | 51 | 435,979 | 9 |

52 NY State child and dependent care credit • number of qualifying persons [ ] card br in 1990 [ ]
• amount of federal credit for child and dependent care [ ] x 20% (20)→ 52 [ ]

Mail your completed return to
NYS Income Tax
W. A. Harriman Campus
Albany, NY 12227-0125

| | | | | |
|---|---|---|---|---|
| 53 | New York State household credit (from Table I, II or III, instructions page 16) | 53 | | |
| 54 | Other New York State credits (from Form IT-201-ATT, line 7; attach form) | 54 | | |
| 55 | Add lines 52, 53, and 54 | 55 | | 0 |
| 56 | Subtract line 55 from line 51 (if line 55 is more than line 51, enter "0") | 56 | 435,579 | 9 |
| 57 | Other New York State taxes (from Form IT-201-ATT, line 19; attach form) | 57 | | 0 |
| 58 | Add lines 56 and 57. This is the total of your New York State taxes | 58 | 435,579 | 9 |
| 59 | City of New York resident tax (use City of NY Tax Table on white pages 37 — 44) | 59 | 214,225 | 47 |
| 60 | City of NY household credit (from Table IV, V or VI, page 17) | 60 | | 00 |
| 61 | Subtract line 60 from line 59 (if line 60 is more than line 59, enter "0") | 61 | 214,225 | 47 |
| 62 | City of New York nonresident earnings tax (attach Form NYC-203) | 62 | | |
| 63 | Other city of New York taxes (from Form IT-201-ATT, line 19; attach form) | 63 | | |
| 64 | City of Yonkers resident income tax surcharge (from Yonkers worksheet, page 18) | 64 | | |
| 65 | City of Yonkers nonresident earnings tax (attach Form Y-203) | 65 | | |
| 66 | Part-year city of Yonkers resident income tax surcharge (attach Form IT-360.1) | 66 | | |
| 67 | Add lines 61 through 66. This is the total of your city of New York and city of Yonkers taxes | 67 | 214,225 | 4 |
| 68 | If you want to Return a Gift to Wildlife, enter amount: $5, $10, $20, other (see instructions, pages 9 and 18) | 68 | 10 | 0 |
| 69 | Add lines 58, 67 and 68. This is the total of your New York State, city of New York and city of Yonkers taxes, and Gift to Wildlife | 69 | 651,815 | 4 |

Credits/Other Taxes/Gift/Totals

See Instructions
for figuring
city of New York tax
and
city of Yonkers taxes

| | | | | |
|---|---|---|---|---|
| 70 | Real property tax credit (from Form IT-214, line 17; attach form) | 70 | | |
| 71 | Total New York State tax withheld (attach wage and tax statements to front) | 71 | 409,401 | 55 |
| 72 | Total city of New York tax withheld (attach wage and tax statements to front; see instructions) | 72 | 189,445 | 41 |
| 73 | Total city of Yonkers tax withheld (attach wage and tax statements to front; see instructions) | 73 | | |
| 74 | Estimated tax paid/Amount paid with Form IT-370 | 74 | | |
| 75 | Add lines 70 through 74. This is the total of your payments | 75 | 598,846 | 9 |

Payments

• Attach Copy 2 of
your wage and tax
statements to the fron
of this return; see
Instructions.
• Sign your return belo

| | | | | |
|---|---|---|---|---|
| 76 | If line 75 is more than line 69, enter overpaid (also complete line 77 or 78, or both) | 76 | | |
| 77 | Amount of line 76 to be refunded to you | 77 | | |
| 78 | Amount of line 76 to be applied to your 1991 estimated tax | 78 | | |
| 79 | If line 75 is less than line 69, enter amount you owe (do not send cash; make check or money order payable to NY State Income Tax; write your social security number and 1990 income tax on it) | 79 | 52,958 | 4 |
| 80 | Estimated tax penalty (see instructions, page 19) | 80 | | 00 |

Refund/Owe

| Paid Preparer's Use Only | Preparer's signature | Date | Check if self-employed ☐ | Sign Your Return | Your signature _David M. Hoseman_ | Date 4-14 |
|---|---|---|---|---|---|---|
| | Firm's name (or yours, if self-employed) | | Preparer's social security number | | Spouse's signature (if joint return) _Joehl Sterling_ | Date 4-14 |
| | Address | | Employer Identification number | | | |

TH256

## W-2 (Copy for City or Tax Department)

| 3 Employer's ID # | 4 Employer's state ID # | 5 Employee's social sec. # | 6 Advance EIC payment | 9 Federal income tax withheld |
|---|---|---|---|---|
| 13-3247448 | | | 0.00 | 23,092.82 |

| 10 Wages, tips, other comp. | 11 Social sec. tax withheld | 12 Social security tips |
|---|---|---|
| 150,253.43 | 3,924.45 | 51,300.00 |

| 7 Allocated tips | | |
| 0.00 | | |

13 Social security tips — 14 Nonqualified plans 0.00 — 15 Dependent care benefits

2 Employer's name, address and ZIP code

INFO SOLUTIONS
4 WEST RED OAK LANE
WHITE PLAINS NY 10604

16 Fringe benefits incl. in Box 10: 455.00
17 Code explained on back: B - 1,464.21  D - 7,979.00  0.00
19 Other 0.00 / 0.00 / 0.00 / 0.00

19 Employee's name, address and ZIP code   BBON31280107

TOEHL HARDING
425 EAST 51ST APT 5A
NEW YORK NY 10022

| 24 State income tax | 25 State wages, tips, etc. | 26 Name of State |
|---|---|---|
| 10,661.23 | 150,253.43 | NEW YORK |
| 27 Local income tax | 28 Local wages, tips, etc. | 29 Name of locality |
| 5,221.39 | 150,171.97 | NEW YORK CIT |

FORM W-2 Wage and Tax Statement   Employee's and Employer's copy compared

OMB 1545-0008 YEAR 19

---

## Check

DAVID M. NASEMAN
TOEHL HARDING
425 EAST 51ST STREET
NEW YORK, NY 10022

№ 15

April 14, 19 91

N.Y. State Income Tax    $ 52,958.

Fifty-Two Thousand Nine Hundred Fifty-Eight L 47/100 ——— DOLLARS

Republic National Bank of New York
WORLD HEADQUARTERS
452 FIFTH AVENUE
NEW YORK, N.Y. 10018

Memo 1990 Income Tax ;

David M. Naseman

⑆000152⑆ ⑆026004828⑆ 318181371⑆

TH257