# EXHIBIT 1

# Form **1040** Department of the Treasury—Internal Revenue Service
## U.S. Individual Income Tax Return **1990** (P)

For the year Jan.–Dec. 31, 1990, or other tax year beginning , 1990, ending , 19    OMB No. 1545-0074

**Label** (See Instructions on page 8.)

Your first name and initial: DAVID M.    Last name: NASEMAN

If a joint return, spouse's first name and initial: JOELL    Last name: HARDING

Home address (number and street). (If you have a P.O. box, see page 9.): 425 East 51st Street    Apt. no.: SA-6A

City, town or post office, state, and ZIP code. (If you have a foreign address, see page 9.): New York, New York 10022

Your social security number: [redacted]
Spouse's social security number: [redacted]

**For Privacy Act and Paperwork Reduction Act Notice, see Instructions.**

**Presidential Election Campaign** (See page 9.)

Do you want $1 to go to this fund? ☒ Yes ☐ No
If joint return, does your spouse want $1 to go to this fund? ☒ Yes ☐ No

Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status**

Check only one box.

1 ☐ Single. (See page 10 to find out if you can file as head of household.)
2 ☒ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 10.) If the qualifying person is your child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 10.)

**Exemptions** (See Instructions on page 10.)

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2

b ☒ Spouse

c Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 2 | (3) If age 2 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1990 |
|---|---|---|---|---|
| | | : | | |
| | | : | | |
| | | : | | |
| | | : | | |
| | | : | | |

If more than 6 dependents, see Instructions on page 11.

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐
e Total number of exemptions claimed

No. of boxes checked on 6a and 6b: 2
No. of your children on 6c who:
• lived with you
• didn't live with you due to divorce or separation (see page 11)
No. of other dependents on 6c
Add numbers entered on lines above ▶ 2

**Income**

Attach Copy B of your Forms W-2, W-2G, and W-2P here.

If you do not have a W-2, see page 8.

Attach check or money order on top of any Forms W-2, W-2G, or W-2P.

| | | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) | 7 | 1,252,059 88 |
| 8a | Taxable interest income (also attach Schedule B if over $400) | 8a | 54,502 61 |
| 8b | Tax-exempt interest income (see page 13). DON'T include on line 8a | 8b | |
| 9 | Dividend income (also attach Schedule B if over $400) | 9 | 4,236 99 |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 14 | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss) (attach Schedule C) | 12 | |
| 13 | Capital gain or (loss) (attach Schedule D) | 13 | 13,117 37 |
| 14 | Capital gain distributions not reported on line 13 (see page 14) | 14 | |
| 15 | Other gains or (losses) (attach Form 4797) | 15 | |
| 16a | Total IRA distributions 16a | 16b Taxable amount (see page 14) 16b | |
| 17a | Total pensions and annuities 17a | 17b Taxable amount (see page 14) 17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | 18 | |
| 19 | Farm income or (loss) (attach Schedule F) | 19 | |
| 20 | Unemployment compensation (insurance) (see page 16) | 20 | |
| 21a | Social security benefits 21a | 21b Taxable amount (see page 16) 21b | |
| 22 | Other income (list type and amount—see page 16) | 22 | |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your total income ▶ | 23 | 1,323,916 85 |

**Adjustments to Income**

(See Instructions on page 17.)

| | | | |
|---|---|---|---|
| 24a | Your IRA deduction, from applicable worksheet on page 17 or 18 | 24a | |
| b | Spouse's IRA deduction, from applicable worksheet on page 17 or 18 | 24b | |
| 25 | One-half of self-employment tax (see page 18) | 25 | |
| 26 | Self-employed health insurance deduction, from worksheet on page 18 | 26 | |
| 27 | Keogh retirement plan and self-employed SEP deduction | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. Recipient's SSN ▶ | 29 | |
| 30 | Add lines 24a through 29. These are your total adjustments ▶ | 30 | 00 |

**Adjusted Gross Income**

31 Subtract line 30 from line 23. This is your adjusted gross income. If this amount is less than $20,264 and a child lived with you, see page 23 to find out if you can claim the "Earned Income Credit" on line 57 ▶ | 31 | 1,323,916 85



PLAINTIFF'S EXHIBIT 12 5/12/08 MMC

TH453

Form 1040 (1990)

| | | | | | |
|---|---|---|---|---|---|
| | 32 | Amount from line 31 (adjusted gross income) . . . . . . . . . . . . . | 32 | 1,323,916 | 85 |

**Tax Computation**

If you want IRS to figure your tax, see Instructions on page 19.

33a Check if: ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind.
Add the number of boxes checked and enter the total here . . . ▶ 33a

b If your parent (or someone else) can claim you as a dependent, check here . . ▶ 33b ☐

c If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 19 and check here . . . . . . . . . . ▶ 33c ☐

34 Enter the larger of:
• Your standard deduction (from the chart or worksheet) on page 20 that applies to you), OR
• Your itemized deductions (from Schedule A, line 27).
If you itemize, attach Schedule A and check here . . . . ▶ ☒

| | | | | |
|---|---|---|---|---|
| 34 | | 34 | 193,522 | 86 |
| 35 | Subtract line 34 from line 32 . . . . . . . . . . . . . . | 35 | 1,130,393 | 99 |
| 36 | Multiply $2,050 by the total number of exemptions claimed on line 6e . . . | 36 | 4,100 | 00 |
| 37 | Taxable income. Subtract line 36 from line 35. (If line 36 is more than line 35, enter -0-.) . | 37 | 1,126,293 | 99 |
| 38 | Enter tax. Check if from: a ☐ Tax Table, b ☒ Tax Rate Schedules, or c ☐ Form 8615 (see page 21) (If any is from Form(s) 8814, enter that amount here ▶ d _____ ) | 38 | 342,266 | 64 |
| 39 | Additional taxes (see page 21). Check if from: a ☐ Form 4970 b ☐ Form 4972 . . | 39 | | |
| 40 | Add lines 38 and 39 . . . . . . . . . . . . . . . ▶ | 40 | 342,266 | 64 |

**Credits**
(See Instructions on page 21.)

| | | | | | |
|---|---|---|---|---|---|
| 41 | Credit for child and dependent care expenses (attach Form 2441) . . | 41 | | | |
| 42 | Credit for the elderly or the disabled (attach Schedule R) . . . | 42 | | | |
| 43 | Foreign tax credit (attach Form 1116) . . . . . . . | 43 | | | |
| 44 | General business credit. Check if from: a ☐ Form 3800 or b ☐ Form (specify) _____ | 44 | | | |
| 45 | Credit for prior year minimum tax (attach Form 8801) . . . . | 45 | | | |
| 46 | Add lines 41 through 45 . . . . . . . . . . . . . . | 46 | | | 00 |
| 47 | Subtract line 46 from line 40. (If line 46 is more than line 40, enter -0-.) . . ▶ | 47 | 342,266 | 64 |

**Other Taxes**

| | | | | | |
|---|---|---|---|---|---|
| 48 | Self-employment tax (attach Schedule SE) . . . . . . . . . . . | 48 | | | |
| 49 | Alternative minimum tax (attach Form 6251) . . . . . . . . . . | 49 | | | |
| 50 | Recapture taxes (see page 22). Check if from: a ☐ Form 4255 b ☐ Form 8611 . | 50 | | | |
| 51 | Social security tax on tip income not reported to employer (attach Form 4137) . . | 51 | | | |
| 52 | Tax on an IRA or a qualified retirement plan (attach Form 5329) . . . . | 52 | | | |
| 53 | Advance earned income credit payments from Form W-2 . . . . . . | 53 | | | |
| 54 | Add lines 47 through 53. This is your total tax . . . . . . . . . . ▶ | 54 | 342,266 | 64 |

**Payments**

Attach Forms W-2, W-2G, and W-2P to front.

| | | | | | |
|---|---|---|---|---|---|
| 55 | Federal income tax withheld (if any is from Form(s) 1099, check ▶ ☐) . . | 55 | 237,028 | 52 | |
| 56 | 1990 estimated tax payments and amount applied from 1989 return | 56 | | | |
| 57 | Earned income credit (see page 23) . . . . . . . | 57 | | | |
| 58 | Amount paid with Form 4868 (extension request) . . . . | 58 | | | |
| 59 | Excess social security tax and RRTA tax withheld (see page 24) | 59 | | | |
| 60 | Credit for Federal tax on fuels (attach Form 4136) . . . | 60 | | | |
| 61 | Regulated investment company credit (attach Form 2439) . . | 61 | | | |
| 62 | Add lines 55 through 61. These are your total payments . . . . . . ▶ | 62 | 237,028 | 52 |

**Refund or Amount You Owe**

| | | | | | |
|---|---|---|---|---|---|
| 63 | If line 62 is more than line 54, enter amount OVERPAID . . . . . . . | 63 | | | |
| 64 | Amount of line 63 to be REFUNDED TO YOU . . . . . . . . ▶ | 64 | | | |
| 65 | Amount of line 63 to be APPLIED TO YOUR 1991 ESTIMATED TAX ▶ 65 | | | | |
| 66 | If line 54 is more than line 62, enter AMOUNT YOU OWE. Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1990 Form 1040" on it. . . . . . . . . . | 66 | 105,238 | 12 |
| 67 | Estimated tax penalty (see page 25) . . . . . . 67 | | | | |

**Sign Here**

Keep a copy of this return for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature _David M. Freeman_   Date 4-14-91   Your occupation Attorney - at - Law

Spouse's signature (if joint return, BOTH must sign) _Adele Harding_   Date 4-14-91   Spouse's occupation Vice President & General Counsel

**Paid Preparer's Use Only**

| | |
|---|---|
| Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's social security no. |
| Firm's name (or yours if self-employed) and address ▶ | | E.I. No. | ZIP code |

*U.S. Government Printing Office: 1990 — 285-058

TH454

**SCHEDULES A&B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (P)

# Schedule A—Itemized Deductions

(Schedule B is on back)

► Attach to Form 1040. ► See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074

**1990**

Attachment
Sequence No. 07

Name(s) shown on Form 1040

*David M. Nassman and Toehl Harding*

Your social security number

| Section | | | | | | |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | **Caution:** *Do not include expenses reimbursed or paid by others.* | | | | | |
| | 1 | Medical and dental expenses. (See page 27 of the Instructions.) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 32 | 2 | | | |
| | 3 | Multiply the amount on line 2 by 7.5% (.075). Enter the result | 3 | | | |
| | 4 | Subtract line 3 from line 1. Enter the result. If less than zero, enter -0- ► | 4 | | 00 |
| **Taxes You Paid** (See Instructions on page 27.) | 5 | State and local income taxes | 5 | 150,804 | 72 | |
| | 6 | Real estate taxes | 6 | 11,533 | 75 | |
| | 7 | Other taxes. (List—include personal property taxes.) ► *Mass. tax on Automobile and Personal Property* | 7 | 3,012 | 49 | |
| | 8 | Add the amounts on lines 5 through 7. Enter the total ► | 8 | 165,350 | 96 |
| **Interest You Paid** (See Instructions on page 27.) | 9a | Deductible home mortgage interest paid to financial institutions and reported to you on Form 1098. Report deductible points on line 10 | 9a | 7,782 | 75 | |
| | b | Other deductible home mortgage interest. (If paid to an individual, show that person's name and address.) ► | | | | |
| | | | 9b | | | |
| | 10 | Deductible points. (See Instructions for special rules.) | 10 | | | |
| | 11 | Deductible investment interest (attach Form 4952 if required). (See page 28.) | 11 | | | |
| | 12a | Personal interest you paid. (See page 28.) | 12a | | | |
| | b | Multiply the amount on line 12a by 10% (.10). Enter the result | 12b | | | |
| | 13 | Add the amounts on lines 9a through 11, and 12b. Enter the total ► | 13 | 7,782 | 75 |
| **Gifts to Charity** (See Instructions on page 29.) | | **Caution:** *If you made a charitable contribution and received a benefit in return, see page 29 of the Instructions.* | | | | |
| | 14 | Contributions by cash or check | 14 | 19,889 | 15 | |
| | 15 | Other than cash or check. (You MUST attach Form 8283 if over $500.) | 15 | 500 | 00 | |
| | 16 | Carryover from prior year | 16 | | | |
| | 17 | Add the amounts on lines 14 through 16. Enter the total ► | 17 | 20,389 | 15 |
| **Casualty and Theft Losses** | 18 | Casualty or theft loss(es) (attach Form 4684). (See page 29 of the Instructions.) ► | 18 | | 00 |
| **Moving Expenses** | 19 | Moving expenses (attach Form 3903 or 3903F). (See page 30 of the Instructions.) ► | 19 | | 00 |
| **Job Expenses and Most Other Miscellaneous Deductions** (See Instructions on page 30 for expenses to deduct here.) | 20 | Unreimbursed employee expenses—job travel, union dues, job education, etc. (You MUST attach Form 2106 if required. See Instructions.) ► | 20 | | | |
| | 21 | Other expenses (investment, tax preparation, safe deposit box, etc.). List type and amount ► | 21 | | | |
| | 22 | Add the amounts on lines 20 and 21. Enter the total | 22 | | | |
| | 23 | Enter amount from Form 1040, line 32. | 23 | | | |
| | 24 | Multiply the amount on line 23 by 2% (.02). Enter the result. | 24 | | | |
| | 25 | Subtract line 24 from line 22. Enter the result. If less than zero, enter -0- ► | 25 | | 00 |
| **Other Miscellaneous Deductions** | 26 | Other (from list on page 30 of Instructions). List type and amount ► | | | | |
| | | | 26 | | 00 |
| **Total Itemized Deductions** | 27 | Add the amounts on lines 4, 8, 13, 17, 18, 19, 25, and 26. Enter the total here. Then enter on Form 1040, line 34, the LARGER of this total or your standard deduction from page 20 of the Instructions ► | 27 | 193,522 | 86 |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule A (Form 1040) 1990

Schedules A&B (Form 1040) 1990        OMB No. 1545-0074    Page **2**

| Name(s) shown on Form 1040. (Do not enter name and social security number if shown on other side.) | Your social security number |
|---|---|
| David M. Naseman and Toshi Harding | |

## Schedule B—Interest and Dividend Income

Attachment
Sequence No. **08**

| | | | | Amount | |
|---|---|---|---|---|---|
| **Part I**<br>**Interest**<br>**Income**<br><br>(See<br>Instructions<br>on pages 13<br>and 30.) |  | If you received more than $400 in taxable interest income, or you are claiming the exclusion of interest from series EE U.S. savings bonds issued after 1989 (see page 31), you must complete Part I. List ALL interest received in Part I. If you received more than $400 in taxable interest income, you must also complete Part III. If you received, as a nominee, interest that actually belongs to another person, or you received or paid accrued interest on securities transferred between interest payment dates, see page 31. | | | |

**Interest Income**

| | | Amount | |
|---|---|---|---|
| 1 | Interest income. (List name of payer—if any interest income is from seller-financed mortgages, see Instructions and list that interest first.) ▶ | | |
| | Republic National Bank of New York | 54,502 | 61 |
| | | | |

**Note: If you received a Form 1099-INT, Form 1099-OID, or substitute statement, from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.**

| | | | Amount | |
|---|---|---|---|---|
| 2 | Add the amounts on line 1. Enter the total | 2 | 54,502 | 61 |
| 3 | Enter the excludable savings bond interest, if any, from Form 8815, line 14. Attach Form 8815 to Form 1040 | 3 | | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | 54,502 | 61 |

**Part II**
**Dividend**
**Income**

(See Instructions on pages 13 and 31.)

If you received more than $400 in gross dividends and/or other distributions on stock, you must complete Parts II and III. If you received, as a nominee, dividends that actually belong to another person, see page 31.

**Dividend Income**

| | | Amount | |
|---|---|---|---|
| 5 | Dividend income. (List name of payer—include on this line capital gain distributions, nontaxable distributions, etc.) ▶ | | |
| | Merrill Lynch Pierce Fenner & Smith | 3,459 | 90 |
| | LIN Broadcasting Corporation | 1,870 | 26 |

**Note: If you received a Form 1099-DIV, or substitute statement, from a brokerage firm, list the firm's name as the payer and enter the total dividends shown on that form.**

| | | | Amount | |
|---|---|---|---|---|
| 6 | Add the amounts on line 5. Enter the total | 6 | 5,330 | 16 |
| 7 | Capital gain distributions. Enter here and on Schedule D* | 7 | | |
| 8 | Nontaxable distributions. (See the Inst. for Form 1040, line 9.) | 8 | 1,093 | 17 |
| 9 | Add the amounts on lines 7 and 8. Enter the total | 9 | 1,093 | 17 |
| 10 | Subtract line 9 from line 6. Enter the result here and on Form 1040, line 9 ▶ | 10 | 4,236 | 99 |

*If you received capital gain distributions but do not need Schedule D to report any other gains or losses, see the Instructions for Form 1040, lines 13 and 14.

| **Part III**<br>**Foreign**<br>**Accounts**<br>**and**<br>**Foreign**<br>**Trusts**<br><br>(See<br>Instructions<br>on page 31.) | If you received more than $400 of interest or dividends, OR if you had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must answer both questions in Part III. | Yes | No |
|---|---|---|---|
| | 11a At any time during 1990, did you have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See page 31 of the Instructions for exceptions and filing requirements for Form TD F 90-22.1.) | | X |
| | b If "Yes," enter the name of the foreign country ▶ | | |
| | 12 Were you the grantor of, or transferor to, a foreign trust that existed during 1990, whether or not you have any beneficial interest in it? If "Yes," you may have to file Form 3520, 3520-A, or 926 | | X |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.
*U.S. Government Printing Office: 1990 — 265-058

Schedule B (Form 1040) 1990

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (O)

# Capital Gains and Losses
### (And Reconciliation of Forms 1099-B for Bartering Transactions)
► Attach to Form 1040.   ► See Instructions for Schedule D (Form 1040).
► For more space to list transactions for lines 2a and 9a, get Schedule D-1 (Form 1040).

OMB No. 1545-0074

**1990**

Attachment
Sequence No. **12A**

Name(s) shown on Form 1040: Davip M. Nassman and Tochl Hazzlug

Your social security number

**1** Enter the total sales of stocks, bonds, other securities, and real estate transactions reported to you for 1990 on Forms 1099-B and 1099-S (or on substitute statements). If this total is not the same as the total of lines 2c and 9c, column (d), attach a statement explaining the difference. (Do not include on this line amounts from Form 1099-S if you reported them on another form or schedule.) See Instructions for line 1 . . . . | **1**

## Part I   Short-Term Capital Gains and Losses—Assets Held One Year or Less

| (a) Description of property (Example, 100 shares 7% preferred of "Z" Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold (Mo., day, yr.) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) LOSS If (e) is more than (d), subtract (d) from (e) | (g) GAIN If (d) is more than (e), subtract (e) from (d) |
|---|---|---|---|---|---|---|
| **2a** Stocks, Bonds, Other Securities, and Real Estate. Include Form 1099-B and 1099-S Transactions. See Instructions. | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **2b** Amounts from Schedule D-1, line 2b (attach Schedule D-1) . | | | | | | |
| **2c** Total of All Sales Price Amounts. Add column (d) of lines 2a and 2b . ► 2c | | | | | | |
| **2d** Other Transactions (Do NOT include real estate transactions from Forms 1099-S. Report them on line 2a.) | | | | | | |
| | | | | | | |
| | | | | | | |

**3** Short-term gain from sale or exchange of your home from Form 2119, line 10 or 14c . | **3**
**4** Short-term gain from installment sales from Form 6252, line 22 or 30 . . . . . | **4**
**5** Net short-term gain or (loss) from partnerships, S corporations, and fiduciaries . | **5**
**6** Short-term capital loss carryover from 1989 Schedule D, line 29 . . . . . . | **6**
**7** Add lines 2a, 2d, and 3 through 6, in columns (f) and (g) . . . . . . . . | **7** (
**8** Net short-term gain or (loss). Combine columns (f) and (g) of line 7 . . . . . . . . . | **8**

## Part II   Long-Term Capital Gains and Losses—Assets Held More Than One Year

| | | | | | | |
|---|---|---|---|---|---|---|
| **9a** Stocks, Bonds, Other Securities, and Real Estate. Include Form 1099-B and 1099-S Transactions. See Instructions. | | | | | | |
| 110 common share of LIN Broadcasting Corp | 1-3-88 | 3-5-90 | $16,592 10 | $7,205 00 | | 9,387 10 |
| 122 common share of LIN Broadcasting Corp. | 1-3-88 | 11-29-90 | $11,721 27 | $7,991 00 | | 3,730 27 |
| | | | | | | |
| **9b** Amounts from Schedule D-1, line 9b (attach Schedule D-1) . | | | ► | | | |
| **9c** Total of All Sales Price Amounts. Add column (d) of lines 9a and 9b . . . ► 9c | | | $28,313 37 | | | |
| **9d** Other Transactions (Do NOT include real estate transactions from Forms 1099-S. Report them on line 9a.) | | | | | | |
| | | | | | | |

**10** Long-term gain from sale or exchange of your home from Form 2119, line 10 or 14c. | **10**
**11** Long-term gain from installment sales from Form 6252, line 22 or 30. . . . . | **11**
**12** Net long-term gain or (loss) from partnerships, S corporations, and fiduciaries . . | **12**
**13** Capital gain distributions . . . . . . . . . . . . . . . . . | **13**
**14** Gain from Form 4797, line 7 or 9 . . . . . . . . . . . . . . | **14**
**15** Long-term capital loss carryover from 1989 Schedule D, line 36 . . . . . . | **15**
**16** Add lines 9a, 9b, 9d, and 10 through 15, in columns (f) and (g) . . . . . . | **16** (                    )
**17** Net long-term gain or (loss). Combine columns (f) and (g) of line 16. . . . . . . | **17** | $13,117 37

For Paperwork Reduction Act Notice, see Form 1040 instructions.    Schedule D (Form 1040) 1990

TH461

Schedule D (Form 1040) 1990    Attachment Sequence No. **12A**    Page **2**

Name(s) shown on Form 1040. (Do not enter name and social security number if shown on other side.)

DAVID M. NASSMAN and TOSNI HARDING    Your social security number

## Part III  Summary of Parts I and II

| | | | |
|---|---|---|---|
| 18 | Combine lines 8 and 17, and enter the net gain or (loss) here. If the result is a gain, stop here and also enter the gain on Form 1040, line 13 . . . . . . . . . . . | 18 | 13, 117 37 |
| 19 | If line 18 is a (loss), enter here and as a (loss) on Form 1040, line 13, the smaller of: | | |
| a | The (loss) on line 18; or | | |
| b | ($3,000) or, if married filing a separate return, ($1,500). | 19 | ( ) |

Note: When figuring whether line 19a or 19b is smaller, treat both numbers as if they were positive.
Go on to Part IV if the loss on line 18 is more than $3,000 ($1,500, if married filing a separate return), OR if taxable income on Form 1040, line 37, is zero.

## Part IV  Capital Loss Carryovers from 1990 to 1991

### Section A.—Carryover Limit

| | | | |
|---|---|---|---|
| 20 | Enter taxable income from Form 1040, line 37. (If Form 1040, line 37 is zero, see Instructions for amount to enter.) . . . . . . . . | 20 | |
| | Note: For lines 21 through 36, enter all amounts as positive numbers. | | |
| 21 | Enter the loss on line 19 . . . . . . . . . . . . . . . . . | 21 | |
| 22 | Enter the amount on Form 1040, line 36 . . . . . . . . . . | 22 | |
| 23 | Combine lines 20, 21, and 22. If zero or less, enter -0- . . . . . | 23 | |
| 24 | Carryover Limit. Enter the smaller of line 21 or line 23 . . . . . | 24 | |

### Section B.—Short-Term Capital Loss Carryover to 1991
(Complete this section only if there is a loss on both line 8 and line 19. Otherwise, go on to Section C.)

| | | | |
|---|---|---|---|
| 25 | Enter the loss on line 8 . . . . . . . . . . . . . . . . | | 25 |
| 26 | Enter the gain, if any, on line 17 . . . . . . . | 26 | |
| 27 | Enter the amount on line 24 . . . . . . . . . | 27 | |
| 28 | Add lines 26 and 27. . . . . . . . . . . . . . . . | | 28 |
| 29 | Short-term capital loss carryover to 1991. Subtract line 28 from line 25. If zero or less, enter -0- | | 29 |

### Section C.—Long-Term Capital Loss Carryover to 1991
(Complete this section only if there is a loss on both line 17 and line 19.)

| | | | |
|---|---|---|---|
| 30 | Enter the loss on line 17 . . . . . . . . . . . . . . . | | 30 |
| 31 | Enter the gain, if any, on line 8 . . . . . . . . . . . . | | 31 |
| 32 | Enter the amount on line 24 . . . . . . . . . | 32 | |
| 33 | Enter the amount, if any, on line 25. . . . . . | 33 | |
| 34 | Subtract line 33 from line 32. If zero or less, enter -0- . . . . | | 34 |
| 35 | Add lines 31 and 34. . . . . . . . . . . . . . . . . | | 35 |
| 36 | Long-term capital loss carryover to 1991. Subtract line 35 from line 30. If zero or less, enter -0- | | 36 |

## Part V  Election Not to Use the Installment Method (Complete this part only if you elect out of the installment method and report a note or other obligation at less than full face value.)

| | | |
|---|---|---|
| 37 | Check here if you elect out of the installment method . . . . . . . . . . | ▶ ☐ |
| 38 | Enter the face amount of the note or other obligation . . . . . . . . . . | ▶ |
| 39 | Enter the percentage of valuation of the note or other obligation . . . . . | ▶ |

## Part VI  Reconciliation of Forms 1099-B for Bartering Transactions
(Complete this part if you received one or more Forms 1099-B or substitute statements reporting bartering income.)

Amount of bartering income from Forms 1099-B or substitute statement reported on form or schedule

| | | | |
|---|---|---|---|
| 40 | Form 1040, line 22 . . . . . . . . . . . . . . . . . | 40 | |
| 41 | Schedule C (Form 1040) . . . . . . . . . . . . . . | 41 | |
| 42 | Schedule D (Form 1040) . . . . . . . . . . . . . . | 42 | |
| 43 | Schedule E (Form 1040) . . . . . . . . . . . . . . | 43 | |
| 44 | Schedule F (Form 1040) . . . . . . . . . . . . . . | 44 | |
| 45 | Other form or schedule (identify) (if nontaxable, indicate reason—attach additional sheets if necessary): | 45 | |
| 46 | Total (add lines 40 through 45) . . . . . . . . . . . | 46 | |

Note: The amount on line 46 should be the same as the total bartering income on all Forms 1099-B and substitute statements received for bartering transactions.

*U.S. GPO: 1990-265-189

# EXHIBIT 2

New York State Department of Taxation and Finance

# Resident Income Tax Return
### New York State • City of New York • City of Yonkers

1990

For the year Jan. 1 — Dec. 31, 1990, or fiscal tax year beginning _____ , 1990, ending _____ ,19___

# IT-201

**For office use only**

Attach label, or print or type

| Last name | First name and middle initial (if joint return, enter both names) | Your social security number |
|---|---|---|
| Naseman, David M  and  Harding, Toshi | |

Mailing address (number and street or rural route) — 425 East 51st Street   Apartment number — 5A-6A   Spouse's social security number

City, village or post office — New York, New York   State — ___   ZIP code — 10022   New York State county of residence — New York

In the space below, print or type your permanent home address within New York State if it is not the same as your mailing address above (see instructions, page 20).   School district name — Manhattan

Permanent home address (number and street or rural route) — ___   Apartment number — ___   School district code number — 309

City, village or post office — ___   State — NY   ZIP code — ___   If taxpayer is deceased, enter first name and date of death. — / /

Attach Copy 2 of wage and tax statements here.

**(A) Filing status —**
check one box:
① ☐ Single
② ☒ Married filing joint return (enter spouse's social security number above)
③ ☐ Married filing separate return (enter spouse's social security number above)
④ ☐ Head of household (with qualifying person)
⑤ ☐ Qualifying widow(er) with dependent child

**(B)** Did you itemize your deductions on your 1990 federal income tax return? ...... Yes ☒  No ☐

**(C)** Can you be claimed as a dependent on another taxpayer's federal return? .. Yes ☐  No ☒

**(D)** If you use a paid preparer and do not want New York tax forms mailed to you next year, check box .... ☐

**(E)** Enter the number of exemptions claimed from your federal return, line 6e .......................... ☐ 2

**Enter your income items and total adjustments exactly as they appear on your federal return (see instructions, page 10).**

*Federal Income and Adjustments*

| | | | |
|---|---|---|---|
| 1 Wages, salaries, tips, etc. .................................... | 1 | 1,252,059 | 88 |
| 2 Taxable interest income ..................................... | 2 | 54,502 | 61 |
| 3 Dividend income ............................................ | 3 | 4,236 | 99 |
| 4 Taxable refunds of state and local income taxes (also enter on line 24 below) ... | 4 | | |
| 5 Alimony received .......................................... | 5 | | |
| 6 Business income or (loss) (attach copy of federal Schedule C, Form 1040) ... | 6 | | |
| 7 Capital gain or (loss) (attach copy of federal Schedule D, Form 1040) ......... | 7 | 13,117 | 37 |
| 8 Capital gain distributions not reported on line 7 ................... | 8 | | |
| 9 Other gains or (losses) (attach copy of federal Form 4797) .......... | 9 | | |
| 10 Taxable amount of IRA distributions ........................... | 10 | | |
| 11 Taxable amount of pensions and annuities. .................... | 11 | | |
| 12 Rents, royalties, partnerships, estates, trusts, etc. (attach copy of federal Schedule E, Form 1040) ...... | 12 | | |
| 13 Farm income or (loss) (attach copy of federal Schedule F, Form 1040) ... | 13 | | |
| 14 Unemployment compensation (insurance) .................... | 14 | | |
| 15 Taxable amount of social security benefits (also enter on line 25 below) ... | 15 | | |
| 16 Other income (see instructions, page 10) Identify: | 16 | | |
| 17 Add lines 1 through 16. ..................................... | 17 | 1,323,916 | 85 |
| 18 Total federal adjustments to income (see instructions, page 11) Identify: | 18 | | |
| 19 Subtract line 18 from line 17. This is your federal adjusted gross income ......... | 19 | 1,323,916 | 85 |

*New York Adjusted Gross Income*

**New York Additions: (see instructions, page 11)**

| | | | |
|---|---|---|---|
| 20 Interest income on state and local bonds (but not those of New York State and local governments within the state) | 20 | | |
| 21 Public employee 414(h) retirement contributions (see instructions, page 11) ..................... | 21 | | |
| 22 Other (see instructions, page 11) Identify: | 22 | | |
| 23 Add lines 19 through 22 ..................................... | 23 | 1,323,916 | 85 |

**New York Subtractions: (see instructions, page 12)**

| | | | | | |
|---|---|---|---|---|---|
| 24 Taxable refunds of state and local income taxes (from line 4 above) ...... | 24 | | | | |
| 25 Taxable amount of social security benefits (from line 15 above) ... | 25 | | | | |
| 26 Interest income on US government bonds ..................... | 26 | | | | |
| 27 Pension and annuity income exclusion ...................... | 27 | | | | |
| 28 Other (see instructions, page 12) Identify: | 28 | | | | |
| 29 Add lines 24 through 28 ..................................... | | | 29 | | 00 |
| 30 Subtract line 29 from line 23. This is your New York adjusted gross income (if you claimed the standard deduction on your federal return, skip lines 31 through 45 and enter the line 30 amount on line 46 on the back page). | | | 30 | 1,323,916 | 85 |



PLAINTIFF'S EXHIBIT
13
5/12/08 M/RC

TH466

IT-201 (1990) (back)

**If you itemized your deductions on federal Form 1040, fill in lines 31 through 45 and continue on line 46.**

| | | | | |
|---|---|---|---|---|
| 31 | Medical and dental expenses *(from federal Schedule A, line 4)* | 31 | | 00 |
| 32 | Taxes you paid *(from federal Schedule A, line 8)* | 32 | 165,350 | 96 |
| 33 | Interest you paid *(from federal Schedule A, line 13)* | 33 | 7,782 | 75 |
| 34 | Gifts to charity *(from federal Schedule A, line 17)* | 34 | 20,389 | 15 |
| 35 | Casualty and theft losses *(from federal Schedule A, line 18)* | 35 | | 00 |
| 36 | Moving expenses *(from federal Schedule A, line 19)* | 36 | | 00 |
| 37 | Job expenses and most other miscellaneous deductions *(from federal Schedule A, line 25)* | 37 | | 00 |
| 38 | Other miscellaneous deductions *(from federal Schedule A, line 26)* | 38 | | 00 |
| 39 | Total itemized deductions *(from federal Schedule A, line 27)* | 39 | 193,522 | 86 |
| 40 | State, local and foreign income taxes included on line 32 *(see instructions)* | 40 | 150,804 | 72 |
| 41 | Subtract line 40 from line 39 | 41 | 42,718 | 14 |
| 42 | Other adjustments *(see instructions, page 14)* | 42 | | 00 |
| 43 | Line 41 and add or subtract line 42 | 43 | 42,718 | 14 |
| 44 | Itemized deduction adjustment *(if line 30 is more than $100,000, see instructions, page 14; all others enter "0" on line 44)* | 44 | 21,359 | 07 |
| 45 | Subtract line 44 from line 43. This is your itemized deduction | 45 | 21,359 | 07 |
| 46 | Enter the amount from line 30 on the front page *(this is your New York adjusted gross income)* | 46 | 1,323,916 | 85 |
| 47 | Check appropriate box and enter the larger of: [ ] your standard deduction from instructions, page 15, or [ ] your itemized deduction from line 45 | 47 | 21,359 | 07 |
| 48 | Subtract line 47 from line 46 | 48 | 1,302,557 | 78 |
| 49 | Dependent exemptions *(from line c of Dependent Exemption Worksheet, instructions page 15)* | 49 | –1000 | 00 |
| 50 | Subtract line 49 from line 48. This is your taxable income | 50 | 1,302,557 | 78 |
| 51 | New York State tax on line 50 amount *(use New York State Tax Table on yellow pages 29 through 36)* | 51 | 136,111 | 50 |
| 52 | NY State child and dependent care credit • *number of qualifying persons* [ ] *(card for in 1990)* • *amount of federal credit for child and dependent care* [ ] × 20% (.20) = | 52 | | |
| 53 | New York State household credit *(from Table I, II or III, instructions page 19)* | 53 | | |
| 54 | Other New York State credits *(from Form IT-201-ATT, line 7; attach form)* | 54 | | |
| 55 | Add lines 52, 53, and 54 | 55 | | 00 |
| 56 | Subtract line 55 from line 51 *(if line 55 is more than line 51, enter "0")* | 56 | 136,111 | 50 |
| 57 | Other New York State taxes *(from Form IT-201-ATT, line 15; attach form)* | 57 | | 00 |
| 58 | Add lines 56 and 57. This is the total of your New York State taxes | 58 | 136,111 | 50 |
| 59 | City of New York resident tax *(use City of NY Tax Table on white pages 37 – 44)* | 59 | 67,651 | 67 |
| 60 | City of NY household credit *(from Table IV, V or VI, page 17)* | 60 | | 00 |
| 61 | Subtract line 60 from line 59 *(if line 60 is more than line 59, enter "0")* | 61 | 67,651 | 67 |
| 62 | City of New York nonresident earnings tax *(attach Form NYC-203)* | 62 | | |
| 63 | Other city of New York taxes *(from Form IT-201-ATT, line 19; attach form)* | 63 | | |
| 64 | City of Yonkers resident income tax surcharge *(from Yonkers worksheet, page 18)* | 64 | | |
| 65 | City of Yonkers nonresident earnings tax *(attach Form Y-203)* | 65 | | |
| 66 | Part-year city of Yonkers resident income tax surcharge *(attach Form IT-360.1)* | 66 | | |
| 67 | Add lines 61 through 66. This is the total of your city of New York and city of Yonkers taxes | 67 | 67,651 | 67 |
| 68 | If you want to Return a Gift to Wildlife, enter amount: $5, $10, $20, other *(see instructions, pages 9 and 18)* | 68 | 10 | 00 |
| 69 | Add lines 58, 67 and 68. This is the total of your New York State, city of New York and city of Yonkers taxes, and Gift to Wildlife | 69 | 203,403 | 19 |
| 70 | Real property tax credit *(from Form IT-214, line 17; attach form)* | 70 | | |
| 71 | Total New York State tax withheld *(attach wage and tax statements to front)* | 71 | 104,401 | 55 |
| 72 | Total city of New York tax withheld *(attach wage and tax statements to front; see instructions)* | 72 | 44,403 | 17 |
| 73 | Total city of Yonkers tax withheld *(attach wage and tax statements to front; see instructions)* | 73 | | |
| 74 | Estimated tax paid/Amount paid with Form IT-370 | 74 | | |
| 75 | Add lines 70 through 74. This is the total of your payments | 75 | 150,804 | 72 |
| 76 | If line 75 is more than line 69, enter amount overpaid *(also complete line 77 or 78, or both)* | 76 | | |
| 77 | Amount of line 76 to be refunded to you | 77 | | |
| 78 | Amount of line 76 to be applied to your 1991 estimated tax | 78 | | |
| 79 | If line 75 is less than line 69, enter amount you owe *(do not send cash; make check or money order payable to NY State Income Tax; write your social-security number and 1990 income tax on it)* | 79 | 52,958 | 47 |
| 80 | Estimated tax penalty *(see instructions, page 19)* | 80 | | |

*Side notes:*
- Mail your completed return to: NYS Income Tax, W. A. Harriman Campus, Albany, NY 12227-0125
- See instructions for figuring city of New York taxes and city of Yonkers taxes.
- • Attach Copy 2 of your wage and tax statements to the front of this return; see instructions.
- • Sign your return below

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed [ ] |
|---|---|---|
| Firm's name *(or yours, if self-employed)* | | Preparer's social security number |
| Address | | Employer identification number |

**Sign Your Return**

| Your signature | Date |
|---|---|
| *Daniel M. ———* | 4-14-91 |
| Spouse's signature *(if joint return)* | Date |
| *———* | 4-14-91 |

TH467

# EXHIBIT 3

### HISTORY OF GROSS INCOME AS REPORTED ON TAX RETURNS
### DURING THE MARRIAGE PERIOD

| YEAR | TOEHL HARDING | DAVID M. NASEMAN |
|------|---------------|------------------|
| 1982 | $   84,153.63 | $   68,136.86 |
| 1983 | 81,908.43 | 85,782.78 |
| 1984 | 131,023.74* | 110,450.00 |
| 1985 | 87,945.46 | 136,701.08 |
| 1986 | 101,597.19 | 114,097.92 |
| 1987 | 117,447.83 | 169,395.00 |
| 1988 | [130,000.00]** /33,092.80 | [2,270,000.00]** 2,386,125.57 |
| 1989 | 143,182.80 | 318,974.16 |
| 1990 | 153,713.33 | 5,408,014.86 |
| 1991 | 167,859.87 | 289,743.05 |
| 1992 | [180,000.00]*** | [200,000.00]*** |

---

*   Includes $53,302.50 in distributions from U.S. Indus-
    tries in connection with the termination of her
    employment following a hostile takeover of that com-
    pany. I believe that amount was rolled over tax-free
    into a qualifying retirement account for her benefit.

**  Amounts are approximate (+/- 10%); exact figures will
    be supplied when Form 1040 is available.

*** Amounts are rough guesstimates; information on her
    income is not available to me and information on
    my income is still being received as of February 24th.

NOTE:  All tax returns were prepared by me and each of us
       would be individually liable to make up any taxes
       due on April 15th based on a computation of our
       respective tax obligations on a stand alone basis.
       For example, if $5,000 in taxes were due and I had
       paid more than $5,000 in excess of my individually
       computed tax obligation for that year, Toehl would
       have to pay the tax due. Obviously, the reverse was
       also true. Since most deficiencies upon audit were
       minor, I usually paid those without contribution from
       Toehl.


PLAINTIFF'S
EXHIBIT
6
5/21/08

TH818

STATEMENT OF ASSETS AND LIABILITIES
OF DAVID M. NASEMAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(a)  Unless otherwise indicated, all amounts are as
of February 24, 1993.

(b)  All fair market values are ballpark estimates
based upon my opinion only. Subsequent appraisals
and valuations may be required to establish a
definitive valuation in the absence of agreement.

Amounts indicated for Real Estate and Motor
Vehicles are believed to be accurate but are
subject to verification.

(c)  Financial assets are subject to tax liabilities
for 1992 to the extent they exceed estimated tax
payments already sent to taxing authorities.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ASSETS

1.  Bank Accounts

(a) Republic National Bank of                $  925,000.00
New York (N.Y., N.Y.)
Account established in 1987 in
name of both DMN and TH in con-
nection with grant of mortgage
for purchase of N.Y. Apt. 6A.
All funds in account result from
DMN deposits in 1988 and 1990
and interest thereon; TH has
never had access to checks or
written any checks on account.

(b) First Interstate Bank of Nevada
(Incline Village, Nevada)
Established in DMN's name only
on February 4, 1993.

      1. Money Market Account        8,005.00
      2. Checking Account             1,000.00

(c) Lee Bank (Lee, Massachusetts)            14,000.00
Money market account establish-
ed in April 1990 in DMN's name
only.

TH819

(d) First Florida Bank (Venice,
    Florida) NOW account estab-
    lished in April 1990 in names
    of DMN and DMN's mother.                    $    4,616.51

2. Investments

    (a) Shearson Lebman Bros. (N.Y.,
        N.Y.) Account established in
        February 1991. $2,750,000 was
        transferred to SLB in three
        wire transfers from a seperate
        Republic National Bank account
        in DMN's name only that was
        closed in the Fall of 1992.

                    1. Cash Balance              981.74
                    2. Money Funds           144,581.72
                    3. Stocks              1,763,806.76
                    4. Bonds                 860,631.75
                            Total:      $2,770,001.97

    (b) McCaw Communications Corp.,
        Inc.-6? shares of Common Stock
        registered in DMN's name only           2,236.50

3. Real Estate

    All properties are free and clear
    of any mortgages or other encum-
    brances (other than periodic
    maintenance charges and taxes, all
    of which are current to my know-
    ledge).

    (a) 425 East 51st St., Apt. 5A, N.Y.,  $  375,000.00
        N.Y. ("NY Apt. 5A")
            Purchase Price:  $150,000
            Improvements:      20,000
        Primary residence of TH; pur-
        chased in 1986 in coop conver-
        sion at insider price; TH made
        downpayment of 20%; DMN paid off
        mortgage of about $115,000 in
        July 1988. This was TH's apt prior
        to my moving in in 1981. We each
        paid 50% of rent and expenses
        until 1988; TH pays thereafter.

    (b) 425 East 51st St., Apt. 6A, N.Y.,     375,000.00

        N.Y. ("NY Apt.6A")

                                            Page 2

TH820

Purchase Price:  $395,000
Improvements:      15,000
Purchased in Spring 1987; TH makes
downpayment of 10% and DMN makes
interest payments for 1 year while
Apt. 6A is rented to seller; DMN
pays off $356,000 mortgage in July
1988. Apt. 6A serves as TH and DMN
primary residence 'from late 1988
to March 1992, when Apt. 5A renovat-
ions are completed and DN moves
NY furnishings back to Apt. 5A. TH
pays for renovations to prepare
Apt. 6A for rental.

(c) 150 Lee Road, Lenox, Massachusetts     $225,000
    ("Mass House").
        Purchase Price:  $ 97,500 ·
        Improvements:    ~~145,000~~ 174,753
    Purchased in April 1982 (6 months
    prior to marriage; DMN and TH share
    downpayment; DMN pays for 80%+ of
    Improvements. Mass House is for
    weekend and summer use until Feb.
    1991, when it becomes DMN's legal
    residence. DMN pays off $57,000
    mortgage in July 1988.

(d) Nine Mile Point Drive, Clarlevoix.     $120,000
    Michigan ("Mich. Property")
        Purchase Price:  $105,000
        Improvements:       9,000
    Purchased in early 1987 as primary
    residence for DMN's parents. DMN
    pays all costs associated with
    property and pays off mortgage of
    $66,000 in July 1988. TH executes
    waiver of dower at time of pur-
    chase. If property sold, by prior
    agreement, DMN's parents receive
    excess of sale price over total
    costs of acquisition and mainten-
    ance to date of sale.

(e) 512 Venice Avenue West, Unit 603,     $107,500
    Venice, Florida ("Florida Condo").
        Purchase Price:  $105,000
    Purchased in March 1990 for DMN's
    parents' winter residence due to
    their health problems. DMN paid
    100% of purchase price and all
    maintenance and tax obligations.
    Property is in DMN's name only
    and TH signed waiver of dower at

Page 3

time of purchase.

4. Furnishings

    (a) N.Y. Apt. 5A                      $ 46,000

    (b) Mass. House                         19,500

    (c) Florida Condo                    3,000

NOTE: There are no furnishings in the N.Y. Apt.6A or the Mich. Property in which either TH or DMN has an interest.

5. Motor Vehicles

    (a) 1989 Jaguar Vanden Plas Sedan    20,000
        Purchase Price: $49,000

    (b) 1989 Volvo 760 Sedan          12,000
        Purchase Price: $30,000

    (c) 1991 Ford F-150 Pick-up Truck   9,000
        Purchase Price: $18,000

    (d) 1922 Ford Model T Touring Car   5,500
        Purchase Price: $ 9,680

All vehicles (other than the Volvo) were paid for entirely by DMN. The Volvo was a corporate perk by DMN's employer, and DMN incurred imputed income each year and paid for the car in 1990 as part of his severance package from LIN Broadcasting. Volvo has been used exclusively by TH (commuting to work and personal use) since she picked it out in 1989. All vehicles are in DMN's name only and DMN has paid all insurance and garaging costs for all vehicles (and their predecessors) during the marriage period.

6. Retirement Benefits

    (a) LIN Broadcasting Profit Sharing Plan  63,505
        Account is in DMN's name only; valuation is as of Sept. 30, 1992. Invested in guaranteed income instruments.

Page 4

TH822

(b) Merrill Lynch IRA Account          $  5,689
    Account is in DMN's name only;
    valuation is as of Nov. 27, 1992.


LIABILITIES

1. Mortgages:  None


2. Tanglewood New Theatre Fund          6,667
   A pledge of $10,000 was made by DMN
   only in the Fall of 1992 for this
   building project in Lenox, Mass. The
   first of three annual installments of
   $3,333 was paid by DMN in January 1993.

Page 5

TH823

## SUPPLEMENTAL    INFORMATION

1. Credit Cards/Retail Accounts. TH and DMN maintain separate credit cards and retail accounts and each is responsible for his or her respective balances. Neither TH nor DMN has ever used the other's credit cards or charged merchandise to the other's retail accounts.

2. TH Information. DMN has never had access to, and does not presently know, any of TH's bank accounts, investment instruments or her corporate benefit plans, and DMN does not know any of TH's balances in any of the foregoing. Based upon tax information she has provided at year end, I believe that TH's balances could by substantial.

3. For various reasons, TH is unaware of the existance of the Shearson Lehman Bros. account or the income that has been generated by that account over the last two years. Similarly, TH is not presently aware of the extent of my income for the 1990 and 1991 tax years, nor for the year 1992 just completed. We can discuss the reasons for this at your convience.

4. During the marital period, DMN has earned over 80% of the total income generated by TH and DMN. This has been primarily due to LIN Broadcasting stock options, which were exercised or otherwise cashed in in 1988 and 1990. TH has received NYNEX stock options periodically since 1985, but DMN is not aware of any of the details of her option grants. Similarly, TH had options from U.S. Industries, which she cashed in and deposited in her account in 1984 in connection with the takeover of USI.

# EXHIBIT 4

(212-873-0720)
Sd ~ Late Sea.
g~9PM Torms

_Analysis_

① I keep 75% of my assets ___ $3,832,000 ($3.1 mill. in cash

③ I get Nevada divorce ___

⑤ My activities are free from investigation
    and divorce ordeal is over

④ I proceed with marriage on June 12th
    and start a family

⑤ At issue is $100,000 : at best, I would
    get $50,000 : should I give up all
    advantages plus spend
    $50,000 - $100,000 fighting in
    an ordeal?

⑥ Ex-wife has been eliminated / no property
    fight during early years of marriage

⑦ If deal blows, she hasn't gotten higher ground

    ⓐ she used divorce as leverage to
       extract 60% of my assets in pot
       none of her in pot and she
       put only 18% to marriage

    ⓑ I will argue for 80% of assets I



PLAINTIFF'S
EXHIBIT
5
5/12/08. WMR

TH812

④ → proceed with marriage on June 12th and start a family

⑤ At worse, is $100,000 = at best, I would get $50,000 = should I give up all advantages plus spend $50,000 - $100,000 fighting in an ordeal?

⑥ Ex-wife has been eliminated / no property fight during early years of marriage

⑦ If deal blows, she hasn't gotten higher ground

⑧ she used divorce as leverage to extract 60% of my assets + put none of her in pot and she put only 18% to marriage

⑨ I will argue for 80% of assets I produced since I put in 82% of income + TH can keep hers without any claim of mine

* TH feels she has ⓐ she has deal that she gets ⓐ maj. won by taking most of cash, ⓑ maj. of real estate value of everything (above $500,000 value), + ⓒ I pay all costs

① Procedures for signing / court approval?
        ↳ ? of timing

② If they default — their own fault they didn't get
              more info
               — info was offered when they
               were ready. #5 of 3/29 letter

               — she signed tax returns &
               all info re: my earnings
               are public record

               — they refer to "the streams
               of revenue" when we ask
               about this investment →
               a recognition that
               I had "other assets"

<u>Objectives in Nevada</u>

① Divorce "final" by April 20th

② to get married on June 12th, have to get judgment to Catholic Tribunal by April 23rd.

④ starting a family – already delayed by one month; (prospective bride) is over 40 & biological clock ticking

⑥ allowing someone else to control our lives is not acceptable.

2. The letter is ① confrontational and ② petty and silly in its simplistic approach in places.

↳ most importantly, it represents a "delaying strategy" again and threatens actions which disrupts my life further.

3. ① Our settlement proposal is withdrawn – no further negotiations

② their atty decision is where to litigate – Nevada or NY; I'm happy with either

TH815

Sept
Oct
Nov
Dec } 8 months - attempts for amicable resolution
Jan
Feb
Mar
April

Her fairness : { neg of property
                 neg of bank acct
                 DW pays all costs

Nevada - ⓐ no party has to be accused b/cause
         for the divorce
         ⓑ there is a definite time end
         to the

Fault - ① 29 yr old daughter I knew nothing
         about
       ② constant excessive drinking and resulting
         verbal abuse
       ③ smoking constantly cigarettes which
         I'm allergic to
       ④ immediately after decease of Lucas,
         I find glass in my food she
         prepared

NO
HE ISN'T
he smokes pipes
& cigars
regularly

TH816