

# JUDD BURSTEIN, P.C.
### ATTORNEYS AT LAW

JUDD BURSTEIN
PETER B. SCHALK*

MATTHEW G. DeOREO**
ALEXANDER M. LEVY
JEREMY M. ATTIE
LINDSEY B. RODGERS*

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT

1790 BROADWAY
NEW YORK, NEW YORK 10019
(212) 974-2400
FAX: (212) 974-2944

June 23, 2008

**BY FACSIMILE**

Hon. Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08
```

MEMO ENDORSED

Re:  *Harding v. Naseman / Case No. 1:07-cv-08767 (S.D.N.Y. 2007) (Patterson, D.J.)*

Dear Judge Patterson:

   Pursuant to Your Honor's Individual Practices 2(D), Plaintiff Toehl Harding writes respectfully to request oral argument on Defendant David Naseman's Motion for Summary Judgment.

Respectfully yours,

Peter B. Schalk

cc: All Counsel (via facsimile)

*So ordered*
[signature] R.P. Patterson
US DJ
6/28/08