UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Harding*

          **Plaintiff(s)**

      -against-

*Naumann*

_____ **Defendant(s)** _____

PATTERSON, D.J.

07 CV 8767 (RPP)

**SCHEDULING ORDER**

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: _____ Yes _____ No.

3. Amend the pleadings by _____.

4. Medical Authorizations by _____.

5. Rule 26 compliance by _____.

6. Experts' reports to be served by _____.

7. Experts' depositions to be completed by _____.

8. All discovery to be completed by _____.

9. Dispositive motions by _____, Answer by _____, Reply by _____.

10. Pretrial order to be filed by _____.

11. Settlement conference with parties & counsel to be held on _____ at_____.

12. Pretrial conference is scheduled for _____ at _____.

13. Trial date is scheduled for _____ at _____.

14. DEPOSITIONS OF BOTH EXPERTS ON 6/30/08.

15. EXPERT DISCLOSURE BY WIENER BY 6/26/08.

16. EXPERT DISCLOSURE BY SCHALK COMPLETED.

Dated: New York, New York

6/26/08

SO ORDERED.

_____
ROBERT P. PATTERSON, JR.
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08