## COHEN LANS

885 Third Avenue 32nd Floor New York NY 10022
T 212 980 4500 F 212 980 3448

Direct Dial: (212) 326-1708
E-mail: rweiner@cohenlans.com



June 26, 2008

**BY FACSIMILE**

The Hon. Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

Re: <u>Toehl Harding v. David Naseman; 07 Civ. 08767 (RPP)</u>

Dear Judge Patterson:

Pursuant to Your Honor's Individual Practice Rule 1(E), I am writing to respectfully request that the time for defendant to serve and file his Reply in Further Support of his Motion to Enforce a Settlement or for Summary Judgment be extended from July 3, 2008 to July 8, 2008 by 4:00 p.m. (service by hand on plaintiff's counsel). Plaintiff's counsel has consented to such a request.

No prior request for an extension of time has been made by defendant other than in connection with plaintiff's request to extend the time for service and filing of her opposition papers. Defendant consented to plaintiff's request and the Court granted such request.

Respectfully submitted,

*Ryan Weiner /rp*

Ryan Weiner

cc: Peter B. Schalk, Esq. (by facsimile)

*Application granted*
*So ordered*
*RPPatterson USDJ*
*6/26/08*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/08