# Exhibit A

**ORIGINAL**

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------x

TOEHL HARDING,

        Plaintiff,        07-CV-08767

    -against-         (RPP)

DAVID NASEMAN,

        Defendant.

----------------------------------x

June 30, 2008

2:56 p.m.

Deposition of GUS R. LESNEVICH, held at the law offices of Judd Burstein, P.C., 1790 Broadway, New York, New York, taken pursuant to Court Order, before Jane M. Teller, a Shorthand Reporter and Notary Public within and for the State of New York.

**Computer Reporting Incorporated**  CRI

501 Fifth Avenue  New York, NY 10017
(212) 986-1344   Fax (212) 983-9149   www.crinyc.com

1           G. Lesnevich
2    the $1 million returns?
3           MR. SCHALK: Objection to form.
4       A.   Phonied up.
5       Q.   Forged?
6       A.   The signature blocks are not original.
7    Someone cut and pasted them onto the document, so
8    therefore they're not original and genuine
9    documents.
10      Q.   Do you know who created them?
11      A.   No.
12          MR. WEINER: Give us another minute,
13    please.
14          MR. SCHALK: Let the record reflect
15    that the attorney and Mr. Speckin are taking
16    another break.
17          (Mr. Weiner and Mr. Speckin leave the
18    deposition room briefly and return.)
19          MR. WEINER: I think I'm finished with
20    my questioning with Mr. Lesnevich. And I
21    just want to note on the record two things.
22          One, any documents that you believe
23    that you need from us that we haven't
24    produced, please follow up with me, like I
25    said, via letter or -- and I will try to

1          G. Lesnevich

2     have those documents produced, assuming

3     they're appropriate requests.

4          And secondly, our presence here today

5     in no way -- we reserve the argument that we

6     put before the court that we believe that

7     this case has reached a binding settlement,

8     but because of court order we are present

9     here today.

10         MR. SCHALK:  Obviously I object to

11    that.

12         (Discussion off the record.)

13         (Time noted:  5:05 p.m.)

14

15         _____

16              GUS R. LESNEVICH

17

18    Subscribed and sworn to before me

19    this _____ day of _____, 2008.

20

21    _____     _____

22    (Notary Public)           My Commission Expires:

23

24

25