# Exhibit C

# Douglas Elliman-Gibbons & Ives
INC

SALES & LEASING  
MANAGEMENT

REAL ESTATE

575 MADISON AVENUE, NEW YORK NY 10022-2599  
(212) 832-4100  
Writer's Direct Dial Number

FINANCING  
INSURANCE

Transfer Department

June 10, 1987

BOARD OF DIRECTORS  
BEEKMAN HILL HOUSE APARTMENT CORP.

Re: Sale of Apt. 6 A  
No. of Shares: 630  
From: Darrow  
To: Naseman/Harding  
Price: $395,000.00  
Financing: $355,500.00

Attached are the following documents pertaining to the above captioned purchase:

1. Purchase application
2. Contract of sale
3. Financial statement
4. Letter from Purchasers

Purchasers expect to pledge stock and lease as security for loan from Republic National Bank of New York.

Arrangements will be made to interview applicants.

Yours truly,

Veronica A. Brady  
Director

All information furnished regarding property for sale, rental or financing is from sources deemed reliable. No representation is made as to the accuracy thereof and it is submitted subject to errors, omissions, change of price, rental, commission or other conditions, prior sale, lease or financing, or withdrawal without notice.

DN001164