# Exhibit D

Case No. DV93-00466

Department No. 2

FILED

'93 APR 16 P4:17

JUDI BAILEY, CLERK
BY. /s/ S. Davis
              DEPUTY

IN THE FAMILY DIVISION

OF THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

ooOoo

DAVID M. NASEMAN,

    Plaintiff,

vs.

TOEHL HARDING,

    Defendant.

**ANSWER AND COUNTERCLAIM**

COMES NOW, Defendant, TOEHL HARDING, by and through her undersigned counsel, and by way of answer to the Plaintiff's Complaint for Divorce on file herein admits, denies and affirmatively alleges as follows:

1. In answer to paragraphs I, II, III and IV of Plaintiff's Complaint, Defendant admits each and every allegation contained therein.

///
///
///

## COUNTERCLAIM

COMES NOW, Defendant/Counterclaimant, TOEHL HARDING, and complains of Plaintiff/Counterdefendant, DAVID M. NASEMAN, as follows:

I.

That Defendant/Counterclaimant and Plaintiff/Counterdefendant were married in the Town of Lenox, Commonwealth of Massachusetts on the 19th day of October, 1982 and have been and now are husband and wife.

II.

That there are no minor children born issue of said marriage.

III.

That there are marital assets and marital liabilities to be adjudicated by this Court. The marital assets and liabilities should be equitably distributed between the Defendant/Counterclaimant and the Plaintiff/Counterdefendant.

IV.

That there is separate property and assets of the Defendant/Counterclaimant which should be confirmed to her as her sole and separate property of which the Plaintiff/Counterdefendant has no interest.

V.

That the Defendant/Counterclaimant should be awarded spousal support in an amount and for a term to be determined at trial.

VI.

The Defendant/Counterclaimant has been required to

retain the services of an attorney to bring this action and should be awarded attorney's fees and costs.

## VII.

That Defendant/Counterclaimant and Plaintiff/Counterdefendant have conflicts in personalities and dispositions so deep as to be irreconcilable, which render it impossible for the parties to continue a normal marital relationship with each other and as a result incompatibility exists of such character as to destroy the legitimate objects of matrimony and to render it impossible for Defendant/Counterclaimant and Plaintiff/Counterdefendant to live together as husband and wife.

WHEREFORE, Defendant/Counterclaimant, TOEHL HARDING prays for relief and judgment as follows:

1. That Plaintiff/Counterdefendant take nothing by reason of his complaint therefor;

2. That the marriage be dissolved and a Decree of Divorce be granted to the Defendant/Counterclaimant;

3. That Defendant/Counterclaimant be awarded alimony.

4. That Defendant/Counterclaimant be awarded her attorney's fees and cost incurred; and,

///
///

5. For such other and further relief as to the Court may seem just and proper in the premises.

DATED this 16th day of April, 1993.

        LAW OFFICES OF LOGAR · CAMPBELL
        a Professional Corporation
        Attorneys for Defendant
        243 South Sierra Street
        Reno, Nevada 89501

By *Cassandra Campbell*
    CASSANDRA CAMPBELL, ESQ.

4

```
 1  Case No. DV93-00466
 2  Department No. 2
 3
 4
 5
 6                    IN THE FAMILY DIVISION
 7     OF THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
 8                  IN AND FOR THE COUNTY OF WASHOE
 9  DAVID M. NASEMAN,
10       Plaintiff,
    vs.
11                                      AFFIDAVIT OF COUNSEL IN LIEU
                                        OF VERIFICATION OF
12  TOEHL HARDING,                      DEFENDANT/COUNTERCLAIMANT
13       Defendant.
                                    /
14  STATE OF NEVADA    )
                       : ss
15  COUNTY OF WASHOE   )
16       CASSANDRA CAMPBELL, being first duly sworn at law and under
17  penalty of perjury does make this statement to the Court as
18  follows:
19       1.  I am the attorney of record for Defendant, TOEHL HARDING,
20  and make the Affidavit in Support of ANSWER AND COUNTERCLAIM.
21       2.  Pursuant to N.R.S. 15.010, I am the attorney for
22  Defendant, TOEHL HARDING and declare that TOEHL HARDING is out of
23  the State of Nevada and unavailable to sign her verification for
24  the aforesaid ANSWER AND COUNTERCLAIM, but represent that all
25  allegations in the ANSWER AND COUNTERCLAIM in fact come from the
26  Defendant.  I have prepared this Affidavit as TOEHL HARDING is out
27  of state and unavailable to sign.
28       3.  Said Affidavit is herein incorporated by reference into
```

LOGAN & CAMPBELL
A Professional Corporation
243 South Sierra Street
Reno, Nevada 89501-1984
(702) 786-5040

1  said ANSWER AND COUNTERCLAIM.

2      4.  I declare under the laws of the State of Nevada and under
3  penalty of perjury that the foregoing is true and correct.

                                        *Cassandra Campbell*
                                        CASSANDRA CAMPBELL, ESQ.

7  SUBSCRIBED and SWORN to before
   me under penalty of perjury
8  this 16th day of April, 1993.

9  *Kathleen Eyraud*
10 NOTARY PUBLIC



KATHLEEN EYRAUD
Notary Public - State of Nevada
Appointment Recorded in Washoe County
MY APPOINTMENT EXPIRES FEB. 2, 1995

2

## CERTIFICATE OF SERVICE BY MAIL

Pursuant to NRCP 5(b), I certify that I am an employee of the LAW OFFICES OF LOGAR • CAMPBELL, a Professional Corporation, and that on the 16th day of April, 1993, I deposited for mailing, at Reno, Nevada, with first class postage prepaid thereon, a true and correct copy of the foregoing document:

ANSWER AND COUNTERCLAIM

addressed to:   Gary Silverman, Esq.
                290 South Arlington Ave.
                Reno, NV 89501

SUSAN STRAWSER

Case No. DV93-00466

Department No. 2

'93 APR 20 P4:10

IN THE FAMILY DIVISION

OF THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF WASHOE

DAVID M. NASEMAN,

    Plaintiff,

vs.

TOEHL HARDING,

    Defendant.

**VERIFICATION TO ANSWER AND COUNTERCLAIM**

Attached as Exhibit "A" is Verification to Answer and Counterclaim filed April 16, 1993.

///

APR-20-1993 11:04 FROM NYNEX WSG LEGAL DEPT. TO 7027867544 P.02
APR-19-93 TUE 13:49 RONALD J. LOGAR P.02

STATE OF NEVADA )
: ss.
COUNTY OF WASHOE )

TOEHL HARDING, being first duly sworn, upon oath deposes and says:

That I am the Defendant/Counterclaimant in the above-entitled action; that I have read the above and foregoing ANSWER AND COUNTERCLAIM and know the contents thereof, that the same is true and correct to the best of my knowledge, except for those matters therein stated upon information and belief and as to those matters, I believe them to be true.

*Toehl Harding*
TOEHL HARDING

SUBSCRIBED and SWORN to before me this 20th day of April, 1993.

*Jeanette M. Sullivan*
NOTARY PUBLIC

JEANETTE M. SULLIVAN
Notary Public, State of New York
No. 4903914
Qualified in Rockland County
Qualified in Westchester County
Commission Expires April 30, 1995

EXHIBIT "A"

5

Case No.

Department No.

'93 APR 21 P1:57

IN THE FAMILY DIVISION
SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
IN AND FOR THE COUNTY OF WASHOE

+ + + + + +

DAVID M. NASEMAN,

    Plaintiff,

vs.                                                             STIPULATION

TOEHL HARDING,

    Defendant.
_____/

It is hereby stipulated and agreed by and between the parties hereto that

1. The issue of the dissolution of the bonds of matrimony are being bifurcated from all other issues herein.

2. After a hearing the Court may enter a final decree of divorce between the parties dissolving the bonds of matrimony existing between them and restoring each to the status of unmarried persons, but such decree shall in no way affect the rights of either party in property, alimony, attorneys fees or any other field of controversy.

3. This Court shall retain jurisdiction over all other issues, including but not limited to marital property, and upon the execution of a marital settlement agreement by the parties, these proceedings shall be concluded in their entirety by the dismissal of

1  Defendant's Counterclaim.

2  DATED: This 21st day of April, 1993.

3  LOGAR & CAMPBELL,                    SILVERMAN & DECARIA, CHTD.
4  243 South Sierra Street              290 South Arlington Avenue
   Reno, Nevada 89501                   Reno, Nevada 89501
5

6

7  _____      _____
   CASEY CAMPBELL                       GARY R. SILVERMAN
8  Attorney for Defendant               Attorney for Plaintiff

9

10                          **ORDER**

11  For good cause appearing, IT IS SO ORDERED.

12  DATED: This 21st day of April, 1993.

13

14

15                                      _____
16                                      DISTRICT JUDGE

2

Case No. DV93-00466
Department No. 2

FILED

93 APR 21 P1:59

IN THE FAMILY DIVISION
SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
IN AND FOR THE COUNTY OF WASHOE

DAVID M. NASEMAN,

    Plaintiff,

vs.

**DECREE OF DIVORCE**

TOEHL HARDING,

    Defendant.

The verified Complaint for Divorce and proof of service of same being filed with this Court and an Answer being filed herein which admits all allegations therein, and the other evidence having been presented in support of the allegations of Plaintiff's Complaint, and this cause being thereupon submitted to this Court for decision after a hearing at which counsel for the parties was present, and the Court being satisfied that the requirements of the law have been met;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** as follows:

1. That whereby Plaintiff is now and has been a resident of the State of Nevada for at least six weeks prior to the filing of the Complaint and this Court having jurisdiction over the parties by reason of said residence and Defendant's appearance herein, Plaintiff is hereby granted an absolute Decree of Divorce, forever dissolving the bonds of matrimony now and heretofore existing between him and the Defendant, and restoring

each of them to the status of a single, unmarried person.

2. That this Court shall retain jurisdiction over all other issues, including but not limited to marital property, and upon execution of a marital settlement agreement by the parties, these proceedings shall be concluded in their entirety on dismissal of Defendant's Counterclaim.

DATED this ___ day of April, 1993.

_____
DISTRICT JUDGE

DOCKET
4-21-93
DATE
INITIAL

2

Case No. DV23-0466

Department No. 3

'93 APR 22 P12:24

[signature]

# IN THE FAMILY DIVISION
## SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
## IN AND FOR THE COUNTY OF WASHOE

+ + + + + + +

DAVID M. NASEMAN,

Plaintiff,

vs.                                **NOTICE OF ENTRY OF DECREE**

TOEHL HARDING,

Defendant.

_____

PLEASE TAKE NOTICE that this Court entered a Decree of Divorce in this action on the 21st day of April, 1993, a true and correct copy of which is attached.

DATED: This 21st day of April, 1993.

SILVERMAN & DECARIA, CHTD
290 South Arlington Avenue
Reno, Nevada 89501

[signature]
GARY R. SILVERMAN
Attorney for Plaintiff

## CERTIFICATE OF MAILING

I hereby certify that I am an employee of Silverman & Decaria, Chtd., and on the 22 day of April, 1993, I deposited for mailing at Reno, Nevada, a copy of the foregoing Notice of Entry of Decree addressed to the following counsel of record at her last known business address as follows:

Cassandra D. Campbell, Esq.
Logar & Campbell
243 South Sierra Street
Reno, Nevada 89501

*Pamela B. Thomas* (signature)

2

Case No.

Department No.

'93 APR 21 P1:59

M. Lopez

BY

IN THE FAMILY DIVISION
SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
IN AND FOR THE COUNTY OF WASHOE

DAVID M. NASEMAN,

    Plaintiff,

vs.

                               **DECREE OF DIVORCE**

TOEHL HARDING,

    Defendant.

_____/

The verified Complaint for Divorce and proof of service of same being filed with this Court and an Answer being filed herein which admits all allegations therein, and the other evidence having been presented in support of the allegations of Plaintiff's Complaint, and this cause being thereupon submitted to this Court for decision after a hearing at which counsel for the parties was present, and the Court being satisfied that the requirements of the law have been met;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** as follows:

1. That whereby Plaintiff is now and has been a resident of the State of Nevada for at least six weeks prior to the filing of the Complaint and this Court having jurisdiction over the parties by reason of said residence and Defenant's appearance herein, Plaintiff is hereby granted an absolute Decree of Divorce, forever dissolving the bonds of matrimony now and heretofore existing between him and the Defendant, and restoring

1. each of them to the status of a single, unmarried person.

2. That this Court shall retain jurisdiction over all other issues, including but not limited to marital property, and upon execution of a marital settlement agreement by the parties, these proceedings shall be concluded in their entirety on dismissal of Defendant's Counterclaim.

DATED: this 21 day of April, 1993.

_____
DISTRICT JUDGE

2

CERTIFIED COPY
The document to which this certificate is attached is a full, true and correct copy of the original on file and of record in my office.

DATE: APR 2 1 1993
JUDY BAILEY, Clerk of the Second Judicial District Court, in and for the County of Washoe, State of Nevada

By _____ Deputy

Case No.

Department No.

FILED

'93 MAY -6 P3:55
M. Lopez

JUDI BAILEY, CLERK

BY _____
       DEPUTY

IN THE FAMILY DIVISION
SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA
IN AND FOR THE COUNTY OF WASHOE

+ + + + + +

DAVID M. NASEMAN,

   Plaintiff,

vs.                              **DISMISSAL WITH PREJUDICE**

TOEHL HARDING,

   Defendant.

_____/

Comes now Defendant/Counterclaimant, by and through her counsel, and dismisses her Counterclaim filed in this matter on April 16, 1993 with prejudice.

DATED: This 6th day of May, 1993.

LOGAR & CAMPBELL
243 South Sierra Street
Reno, Nevada 89501

_Cassandra Campbell_
CASANDRA CAMPBELL
Attorney for Defendant