885 Third Avenue 32nd Floor New York NY 10022
T 212 980 4500  F 212 980 3448

Direct Dial: (212) 326-1708
E-mail: rweiner@cohenlans.com



July 9, 2008

**BY FACSIMILE**

The Hon. Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street, Room 2550
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

Re:   Toehl Harding v. David Naseman; 07 Civ. 08767 (RPP)

Dear Judge Patterson:

    We represent the defendant in the above-referenced action.

    Defendant filed his reply papers yesterday in further support of his motion to enforce a settlement or for summary judgment. In connection with such filing, defendant filed, among other things, his reply declaration which was entered as Document #34 on the docket sheet. Mr. Naseman's declaration contained exhibits that included social security numbers. We intended to redact this information but inadvertently filed the unredacted exhibits. We immediately called the ECF hotline and spoke with Mr. Zing who placed a temporary seal on the exhibits that contained the social security numbers (Exhibits A and B).

    We subsequently re-filed defendant's reply declaration with the redacted exhibits. This redacted reply declaration was entered as Document #36 on the docket sheet.

    As per the instruction of Mr. Zing, we are respectfully requesting that the Court order that Document #34 on the docket sheet -- the entry which contains the unredacted social security numbers -- be officially deleted from the docket sheet.

*Application granted*
*So ordered*
*Robert P. Patterson*
*7/9/08*

COHEN LANS LLP

The Hon. Robert P. Patterson
July 9, 2008
Page 2

    I have spoken with plaintiff's counsel, Peter B. Schalk, and he has consented to the relief requested herein.

                              Respectfully submitted,

                              Ryan Weiner

cc:    Peter B. Schalk, Esq. (by facsimile)