UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TOEHL HARDING,                                      :
                                                              Hon. Robert P. Patterson
                 *Plaintiff,*                   :

                                                       07-CV-08767(RPP)
       – against –                    :

DAVID NASEMAN,                                      :          **NOTICE OF MOTION**

                *Defendant.*                 :
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the annexed: (i) declaration of Peter B. Schalk, dated August 1, 2008, and the exhibits annexed thereto; and (ii) the accompanying memorandum of law, dated August 1, 2008, Plaintiff Toehl Harding will move this Court, before the Honorable Robert P. Patterson, U.S.D.J., in the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, 10007, on such a day and time when counsel may be heard, for an Order (i) to dismiss the counterclaim of Defendant David Naseman, pursuant to Fed. R. Civ. P. 12(c), in so far as it seeks attorneys' fees; with (ii) such other and further relief as this Court deems just and proper.

Dated: New York, New York
       August 1, 2008

                                                                Yours, etc.,
                                                                JUDD BURSTEIN, P.C.

                                                               By: _____
                                                               Peter B. Schalk (PBS-8257)
                                                               Broadway, Suite 1501
                                                               New York, New York 10019
                                                               Tel:   (212) 974-2400
                                                               Fax:   (212) 974-2944
                                                               *Attorneys for Plaintiff Toehl Harding*

TO:   COHEN LANS LLP
       885 Third Avenue, 32nd Floor
       New York, New York 10022
       Tel:   (212) 980-4500
       Fax:  (212)
       Attn.:  Deborah E. Lans, Esq.
              Ryan Weiner, Esq.
       *Attorneys for Defendant David Naseman*