```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TOEHL HARDING,

                        Plaintiff,
                                                  07 Civ. 8767 (RPP)
        - against -
                                                  ORDER

DAVID NASEMAN,

                        Defendant.
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08
```

**ROBERT P. PATTERSON, JR., U.S.D.J.**

Defendant having raised the issue of this Court's jurisdiction to resolve this matter in footnote 6 on page 5 of its reply brief received July 10, 2008, both parties are to submit simultaneous briefs on the question of this Court's jurisdiction by August 15, 2008.

IT IS SO ORDERED.

Dated: New York, New York
       August 4, 2008

                                            _____
                                            Robert P. Patterson, Jr.
                                            U.S.D.J.

**Copies of this Opinion and Order sent to:**

*Attorneys for Plaintiff*
Judd Burstein, P.C.
Attn: Peter B. Schalk
1790 Broadway
New York, NY 10019
(212) 974-2400
Fax: (212) 974-2944

*Attorneys for Defendant*
Cohen Lans LLP
Attn: Deborah E. Lans, Robert Stephen Cohen
885 Third Avenue 32nd Floor
New York, NY 10022
(212) 980-4500
Fax: (212) 980-3448