United States District Court
Southern District of New York
-------------------------------------------------x
Toehl Harding,                                  :
                                                :    Hon. Robert P. Patterson
                        Plaintiff,              :    07 Civ. 08767 (RPP)
                                                :
        -against-                               :
                                                :    **DECLARATION OF**
David Naseman,                                  :    **RYAN WEINER**
                                                :
                        Defendant.              :
-------------------------------------------------x

Ryan Weiner hereby declares under the penalties of perjury, pursuant to 28 U.S.C. § 1746:

1. I am associated with the law firm of Cohen Lans LLP, attorneys for defendant David Naseman ("Naseman"). I submit this declaration in opposition to plaintiff Toehl Harding's motion to dismiss one aspect of Naseman's counterclaim.

2. Attached as Exhibit A is a true and correct copy of Naseman's Answer and Counterclaim dated December 7, 2007.

3. Attached as Exhibit B is a true and correct copy of the Property Settlement Agreement by and between David Naseman and Toehl Harding dated May 1993.

4. Attached as Exhibit C is a true and correct copy of the Defendant's Memorandum of Law in Support of His Motion to Enforce a Settlement or for Summary Judgment filed on or about May 27, 2008.

5. Attached as Exhibit D is a true and correct copy of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment filed on or about June 20, 2008.

[Remainder of page intentionally left blank]

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in New York, New York this 15th day of August, 2008.

                                                                 Ryan Weiner