```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TOEHL HARDING,                          :
                                        :    Hon. Robert P. Patterson
                    Plaintiff,          :
                                        :    07-CV-08767 (RPP)
        – against –                     :
                                        :    STIPULATION AND
DAVID NASEMAN,                          :    [~~PROPOSED~~] ORDER
                                        :
                    Defendant.          :
----------------------------------------X

     IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties hereto, that the time for the parties to submit the Joint Pre-Trial Order is hereby extended from August 29, 2008 to twenty-one (21) days prior to the trial date.

     IT IS FURTHER STIPULATED AND AGREED THAT *in limine* motions, if any, will be filed by on or before fifteen (15) days prior to trial.

     IT IS FURTHER STIPULATED AND AGREED THAT opposition to *in limine* motions, if any, is due by on or before seven (7) days prior to trial.

     IT IS FURTHER STIPULATED AND AGREED THAT reply papers in further support of *in limine* motions, if any, are due by on or before ~~two (2)~~ five (5) days prior to trial. *RPP*

[This space is intentionally left blank]

For purposes of this stipulation, faxed and electronically transmitted signatures will be deemed original.

JUDD BURSTEIN, P.C.

By: _____
Peter B. Schalk (PBS-8257)
1790 Broadway, Suite 1501
New York, New York 10019
Tel:   (212) 974-2400
*Attorneys for Plaintiff*
*Toehl Harding*

COHEN LANS LLP

By: _____
Ryan Weiner
885 Third Avenue, 32nd Floor
New York, New York 10022
Tel:   (212) 326-1708
*Attorneys for Defendant*
*David Naseman*

SO ORDERED this 27 day of August 2008

_____
Hon. Robert P. Patterson
United States District Judge

2