USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TOEHL HARDING,

        Plaintiff,

       - against -

DAVID NASEMAN,

        Defendant.
-----------------------------------------------------------X

07 Cv. 8767 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

    Plaintiff's motion to dismiss Defendant's counterclaims is denied. Defendant's counterclaims will be resolved based on trial record.

    IT IS SO ORDERED.

Dated: New York, New York

       March 23 2009

_____

Robert P. Patterson, Jr.

U.S.D.J.

Copies of this Order were faxed to:

**For Plaintiff**
Judd Burstein
1790 Broadway
New York, New York 10019
Fax: (212) 974-2944

**For Defendant**
Ryan Weiner
Cohen Lans
885 Third Avenue, 32nd Floor
New York, NY 10022
Fax: (212) 980-3448